**FILED**
JUL 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ADAM SHAFI, <br> Defendant. | Case No. 15-mj-70856-MAG-1 <br> ~~SEALED~~ <br> **CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status Conference previously scheduled for August 21, 2015, at 9:30 A.M., before Chief Magistrate Judge Joseph C. Spero, has been rescheduled to **August 21, 2015, at 9:30 A.M.,** before Magistrate Judge Elizabeth D. Laporte, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

Dated: July 23, 2015

Richard W. Wieking
Clerk, United States District Court

Karen L. Hom

Karen Hom, Deputy Clerk to Chief
Magistrate Judge JOSEPH C. SPERO



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>      v.<br><br>ADAM SHAFI,<br><br>             Defendant. | Case No. 15-mj-70856-MAG-1<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Candace Kelly
U.S. Attorney's Office White Collar Crime
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Frederick Randall Remer
Law Offices of Frederick R. Remer 220
1260 B Street
Hayward, CA 94541

Dated: July 23, 2015

Richard W. Wieking
Clerk, United States District Court

By: *Karen L. Hom*
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2