Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br><br>  Plaintiff(s),<br><br>v.<br><br>Adam Shafi<br><br>  Defendant(s). | Case No: 15 - 70856 MAG<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Joshua L. Dratel, an active member in good standing of the bar of Southern Dist. of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Adam Shafi in the above-entitled action. My local co-counsel in this case is Frederick R. Remer, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Law Offices of Joshua L. Dratel, P.C.<br>29 Broadway, Suite 1412, NY NY 10006 | The Law Offices of Frederick R. Remer<br>1260 B Street, Suite 220, Hayward, CA 94541 |
| MY TELEPHONE # OF RECORD:<br>(212) 732-0707 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 887-6880 |
| MY EMAIL ADDRESS OF RECORD:<br>jdratel@joshuadratel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>frederickremer@msn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JD4037.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/22/15                        Joshua L. Dratel
                                         APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua L. Dratel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/28/15

UNITED STATES DISTRICT/MAGISTRATE JUDGE
NANDOR VADAS

PRO HAC VICE APPLICATION & ORDER                                         October 2012

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611109952
Cashier ID: chenf
Transaction Date: 10/27/2015
Payer Name: THE LAW OFFICES OF
------------------------------------
PRO HAC VICE
 For: UNDER SEALED
 Case/Party: D-CAN-3-15-MJ-070856-001
 Amount:         $305.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 7932
 Amt Tendered:   $305.00
------------------------------------
Total Due:       $305.00
Total Tendered:  $305.00
Change Amt:      $0.00

15-mj-70856 MEJ


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```