CSDNY (05/2010) Certificate of Good Standing



3:15-70856 MAG

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>   **JOSHUA  LEWIS  DRATEL**   </u>, Bar # <u>   **JD4037**   </u>

was duly admitted to practice in this Court on

<u>   **JUNE 5th, 1984**   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>   **OCTOBER 19th, 2015**   </u>

<u>   Ruby J. Krajick   </u>      by <u>   _signature_   </u>
Clerk                                   Deputy Clerk

