MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CANDACE KELLY (CABN 191478)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Candace.Kelly@usdoj.gov

Attorneys for United States of America

FILED
NOV 16 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ADAM SHAFI, <br>     Defendant | CR No. 3-15-70856 MEJ <br><br> STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER <br><br> FILED UNDER SEAL |

The United States of America, by and through MELINDA HAAG, United States Attorney for the Northern District of California, and Candace Kelly, Assistant United States Attorney for the Northern District of California, and the defendant, Adam Shafi, and his attorney Joshua Dratel, hereby stipulate and agree as follows[1]:

WHEREAS the defendant is charged by Complaint with violating Title 18, United States Code, section 2339B (attempt to provide material support to a foreign terrorist organization). To date, the parties have stipulated and the Court has ordered that the matter remain under seal. In connection with

---

[1] On July 30, 2015, the Honorable Nandor Vadas signed an identical interim protective order based on the stipulation of Adam Shafi's other two attorneys, Harris Taback and Frederick Remer and the government. Mr. Dratel recently joined the defense team and this Court has granted his motion to appear *pro hac vice*.

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER,
CR No.3-15-70856-MEJ

1

this Complaint, the United States is in possession of recorded telephone conversations between and among the defendant and his associates, some of whom are still under investigation.

WHEREAS in order to protect the ongoing investigation and to allow the defendant the greatest opportunity to prepare an effective defense in preparation for trial in this matter, the United States and defendant agree that disclosure of the recordings are subject to the following restrictions:

IT IS HEREBY STIPULATED AND AGREED:

1. The parties agree that the provisions of this Interim Protective Order apply to conversations between and among the defendant and his associates that were intercepted and recorded ("recorded conversations").

2. The following individuals (the "defense team") may obtain and examine a copy of the recorded conversations under the conditions set forth herein for the sole purpose of preparing the defense and for no other purpose:

    a. Counsel for defendant;

    b. Persons employed by defense counsel who are assisting with the preparation of the defense;

    c. Defendant, but only in the presence of one of his attorneys;

    d. Any expert retained on behalf of the defendant to assist in the defense of this matter;

    e. Any investigator retained on behalf of defendants to assist in the defense of this matter.

3. The United States shall make one copy of the recorded conversations for the defense team. The defense team shall not make copies of the recorded conversations without further Court Order. The defense team (excluding the defendant) will maintain custody of the recorded conversations. No person other than a member of the defense team will be permitted to review the recorded conversations.

4. The recorded conversations, as well as any references to or summaries of them, will not be filed publicly at any time without prior agreement of the parties or shall be filed under seal.

5. Any willful violation of this Order shall constitute a criminal contempt of Court for which sanctions are provided by law. The parties who agree to receive information which is subject to this Order agree that this Court has jurisdiction to enter this Order.

6. By signing below, defense counsel acknowledge the terms of this protective order and undertake

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER,
CR No.3-15-70856-MEJ

the obligation to disclose the existence and terms of this Order to any other person who is authorized to receive or review the recorded conversations, including the defendant, investigators, staff and subsequent attorneys authorized to represent the defendant.

7. A copy of this Stipulation and Interim Protective Order shall be maintained with the recorded conversations at all times.

8. Any disputes concerning this Stipulation and Interim Protective Order shall be resolved by this Court only after counsel for the United States and defendant have first conferred and attempted to resolve the dispute.

9. The parties are not precluded from applying to the Court for further relief or modification of this Order.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 11/13, 2015

CANDACE KELLY
Assistant United States Attorney

DATED: Nov. 13, 2015

JOSHUA DRATEL
Attorney for Adam Shafi

SO ORDERED.

DATED: 11-13-2015

HONORABLE LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER,
CR No.3-15-70856-MEJ

3