# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.



ADAM SHAFI,

## CR 15 0582

DEFENDANT(S).

# INDICTMENT

Title 18 U.S.C. § 2339B(a)(1) – Providing material support or resources to designated foreign terrorist organizations

FILED
DEC 15 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHO

---

A true bill.

_____ Foreman

Filed in open court this __15th__ day of

December, 2015.

_____ Clerk

Bail, $ _no process_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

Title 18 U.S.C., Section 2339B(a)(1) – Providing material support or resources to designated foreign terrorist organizations

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years; and
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC 15 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —
▶ ADAM SHAFI

DISTRICT COURT NUMBER
CR 15 0582 WHO

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.
15-70856 MAG

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
Candace Kelly

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

FILED
DEC 15 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 15 0582 WHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) VIOLATION: |
| v. | ) Title 18, United States Code, Section 2339B(a)(1) – Providing material support or resources to designated foreign terrorist organizations |
| ADAM SHAFI, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

1. At all times relevant to this Indictment, al-Nusrah Front was a designated Foreign Terrorist Organization ("FTO"). Specifically:

   a. On October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224.

1

|   |   |   |
|---|---|---|
| 1 | b. | On December 11, 2012, the Secretary of State amended the designation of AQI to include the following aliases: al-Nusrah Front, Jabhat al-Nusrah, Jabhet al-Nusra, The Victory Front, and Al-Nusrah Front for the People of the Levant. |
| 4 | c. | On May 15, 2014, the Secretary of State, in response to the evolving nature of the relationships between al-Nusrah Front and AQI, amended the FTO designation of AQI to remove all aliases associated with al-Nusrah Front. Separately, the Secretary of State then designated al-Nusrah Front, also known as Jabhat al-Nusrah, also known as Jabhet al-Nusra, also known as The Victory Front, also known as Al-Nusrah Front for the People of the Levant, also known as Al-Nusrah Front in Lebanon, also known as Support Front for the People of the Levant, and also known as Jabaht al-Nusra li-Ahl al-Sham min Mujahedi al-Sham fi Sahat al-Jihad, as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224. |

//
//
//
//
//
//
//
//
//
//
//
//
//
//

2. Beginning on a date unknown, but no later than June 2015, through on or about June 30, 2015, in the Northern District of California, the defendant,

ADAM SHAFI,

knowingly attempted to provide material support and resources, specifically, personnel, to a foreign terrorist organization, namely, al-Nusrah Front, knowing that it was a designated foreign terrorist organization and that the organization had engaged and was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

DATED: 12/15/15

A TRUE BILL.

FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

PHILIP A. GUENTERT
Deputy Chief, Criminal Division

(Approved as to form: CKelly )
CANDACE KELLY
Assistant United States Attorney

3