BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436- 7014
    Fax: (415) 436-7234
    E-Mail: candace.kelly@usdoj.gov

Attorneys for United States of America

FILED
DEC 16 2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 15 0582 WHO |
| Plaintiff, | MOTION TO SEAL INDICTMENT AND [PROPOSED] ORDER |
| v. | (UNDER SEAL) |
| ADAM SHAFI, | |
| Defendant. | |

    The government hereby moves the Court for an order sealing the Indictment, this motion, and the Court's sealing order for defendant Adam Shafi. The defendant was charged by way of complaint with the same charges in case number CR 3-15-70856, which the Honorable Magistrate Maria-Elena James ordered sealed until further order of the Court. Accordingly, the government requests that the Indictment remain sealed until the government moves to unseal the entire case.

DATED: December 16, 2015

        Respectfully submitted,

        BRIAN J. STRETCH
        Acting United States Attorney

        CANDACE KELLY
        Assistant United States Attorney

MOTION TO SEAL INDICTMENT
AND [PROPOSED] ORDER               1

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Indictment, this motion, and this sealing order shall be sealed for defendant Adam Shafi until further order of the Court. This sealing order shall not prevent the Clerk from providing copies of the aforementioned documents to the United States upon request of an attorney for the United States.

DATED: December 16, 2015

HON. SALLIE KIM
United States Magistrate Judge

MOTION TO SEAL INDICTMENT
AND [PROPOSED] ORDER                              2