DOCUMENTS UNDER SEAL ☒                                                    TOTAL TIME (mins): 4 minutes

| MAGISTRATE JUDGE MINUTE ORDER | | DEPUTY CLERK Melinda K. Lozenski | | REPORTER/FTR FTR 10:04-10:08 | |
|---|---|---|---|---|---|
| MAGISTRATE JUDGE Sallie Kim | | DATE December 17, 2015 | | NEW CASE ☐ | CASE NUMBER 3:15-cr-00582-WHO-1 |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Adam Shafi | AGE 22 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Joshua Dratel and Erik Levin | | PD. ☐ RET. ☒ APPT. ☐ | |
| U.S. ATTORNEY Candace Kelly | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT held | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | |
|---|---|---|---|
| TO: 12/22/2015 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT ☐ TRIAL SET |
| AT: 1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA ☐ STATUS |
| BEFORE HON. Sallie Kim | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| The Government's motion to unseal the entire case is granted. Defendant to be interviewed by Pretrial Services. |

DOCUMENT NUMBER: