BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
JEFFREY SHIH (CABN 296945)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436- 7014
    Fax: (415) 436-7234
    E-Mail: candace.kelly@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 15-0582 WHO |
| Plaintiff, | NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

    The United States, through its attorneys Candace Kelly and Jeffrey Shih, hereby provide notice to defendant Adam Shafi and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted

//
//
//
//

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION       1

pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812.

DATED: December 17, 2015          Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

*/s/ C. Kelly*
CANDACE KELLY
Assistant United States Attorney

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION                    2