1 | ERIK B. LEVIN
  | CABN 208274
2 | LAW OFFICE OF ERIK B. LEVIN
  | 2001 Stuart Street
3 | Berkeley, California 94703
  | Telephone (510) 978-4778
4 | Facsimile (510) 978-4422
  | erik@erikblevin.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 15-0582 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| ADAM SHAFI, | ) |
| Defendant | ) |

The Undersigned counsel hereby enters a notice of appearance on behalf of the defendant, Adam Shafi.

Dated: December 21, 2015

_____
Erik B. Levin, Esq.

15 Cr. 0582 WHO
NOTICE OF APPEARANCE                1

**Certificate of Service**

I hereby certify that on December 21, 2015, I filed the foregoing **Notice of Appearance** with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2015.

<u>s/Erik B. Levin</u><br>
Erik B. Levin, Esq.