AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

United States of America
      Plaintiff (s),
  V.
Adam Shafi
      Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3-15-70856

Notice is hereby given that, subject to approval by the court, __Adam Shafi__ (Party (s) Name) substitutes __Erik B. Levin__ (Name of New Attorney), State Bar No. __208274__ as counsel of record in place of __Fred Remer and Harris Taback__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:
- Firm Name: Law Office of Erik B. Levin
- Address: 2001 Stuart Street, Berkeley, California 94703
- Telephone: (510) 978-4778   Facsimile: (510) 978-4422
- E-Mail (Optional): erik@erikblevin.com

I consent to the above substitution.
Date: 12/1/15
(Signature of Party (s))

I consent to being substituted.
Date: 12/1/15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/2/15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]