1   ERIK B. LEVIN
    CABN 208274
2   JOSHUA L. DRATEL
    *Pro Hac Vice*
3   LAW OFFICE OF ERIK B. LEVIN
    2001 Stuart Street
4   Berkeley, California 94703
    Telephone (510) 978-4778
5   Facsimile  (510) 978-4422
    erik@erikblevin.com
6
    Counsel for Adam Shafi
7

8
                    IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )   NO. 15 Cr. 582 WHO
                                       )
                Plaintiff,             )   STIPULATED ADMINISTRATIVE
12                                     )   MOTION AND [~~PROPOSED~~] ORDER
                v.                     )   SEALING COURT DOCUMENTS
13                                     )
    ADAM SHAFI,                        )   Date:  January 20, 2016
14                                     )   Time:  11:00 a.m.
                Defendant              )
15  _____)

16          PLEASE TAKE NOTICE that on January 20, 2016 at 11:00 a.m., defendant Adam

17  Shafi will move this Court to seal his Motion for Bail, which was lodged with this Court

18  under seal on December 11, 2015. [Dkt. 17]. The government has stipulated to the motion

19  and the parties agree that the motion may be granted pursuant to this stipulated motion

20  and the declaration of counsel below, and without oral argument.

21

22  STIPULATED ADMINISTRATIVE MOTION       1
    SEALING COURT DOCUMENTS
    CR 15-0582 WHO

1    Mr. Shafi seeks an order sealing his motion for bail [Dkt. 17] because the motion

2  contains sensitive personal identifying information and other sensitive information, which

3  would normally be redacted pursuant to Fed.R.Crim.P. 49.1, and which could

4  compromise the safety of people named therein. *See* L.R. 56-1(b). A redacted version of

5  the motion suitable for public disclosure is attached hereto as Exhibit A. Counsel will

6  electronically file Exhibit A in the event the Court grants this stipulated motion.

7  **Declaration of Counsel**

8    1.    Along with Joshua L. Dratel, I represent Mr. Adam Shafi in the above-

9  captioned matter and I submit this declaration in support of Mr. Shafi's Stipulated

10  Administrative Motion to Seal Court Documents. I present the following based on

11  information and belief.

12    2.    Mr. Shafi was arrested on a Complaint July 3, 2015, that alleged an attempt

13  to provide material support to a foreign terrorist organization in violation of 18 U.S.C. §

14  2339B. [Dkt. 1]. The Court ordered the matter sealed, [Dkt. 2], and it remained under seal

15  in its entirety until Mr. Shafi was arraigned on an Indictment December 17, 2015. [Dkt.

16  18].

17    3.    Prior to the unsealing of the matter, counsel for Mr. Shafi filed a Motion for

18  Bail [Dkt. 17], under seal, in accordance with the Court's sealing order. The motion

19  contained personal identifying information, names of minors, home addresses of non-

20  parties, and other information that would have been redacted in a publically-filed

21  document under Fed.R.Crim.P. 49.1(a), and which could compromise the safety of

22  STIPULATED ADMINISTRATIVE MOTION      2
SEALING COURT DOCUMENTS
CR 15-0582 WHO

1   individuals given the high-profile nature of the prosecution. *See* L.R. 56-1(b). A redacted

2   version of the Motion for Bail is attached hereto as Exhibit A. *See* L.R. 56-1(c)(2)(C).

3        4.    On December 17, 2015, the Court unsealed the matter and inadvertently

4   unsealed the unredacted Motion for Bail. The Court subsequently resealed the matter

5   temporarily pending a formal motion to seal.

6        5.    Counsel now seeks an order sealing the unredacted Motion for Bail. In

7   accordance with Local Rule 56-1(d)(3), counsel will file the redacted version of the

8   Motion for Bail (attached as Exhibit A) by the Electronic Case Filing system.

9        I declare under the penalty of perjury that the foregoing is true and correct to the

10   best of my knowledge.

11        Executed this 4th day of January, 2016, at Berkeley, California.

12                     *s/ Erik B. Levin*
                             Erik B. Levin

13   SO STIPULATED.

14   DATED: 1/4/16            BRIAN STRETCH

15                     Acting United States Attorney

16                     *s/ Candace Kelly*

17                     Candace Kelly, Esq.
                     Assistant United States Attorney

18   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19   DATED: January 5, 2016

20                      _____
                     MAGISTRATE JUDGE SALLIE KIM

21

22   STIPULATED ADMINISTRATIVE MOTION     3
      SEALING COURT DOCUMENTS
      CR 15-0582 WHO

1

**Certificate of Service**

2
I hereby certify that on January 4, 2016, I filed the foregoing **STIPULATED**

3
**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER SEALING COURT**

4
**DOCUMENTS** with the Clerk of the United States District Court for the Northern District of

5
California by using the CM/ECF system.

6
I declare under penalty of perjury that the foregoing is true and correct. Executed

7
on January 4, 2016.

8
　　　　　　　　　　　　　　　　　　 *s/Erik B. Levin*
　　　　　　　　　　　　　　　　　　Erik B. Levin, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22
STIPULATED ADMINISTRATIVE MOTION　　　4
SEALING COURT DOCUMENTS
CR 15-0582 WHO