AO 153 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| United States of America | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| v. | |
| Adam Shafi | CASE NUMBER: ~~3-15-70050~~ 3:15cr582-WHO |
| Defendant(s). | |

Notice is hereby given that, subject to approval by the court, __Adam Shafi__ substitutes
(Party (s) Name)

__Erik B. Levin__ , State Bar No. __208274__ as counsel of record in
(Name of New Attorney)

place of __Fred Remer and Harris Taback__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Erik B. Levin
Address: 2001 Stuart Street, Berkeley, California 94703
Telephone: (510) 978-4778     Facsimile (510) 978-4422
E-Mail (Optional): erik@erikblevin.com

I consent to the above substitution.
Date: 12/1/15
(Signature of Party (s))

I consent to being substituted.
Date: 12/2/15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/2/15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 5, 2016
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]