# EXHIBIT 1

**Joshua Dratel**

| | |
|---|---|
| **From:** | robert bloom <bbloom222@hotmail.com> |
| **Sent:** | Thursday, January 07, 2016 7:07 PM |
| **To:** | Joshua Dratel |
| **Subject:** | Shafi bail |

To: Attorney Joshua Dratel

When you and I spoke by telephone on January 6, 2016, you informed me that Magistrate Judge Kim had noted at the bail hearing for your client, Adam Shafi, regarding your client's risk of flight, that she was concerned that my client, (who is identified in prosecution documents as SK), might assist your client if he chose to flee.

I can assure you, and you can assure the Court, that no such thing will take place if Mr. Shafi is released on bond. I will be instructing my client that he should not engage in any interaction with Mr. Shafi for any such purpose or for any other purpose. Further, I will be instructing my client that he should not meet or otherwise confer with Mr. Shafi except at a joint defense meeting at which counsel will be present.

Please inform me if I can be of further assistance.

/s/ Robert Bloom, Attorney for SK

1