# EXHIBIT 2

# REICHEL & PLESSER

## Attorneys At Law

455 Capitol Mall, 8th Floor, Suite 802 Sacramento, CA 95814
Phone: 916.498.9258    Fax: 888.567.2949

www.reichellaw.com

Mark Reichel, Esq.                                                                    Steve Plesser, Esq.
mark@reichellaw.com                                                              steve@reichellaw.com


January 8, 2015

Re:    United States v. Adam Shafi
        Northern District Of California
        Criminal Case No. 15-CR-582 WHO

To whom it may concern:

Please be advised that I represent the individual referenced as "AN" (hereinafter "AN") in  the criminal complaint on file in this matter, 15 -70856 MEJ.  I have represented "AN" in connection with these charges since on or about July 13, 2015.  My experience as a federal criminal defense attorney includes 12 years as an Assistant Federal Public Defender in the Eastern District of California for the years 1994-2005.  In have been in private practice since 2005 with a large percentage of my cases being federal criminal defense cases.

I have been asked to provide a statement for a bail re consideration motion on behalf of Adam Shafi, by his attorneys, on the subject of my client "AN" and any communications by "AN" to Mr. Adam Shafi, either directly or indirectly through family or friends. I can assure whomever is asking that my client "AN" has been advised by me against doing so and that he will follow my advice and will have no contact with either Adam Shafi and/or his family and friends, and that my client will also have no contact (either directly or indirectly through family or friends) with the person identified as "SK" in the criminal complaint.


*Mark J. Reichel*
MARK REICHEL
Attorney at Law