# EXHIBIT 3

Ahmed Wahba
3163 Raleigh Court
Fremont, CA., 94555

Date: January 6, 2016

U.S Judge William Orrick, III
U.S District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re.: U.S v. Adam Shafi, 3:15-cr-00582-WHO
      Letter in support of Pre-Trial Release of Adam Shafi

Dear Judge Orrick,

My name is Ahmed Wahba and I am a Bank of America retiree. I have served the bank and the community for 28 years. I was a VP/Banking Center Manager. Currently, I am a real estate broker and I own and operate the Best Choice Real Estate Company.

I have been married for over 18 years and I have 3 beautiful children(son and two daughters). I also own my primary residence for more than 16 years.

I have known the Shafi family for over 25 years. Adam Shafi, who is like a son to me, is very polite, kind, and quiet. My family has enjoyed having him into our house. My two youngest daughters (8 and 11), enjoy playing with him the most, and they always have lots of fun when he is around. I feel they are very safe and secure with him because of his passion and his caring behavior.

I attended Adam's arraignment and I also attended his bail hearing. After listening to what the Assistant United States Attorney said about the case, I continue to support Adam's release on bail. I believe Adam is a role model for any person in his age group and any family would dream to have him as their son. I truly believe that Adam cannot hurt himself and cannot hurt anyone and he is not a flight risk at all.

Since I am retired and my wife (Moushira Wahba) is a housewife, we would gladly take the responsibility of being his chaperones, or his shadow, for as long as needed. My wife and I are prepared to co-sign his bond, and to post our house, which is the most valuable asset in retirement for me, my wife and our minor children. We know Adam well and trust he will comply with all release conditions.

I plead for his release on bail until this unfortunate matter is resolved.

Respectfully yours,

Ahmed Wahba

**Bank of America**

Ahmed L. Wahba
Vice President
Banking Center Manager
Alvarado Branch

Tel: 510.429.2880 · Fax: 510.471.5870 · Cust. Svc: 800.622.8731
ahmed.i.wahba@bankofamerica.com

Bank of America, CA4-175-01-01
31800 Alvarado Boulevard, Union City, CA 94587