# EXHIBIT 4

January 05, 2015


Judge William Orrick, III
U.S. Federal Court
450 Golden Gate Avenue
San Francisco, CA94102

Dear Honorable Judge Orrick:

My name is Ahmed Abdulghafar and I am the Imam of WCICI and hold Ph.D. in Religion and Politics.

I am writing this second letter in support of Adam's release on bail. I have attended the last 2 hearings and learned about what was on the tapes. I have also read the indictment and continue to support Adam's release on bail as per my previous letter dated 11/20 / 2015.

Adam is a good young man with a soft spot for the needy.  He will give everything he has to help someone in need or in hardship. Adam wants to do the right thing. He is very young and his religious belief and understanding is evolving just like young people in his age. Upon his release on bail, I will provide him with spiritual support and religious guidance. Adam had previously shown sincere receptiveness and appreciations for my explanations.


Very truly yours,

Ahmed Abdulghafar, Ph.D.