BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    Fax: (415) 436-7234
    jeffrey.shih @usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-15-0582 WHO |
| Plaintiff, | ) |
| v. | ) UNITED STATES MOTION TO SEAL EXHIBIT 2 |
| | ) IN SUPPORT OF ITS OPPOSITION TO |
| | ) DEFENDANT'S APPEAL OF DETENTION |
| ADAM SHAFI, | ) ORDER AND [PROPOSED] ORDER |
| Defendant. | ) |

The United States, by and through its attorney, Assistant United States Attorney Jeffrey Shih, is filing on this date its Opposition to Defendant's Appeal of Detention Order, which includes two compact disks marked as Exhibit 2 containing personal identifying information (including voice recordings) of third parties who are not charged. It is not feasible to redact such information. Additionally, such information is protected from public disclosure under a protective order entered in this case, which permits the filing of such materials under seal or with the consent of the party that produced the materials (here the United States). Accordingly, the United States hereby requests leave to file this

US MOTION TO SEAL EXHIBIT 2 IN
SUPPORT OF OPPOSITION TO
DEF. APPEAL OF DETENTION ORDER,
AND ORDER

1

exhibit under seal, which will be filed as United States Exhibit 2, including any subparts thereto, in support of its Opposition to Defendant's Appeal of Detention Order.


DATED:  January 12, 2016                           Respectfully submitted.

                                                   BRIAN J. STRETCH
                                                   Acting United States Attorney


                                                   _____/s/_____
                                                   JEFFREY SHIH
                                                   Assistant United States Attorney




                              [PROPOSED] ORDER

        Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file United States Exhibit 2, including any subparts thereto, in support of its Opposition to Defendant's Appeal of Detention Order in the above-captioned case under seal and maintain the two compact disks marked as Exhibit 2 under seal until further notice from this Court.

IT IS SO ORDERED.

DATED:  January _____, 2016          _____
                                         HONORABLE WILLIAM H. ORRICK
                                         United States District Court Judge

US MOTION TO SEAL EXHIBIT 2 IN                   2
SUPPORT OF OPPOSITION TO
DEF. APPEAL OF DETENTION ORDER,
AND ORDER