1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JEFFREY SHIH (CABN 296945)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7168
7     Fax: (415) 436-7234
      jeffrey.shih @usdoj.gov

8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   CASE NO. CR-15-0582 WHO
14                                     )
          Plaintiff,                   )
15                                     )   UNITED STATES MOTION TO SEAL EXHIBIT 2
      v.                               )   IN SUPPORT OF ITS OPPOSITION TO
16                                     )   DEFENDANT'S APPEAL OF DETENTION
   ADAM SHAFI,                         )   ORDER AND ORDER
17                                     )
          Defendant.                   )
18   _____)

19

20         The United States, by and through its attorney, Assistant United States Attorney Jeffrey Shih, is

21  filing on this date its Opposition to Defendant's Appeal of Detention Order, which includes two compact

22  disks marked as Exhibit 2 containing personal identifying information (including voice recordings) of

23  third parties who are not charged.  It is not feasible to redact such information.  Additionally, such

24  information is protected from public disclosure under a protective order entered in this case, which

25  permits the filing of such materials under seal or with the consent of the party that produced the

26  materials (here the United States).  Accordingly, the United States hereby requests leave to file this

27
   US MOTION TO SEAL EXHIBIT 2 IN              1
28 SUPPORT OF OPPOSITION TO
   DEF. APPEAL OF DETENTION ORDER,
   AND ORDER

1   exhibit under seal, which will be filed as United States Exhibit 2, including any subparts thereto, in

2   support of its Opposition to Defendant's Appeal of Detention Order.

3

4   DATED:  January 13, 2016                    Respectfully submitted.

5                                              BRIAN J. STRETCH
                                               Acting United States Attorney
6

7
                                               _____/s/_____
8                                              JEFFREY SHIH
                                               Assistant United States Attorney
9

10

11

12

13                                             ORDER

14          Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED

15   THAT the Clerk of the Court file United States Exhibit 2, including any subparts thereto, in support of

16   its Opposition to Defendant's Appeal of Detention Order in the above-captioned case under seal and

17   maintain the two compact disks marked as Exhibit 2 under seal until further notice from this Court.

18

19   IT IS SO ORDERED.

20
     DATED:  January 13, 2016
21                                             _____
                                               HONORABLE WILLIAM H. ORRICK
22                                             United States District Court Judge

23

24

25

26

27
     US MOTION TO SEAL EXHIBIT 2 IN                    2
28   SUPPORT OF OPPOSITION TO
     DEF. APPEAL OF DETENTION ORDER,
     AND ORDER