1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
3

4  JEFFREY SHIH (CABN 296945)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7168
6      Email: jeffrey.shih@usdoj.gov

7  Attorneys for the United States of America

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11
                                            ) CASE NO. 3:15-CR-582-WHO
12 UNITED STATES OF AMERICA,                )
                                            )
              Plaintiff,                    ) UNITED STATES STATUS REPORT
13                                          ) REGARDING CONDITIONS OF CONFINEMENT
       v.                                   )
14                                          )
   ADAM SHAFI,                              )
15                                          )
              Defendant.                    )
16 _____ )

17        On January 14, 2016, the Court held a status conference and hearing as to the defendant's appeal

18 of Magistrate Judge Sallie Kim's detention order in this case. After concluding that the defendant is a

19 risk of flight and that the defendant should be detained because there are no set of conditions that can

20 reasonably assure the defendant's appearance, the Court affirmed Magistrate Judge Kim's decision and

21 ordered the defendant detained. See Docket No. 41 (Minute Order, January 14, 2016). At the hearing,

22 the Court also stated that it was concerned about the conditions of the defendant's confinement as

23 described by defense counsel and requested that an explanation of the anticipated confinement

24 conditions be filed with the Court after Alameda County Counsel (representing the Glenn Dyer

25 Detention Facility) and defense counsel have an opportunity to confer. See id.

US STATUS REPORT RE CONDITIONS OF CONFINEMENT

1  Immediately after the hearing on January 14, 2016, the undersigned Assistant U.S. Attorney
2  conveyed the Court's concern to Alameda County Counsel and coordinated with defense counsel in
3  order to facilitate a discussion.  On January 19, 2016, the undersigned Assistant U.S. Attorney, Alameda
4  County Counsel, representatives from the Alameda County Sheriff's Office (who operate the Glenn
5  Dyer Detention Facility), and defense counsel participated in a conference call.  Pursuant to the Court's
6  request for an explanation of the defendant's conditions of confinement, Alameda County stated that it
7  would submit a separate filing on its own behalf to the Court on or about January 29, 2016.

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

DATED: January 27, 2016      /s/ Jeffrey Shih
JEFFREY SHIH
Assistant United States Attorney