UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES<br><br>    Plaintiff,<br><br>v.<br><br>ADAM SHAFI<br><br>    Defendant. | CASE NO. 15-CR-00582-WHO-1<br><br>DECLARATION OF **JOAN D. CAIRNS, LMFT** |

I, **JOAN D. CAIRNS** declare as follows:

1. I am the Behavioral Health Care Manager at Criminal Justice Mental Health, ("CJMH") employed by the County of Alameda in its Behavioral Health Care Services division("BHCS"). In that capacity, I am responsible for the day to day operations of CJMH, and oversee the provision of mental health services to inmates at both the Santa Rita Jail in Dublin ("SRJ") and the Glen Dyer Detention Facility in Oakland ("GDDF"). The statements in this Declaration are of my own personal knowledge, except for those matters stated on information and belief, which I believe to be true. If called as a witness, I could and would testify competently thereto.

2. I have worked for the CJMH for 2 years. I have held the position of Manager for 1 year, and have been working in the field of forensics for 25 years. My duties and responsibilities include the oversight and delivery of mental health care to the inmates at both SRJ and GDDF Jail.

3. CJMH uses a web-based program notes system called CliniciansGateway (CG) to maintain all records of client contact. CG incorporates assessment tools and forms that allow CJMH therapists to chart and assess inmates' mental health status, needs, and progress. All notes of interactions with inmates by CJMH are written in CG; it is the exclusive means of maintaining client records at CJMH.

4. The Assessment tool CJMH utilizes is a Standard Mental Status Evaluation ("MSE"). The MSE covers the following topics: Orientation, Cognition, Impulse Control, Mood and Affect, Thought

1 Process and Thought Content, Suicide and Homicide Ideation, Substance Abuse and Mental Health
2 History. Included in the CG MSE note is a section where an inmate's charges are logged. Including the
3 criminal charges of the inmate is standard practice in charting in a forensic setting. A true and correct
4 copy of a blank MSE is attached hereto as Exhibit A.

5     5. On 12/31/2015, Dr. Said Shefayee, CJMH Psychiatrist and Pamela Neher, LCSW, CJMH
6 clinician went in tandem to do an mental health assessment, on inmate Adam Shafi. Mr. Shafi was
7 assessed by CJMH due to Mr. Shafi's high profile case, and having no criminal justice history. It is
8 routine for CJMH to do an assessment on these inmates, as they can be high risk for suicide; in cases
9 like this CJMH will reassess the inmate monthly. Dr. Sheyafee used the Standard MSE to evaluate Mr.
10 Shafi, and entered his notes into CG the same day. Pamela Neher also input notes regarding Mr. Shafi's
11 evaluation that same day.

12     6. I am informed and believe that Defendant Adam Shafi has alleged that CJMH asked
13 inappropriate questions related to his criminal case while delivering mental health services at GDDF.

14     7. I have reviewed the CG Program Notes relating to Mr. Shafi's treatment. There was nothing in
15 either Dr. Sefayee's or Pamela Neher's chart notes describing, commenting, or editorializing Mr. Shafi's
16 criminal charges.

17     8. Although CJMH therapists will inquire as to whether an inmate understands the charges being
18 brought against him or her, and if indicated, whether those charges affect the inmate's mental state, it is
19 not the practice of CJMH clinical staff to involve themselves in an inmate's criminal case. That is not
20 relevant to either the assessment or treatment of an inmate.

21     I declare under penalty of perjury under the laws of the state of California that the foregoing is
22 true and correct to the best of my knowledge and belief.
23     Executed this 28 day of January 2016 in Dublin, California.

/s/ Joan Cairns, LMFT
Joan Cairns, LMFT
Behavioral Health Care Manager
Alameda County Behavioral Health Care

DECLARATION OF JOAN D. CAIRNS
U.S. v. Shafi – Case No. 15-cr-00582-WHO-1

2

# EXHIBIT A

United States of America v. Adam Shafi
Case No. 15-cr-00582-WHO-1

# Adult Assessment – Criminal Justice Mental Health – Clinician's Gateway Version

The Criminal Justice Mental Health forms headers for Santa Rita Jail contain specialized fields:

- PFN # = Prison File Number
- SRMR # = Santa Rita Medical Record #
- Booking Name
- Time of Day seen by clinician
- Housing Unit



## Assessment

| **CRIMINAL JUSTICE MENTAL HEALTH PROGRAM ASSESSMENT (331)** | Race: Black    Sex: Female |
|---|---|
| ☐ County (82)   ☐ CDC (61)   ☐ Fed (44)   ☐ State Hospital | CDC: |

**Location seen:**   ☐ ITR   ☐ Clinic   ☐ HU   ☐ Other  _____

### SECTION A

**Incarcerated before?** ○ No   ○ Yes   Where? (check all that apply)   ☐ SRJ   ☐ Other jail   ☐ Prison (name): _____

**Current Psych Tx?** ○ No  ○ Yes     Psych meds in last 30 days? ○ No  ○ Yes     **VETERAN?** ○ No  ○ Yes

| Name of medication | Dose | Last dose | Prescribed by (clinic/MD): |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  | **Name/location of Pharmacy:** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Recent inpatient**   ○ No   ○ Yes   When/Where

**Recent State Hospital**   ○ No   ○ Yes   When/Where/Why

**Current Outpatient**   ○ No   ○ Yes   Last seen:           Where:           Case manager:

○ No   ○ Yes   **Females BIRTH within last year?** (see clinical guidelines)

○ No   ○ Yes   **Developmental Disability?** if yes  ☐ suspected  ☐ confirmed (see clinical guidelines)

○ No   ○ Yes   **History of head trauma?**

○ No   ○ Yes   **Substance use within last 30 days?**

○ No   ○ Yes   **History of victimization?**   ☐ sexual   ☐ emotional   ☐ physical

○ No   ○ Yes   **History of Violence/Predatory behavior?**   Describe:

| SECTION B | Arrest Date: | Release Date: | Charges: |

**1. Reason for Referral/Referral Source:**

**2. Emotional Response to Incarceration:**

**3. History of Psychiatric Treatment** (incl. prior psychotropic meds, dates, reason discontinued; psychiatric hospitalizations):

**4. Substance Use/Abuse History** (type of substance, frequency, duration, treatment history, last use):

**5. Medical History** (include current and past medical conditions; medications; head injuries, seizures, allergies):

**6. SUICIDE ASSESSMENT**

SUICIDE IDEATION   ○ Yes   ○ No   If yes, describe:

PLAN?   ○ Yes   ○ No   If yes, describe:

HISTORY OF ATTEMPTS?   ○ Yes   ○ No   # OF ATTEMPTS?          IN-CUSTODY ATTEMPTS?   ○ Yes   ○ No

DATES OF ATTEMPTS & DESCRIPTIONS:

RISK FACTORS (see Clinical Guidelines and note each factor):

| SECTION C | MENTAL STATUS EXAM |
|---|---|

**Observations** (Orientation, Intellect, appearance, motor activity, speech, mood, affect, thought content, thought process, perceptions, insight, judgement, impulse control)

Other: race, sex, religion, culture, language, classification issues, etc.)

**General Impressions**

**Plan: (Goals and Objectives)**

**Criteria for Treatment**(check all that apply):

☐ 1. Medical Necessity/Diagnosis   ☐ 2. Medical Necessity/Functional Impairment   ☐ 3. Psychiatric History

☐ 4. Substance Abuse History   ☐ 5. Dangerous to Self or Others   ☐ 6. Continuity of Care

| DIAGNOSES | DSM IV CODES | |
|---|---|---|
| Axis I | | | Indicate primary and secondary diagnoses (1, 2) |
| Axis II | | | |

| Axis III: Physical Disorders | Axis IV | Axis V | |
|---|---|---|---|
| | H | | |

Outcome:  ○ No return appt.   ○ Reappointment   Date: ____ to see ____ in ☐ Clinic ☐ HU # ____

Date: ____ to see ____ in ☐ Clinic ☐ HU # ____

☐ Note is complete.

[Cancel]   [Spell Check]   [Save as Pending]   [Save as Draft]