ERIK B. LEVIN
  CABN 208274
JOSHUA L. DRATEL
  *Pro Hac Vice*
LAW OFFICE OF ERIK B. LEVIN
2001 Stuart Street
Berkeley, California 94703
Telephone (510) 978-4778
Facsimile  (510) 978-4422
erik@erikblevin.com

Counsel for Adam Shafi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM SHAFI,<br><br>　　　　Defendant | NO. 15 Cr. 582 WHO<br><br>UNOPPOSED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER SEALING EX PARTE COURT DOCUMENTS<br><br>Date:  February 18, 2016<br>Time:  1:30 p.m. |

　　　　PLEASE TAKE NOTICE that on February 18, 2016 at 1:30 p.m., defendant Adam Shafi will move this Court to file *ex parte* and under seal and FILTER 00002 through FILTER 00009, which counsel has lodged with this Court under seal. The government does not oppose the motion and the parties agree that the motion may be

UNOPPOSED ADMINISTRATIVE MOTION　　　　1
SEALING COURT DOCUMENTS

CR 15-0582 WHO

granted pursuant to this unopposed motion and the declaration of counsel below, and without oral argument.

Mr. Shafi seeks an order permitting him to file under seal and *ex parte* from the prosecution FILTER 00002 through 00009 because they contain privileged attorney-client communications and constitute attorney work-product. *See* L.R. 56-1(b).

**Declaration of Counsel**

1. Along with Joshua L. Dratel, I represent Mr. Adam Shafi in the above-captioned matter and I submit this declaration in support of Mr. Shafi's Unopposed Administrative Motion to Seal Court Documents. I present the following based on information and belief.

2. Mr. Shafi was arrested on a Complaint July 3, 2015, that alleged an attempt to provide material support to a foreign terrorist organization in violation of 18 U.S.C. § 2339B. [Dkt. 1]. Mr. Shafi has been detained since his arrest at Alameda County's Glenn Dyer Jail.

3. According to Alameda County Sheriff's Office Lieutenant Dan Brodie, on December 17, 2015, representatives of the Sheriff's Office searched Mr. Shafi's cell and confiscated a notepad containing writings and drawings, which it promptly turned over to the FBI. [Dkt. 47 at ¶¶7-9].

4. FBI Agent Christopher Monika confirms that the Alameda County Sheriff's Office provided the material to the FBI. [Dkt. 38-1 at ¶ 5b].

5. The government has since produced discovery that confirms that on December 18, 2015, the FBI emailed a portion of the documents seized from Mr. Shafi's cell to, *inter alia*, the prosecution team, including AUSA Candace Kelly and Jeffrey Shih. [Discovery, Bates AS-00631].

6. The U.S. Attorney's Office subsequently provided defense counsel with copies of the seized documents. Included within that material was FILTER_00002 through FILTER_00009, which counsel believe constitute attorney work-product and privileged attorney-client communications.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February, 2016, at Berkeley, California.

*s/ Erik B. Levin*
Erik B. Levin

UNOPPOSED.

DATED: February 10, 2016

BRIAN STRETCH
Acting United States Attorney

*s/ Jeffrey Shih*
Jeffrey Shih, Esq.
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
JUDGE WILLIAM ORRICK

UNOPPOSED ADMINISTRATIVE MOTION     3
SEALING COURT DOCUMENTS
CR 15-0582 WHO

**Certificate of Service**

I hereby certify that on February 10, 2016, I filed the foregoing **UNOPPOSED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER SEALING COURT DOCUMENTS** with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2016.

                                          *s/Erik B. Levin*
                                          Erik B. Levin, Esq.