1   ERIK B. LEVIN
      CABN 208274
2   JOSHUA L. DRATEL
      *Pro Hac Vice*
3   LAW OFFICE OF ERIK B. LEVIN
    2001 Stuart Street
4   Berkeley, California 94703
    Telephone (510) 978-4778
5   Facsimile  (510) 978-4422
    erik@erikblevin.com
6
    Counsel for Adam Shafi
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | ) | NO. 15 Cr. 582 WHO |
|---|---|---|
| Plaintiff, | ) ) ) | UNOPPOSED ADMINISTRATIVE MOTION AND ORDER SEALING EX PARTE COURT DOCUMENTS |
| v. | ) ) | |
| ADAM SHAFI, | ) ) | Date:  February 18, 2016 |
| Defendant | ) ) ) | Time:  1:30 p.m. |

17     PLEASE TAKE NOTICE that on February 18, 2016 at 1:30 p.m., defendant

18  Adam Shafi will move this Court to file *ex parte* and under seal and FILTER 00002

19  through FILTER 00009, which counsel has lodged with this Court under seal. The

20  government does not oppose the motion and the parties agree that the motion may be

21

22
UNOPPOSED ADMINISTRATIVE MOTION            1
SEALING COURT DOCUMENTS
CR 15-0582 WHO

granted pursuant to this unopposed motion and the declaration of counsel below, and without oral argument.

Mr. Shafi seeks an order permitting him to file under seal and *ex parte* from the prosecution FILTER 00002 through 00009 because they contain privileged attorney-client communications and constitute attorney work-product. *See* L.R. 56-1(b).

**Declaration of Counsel**

1. Along with Joshua L. Dratel, I represent Mr. Adam Shafi in the above-captioned matter and I submit this declaration in support of Mr. Shafi's Unopposed Administrative Motion to Seal Court Documents. I present the following based on information and belief.

2. Mr. Shafi was arrested on a Complaint July 3, 2015, that alleged an attempt to provide material support to a foreign terrorist organization in violation of 18 U.S.C. § 2339B. [Dkt. 1]. Mr. Shafi has been detained since his arrest at Alameda County's Glenn Dyer Jail.

3. According to Alameda County Sheriff's Office Lieutenant Dan Brodie, on December 17, 2015, representatives of the Sheriff's Office searched Mr. Shafi's cell and confiscated a notepad containing writings and drawings, which it promptly turned over to the FBI.  [Dkt. 47 at ¶¶7-9].

4. FBI Agent Christopher Monika confirms that the Alameda County Sheriff's Office provided the material to the FBI. [Dkt. 38-1 at ¶ 5b].

5. The government has since produced discovery that confirms that on December 18, 2015, the FBI emailed a portion of the documents seized from Mr. Shafi's cell to, *inter alia*, the prosecution team, including AUSA Candace Kelly and Jeffrey Shih. [Discovery, Bates AS-00631].

6. The U.S. Attorney's Office subsequently provided defense counsel with copies of the seized documents. Included within that material was FILTER_00002 through FILTER _00009, which counsel believe constitute attorney work-product and privileged attorney-client communications.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February, 2016, at Berkeley, California.

        *s/ Erik B. Levin*
        Erik B. Levin

UNOPPOSED.

DATED: February 10, 2016        BRIAN STRETCH
        Acting United States Attorney

        *s/ Jeffrey Shih*
        Jeffrey Shih, Esq.
        Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 10, 2016

        _____
        JUDGE WILLIAM ORRICK