JOSHUA L. DRATEL
*Pro Hac Vice*
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
T. 212-732-0707
F. 212-571-3792
jdratel@joshuadratel.com

ERIK B. LEVIN
CABN 208274
Law Office of Erik Levin
2001 Stuart Street
Berkeley, California 94703
T. 510-978-4778
F. 510-978-4422
erik@erikblevin.com

*Attorneys for Defendant Adam Shafi*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant | NO. 15 Cr. 582 WHO<br><br>STIPULATED MOTION AND ORDER TO CONTINUE ORAL ARGUMENT |

The parties stipulate that oral argument on the motion for reconsideration of detention [Dkt. #49] be continued from February 18, 2016 at 1:30 p.m. to February 25, 2016 at 1:30 p.m. The parties agree that this stipulated motion to continue oral argument may be granted based on this stipulated motion and the declaration of counsel below, and without oral argument.

**Declaration of Counsel**

1. Along with Joshua L. Dratel, I represent Mr. Adam Shafi in the above-captioned matter and I submit this declaration based on information and belief.

2. Mr. Shafi's motion for reconsideration of detention order is scheduled for oral argument on the Court's February 18, 2016, calendar.

3. An unforeseen health emergency prevents counsel from attending oral argument.

4. The parties have agreed to continue oral argument until the Court's February 25, 2016, calendar.

5. While Alameda County Counsel is available on those dates as well, Lieutenant Dan Brodie (who also planned to attend) is not available on February 25, 2016.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of February, 2016, at Berkeley, California.

*s/ Erik B. Levin*
Erik B. Levin

SO STIPULATED.

DATED: 2/17/16            BRIAN STRETCH
                          Acting United States Attorney

                          *s/ Jeffrey Shih*
                          Jeffrey Shih, Esq.
                          Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED. If it is necessary, I will allow the Alameda County Sheriff's Office to supplement its filings after the hearing if an issue is raised that requires Lt. Brodie's input.

DATED: February 18, 2016

_____
JUDGE WILLIAM H. ORRICK