BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    jeffrey.shih@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-0582 WHO |
|     Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
|   v. | |
| ADAM SHAFI, | |
|     Defendant. | |

    Please be advised that Assistant United States Attorney S. Waqar Hasib is now replacing former Assistant United States Attorney Candace Kelly as United States' co-counsel of record in the above-referenced case. Accordingly, please remove former Assistant United States Attorney Kelly from the docket and from all further ECF notices. Assistant United States Attorney Jeffrey L. Shih shall remain lead attorney for the United States.

DATED: February 18, 2016

                                                Respectfully submitted,

                                                BRIAN J. STRETCH
                                                Acting United States Attorney

                                                      /s/
                                                S. WAQAR HASIB
                                               Assistant United States Attorney