UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 25, 2016   **Time:** 2 minutes   **Judge:** WILLIAM H. ORRICK
1:38 p.m. to 1:40 p.m.

**Case No.**: 15-cr-00575-WHO-1   **Case Name:** UNITED STATES v. Martinez

**Attorney for Plaintiff:**   Galia Amram
**Attorney for Defendant:**   Deborah R. Douglas
Defendant **Josue Olman Martinez** - present, in custody

**Deputy Clerk:** Jean Davis   **Court Reporter:** Kelly Shainline
**Interpreter:** Melinda Basker   **Probation Officer:** n/a

**PROCEEDINGS**

Parties appear for Status Conference. A Motion to Quash has been filed. The parties agree to the following briefing/hearing schedule:

Defense opposition to be filed:   March 10, 2016
Government reply to be filed:   March 14, 2016
Hearing   March 17. 2016 at 1:30 p.m.

**CASE CONTINUED TO: March 17, 2016 at 1:30 p.m. for hearing on Motion to Quash**.

**EXCLUDABLE DELAY:**
Category   Pending motion
Begins   February 25, 2016
Ends   March 17, 2016