UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 25, 2016  **Time:** 18 minutes  **Judge:** WILLIAM H. ORRICK
1:40 p.m. to 1:58 p.m.

**Case No.**: 15-cr-00582-WHO-1   **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:**  Jeffrey L. Shih and S. Waqar Hasib
Alameda County Counsel L. David Nefouse
**Attorney for Defendant:**  Joshua Dreitel and Erik B. Levin
Defendant - **Adam Shafi** - present, in custody

**Deputy Clerk:** Jean Davis   **Court Reporter:** Kelly Shainline
**Interpreter:** n/a   **Probation Officer:** n/a

**PROCEEDINGS**

The Court has reviewed all pleadings and supporting documents related to the Motion for Reconsideration of the Court's decision to affirm Magistrate Judge Kim's Order of Detention. The Court suggests that no oral argument is necessary concerning the appropriateness of the filing of the Motion for Reconsideration and that argument be restricted to the heart of the matter, which is whether new facts or law suggest that the Court should reconsider the prior decision. The Court reiterates concern for the minimization of any detrimental mental health consequences related to Mr. Shafi's pretrial confinement in administrative segregation and announces its preliminary opinion. Defense (Dratel) and government (Shih) counsel heard as to the motion for reconsideration. Alameda County counsel (Nefouse) also heard concerning those issues applying to conditions of confinement in the Alameda County Jail.

The motion for reconsideration is DENIED. The Court remains interested in defendant's conditions of confinement and mental health. However, at this point information has not been presented that warrants the Court's intervention regarding the conditions of confinement.

It is the Court's desire that this matter proceed with all appropriate dispatch. At the March 17th status conference, the Court expects to hear detailed information regarding the scope of discovery, the progress of production and readiness for trial.

**CASE CONTINUED TO: March 17, 2016 at 1:30 p.m. for Status Conference**.

(Time previously excluded through March 17, 2016.)