UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 17, 2016      **Time:** 5 minutes      **Judge:** WILLIAM H. ORRICK
                              1:36 p.m. to 1:41 p.m.

**Case No.**: 15-cr-00582-WHO-1      **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:**   Jeffrey Shih and Waqar Hasib
**Attorney for Defendant:**   Erik Levin and Joshua Dratel
                              Defendant **Adam Shafi** - present, in custody

**Deputy Clerk:** Jean Davis                **Court Reporter:** Kelly Polvi
**Interpreter:** n/a                        **Probation Officer:** n/a

**PROCEEDINGS**

The government has provided a status report regarding discovery with a timetable for disclosures. A protective order has been drafted and will be finalized and submitted to the Court for approval shortly. The government believes that all FISA information will be disclosed by April 25, 2016, and the parties request an initial CIPA § 2 pretrial conference on May 12, 2016. Counsel will meet and confer prior to that date to agree on a schedule for the filing and briefing of any CIPA motions.

**CASE CONTINUED TO: May 12, 2016 at 1:30 p.m. for Pretrial Conference.**

**EXCLUDABLE DELAY:**
Category       Effective preparation of counsel
Begins         March 17, 2016
Ends           May 12, 2016