UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. 3:15-CR-582-WHO |
| Plaintiff,           ) | ORDER EXCLUDING TIME |
| v.           ) | |
| ADAM SHAFI,           ) | |
| Defendant.           ) | |

The parties appeared before the Court for a status conference on March 17, 2016. At the status conference, the parties agreed that the nature of the prosecution (i.e., terrorism charge involving Foreign Intelligence Surveillance Act information) made the case "complex" under the Speedy Trial Act. The parties further agreed that discovery was ongoing and that additional time was required for effective preparation of counsel. Based on these reasons and the reasons stated on the record on March 17, 2016, the United States requested and the defendant consented to an exclusion of time under the Speedy Trial Act through the Classified Information Procedures Act pretrial conference, 18 U.S.C. App. 3 § 2, scheduled for May 12, 2016.

Therefore, based on the request of the United States and the consent of the defendant, based on good cause shown, and as stated on the record at the status conference, the Court orders that time is excluded under the Speedy Trial Act between March 17, 2016, and May 12, 2016, as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. The Court makes this finding and bases this exclusion of time on the nature of the prosecution making the case complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established in the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and

ORDER EXCLUDING TIME                    1

1  (h)(7)(B)(ii). Additionally, such an exclusion provides counsel reasonable time for effective

2  preparation, taking into account due diligence.  18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

3

4  IT IS SO ORDERED.

5

6  Dated: March 21, 2016  
                                    HONORABLE WILLIAM H. ORRICK

7                                      UNITED STATES DISTRICT JUDGE

ORDER EXCLUDING TIME            2