FILED

APR 28 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ADAM SHAFI, Defendant - Appellant. | No. 16-10093 D.C. No. 3:15-cr-00582-WHO-1 Northern District of California, San Francisco ORDER |

Before: CANBY, LEAVY, and IKUTA, Circuit Judges.

Adam Shafi appeals from the district court's February 25, 2016, order denying his motion for reconsideration of the district court's January 14, 2016, order affirming the magistrate's January 5, 2016, detention order.

We review for an abuse of discretion the denial of a motion for reconsideration. *United States v. Lefler*, 880 F.2d 233, 234 (9th Cir. 1989).

The district court did not abuse its discretion in denying appellant's motion for reconsideration.

Appellant's alternate request to remand to the district court is denied.

Appellee's motion to transmit and seal a physical exhibit is denied as moot.

**AFFIRMED.**

AC/MOATT