1

JOSHUA L. DRATEL
*Pro Hac Vice*
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412

2

New York, New York 10006
T. 212-732-0707
F. 212-571-3792

3

jdratel@joshuadratel.com

4

ERIK B. LEVIN
CABN 208274
Law Office of Erik Levin

5

2001 Stuart Street
Berkeley, California 94703

6

T. 510-978-4778
F. 510-978-4422

7

erik@erikblevin.com

*Attorneys for Defendant Adam Shafi*

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | NO. 15 Cr. 582 WHO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) ) | PRETRIAL CONFERENCE |
| ADAM SHAFI, | ) ) | |
| Defendant | ) ) ) | |

11

12

13

14

The parties stipulate that the initial CIPA § 2 pretrial conference be continued

15

from May 12, 2016 at 1:30 p.m. to June 16, 2016 at 1:30 p.m. The parties agree that this

16

stipulated motion to continue the pre-trial conference may be granted based on this

17

stipulated motion and the declaration of counsel below, and without oral argument.

18

STIPULATED MOTION TO CONTINUE                1
PRE-TRIAL CONFERENCE

CR 15-0582 WHO

**Declaration of Counsel**

1.      Along with Erik B. Levin, I represent Mr. Adam Shafi in the above-captioned matter and I submit this declaration based on information and belief.

2.      The initial CIPA § 2 pretrial conference is currently scheduled for May 12, 2016.

3.      The parties have agreed to continue the pretrial conference until the Court's June 16, 2016, calendar, based on the Court's unavailability on June 2, 2016, and the Court's full docket on June 9, 2016.

4.      The parties agree that the nature of the prosecution (i.e., terrorism charge involving Foreign Intelligence Surveillance Act information) makes the case "complex" under the Speedy Trial Act. The parties further agree that discovery is ongoing and that additional time is required for effective preparation of counsel.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of May, 2016, at New York, New York.

 /s/ Joshua L. Dratel
Joshua L. Dratel

STIPULATED MOTION TO CONTINUE          2
PRE-TRIAL CONFERENCE

CR 15-0582 WHO

IT IS SO STIPULATED.

DATED: 5/5/16

BRIAN J. STRETCH

Acting United States Attorney

*/s/ S. Waqar Hasib*
S. Waqar Hasib, Esq.
Assistant United States Attorney


*/s/ Joshua L. Dratel*
Joshua L. Dratel, Esq.
Counsel for Adam Shafi

*/s/ Erik B. Levin*
Erik B. Levin, Esq.
Counsel for Adam Shafi

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.

2        DATED:

3                                        _____
                                          JUDGE WILLIAM H. ORRICK

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18   STIPULATED MOTION TO CONTINUE                    4
     PRE-TRIAL CONFERENCE

     CR 15-0582 WHO

1

**Certificate of Service**

2     I hereby certify that on May 5, 2016, I filed the foregoing **Stipulated Motion And**

3 **[Proposed] Order To Continue the Pretrial Conference** with the Clerk of the United

States District Court for the Northern District of California by using the CM/ECF system.

4     I declare under penalty of perjury that the foregoing is true and correct. Executed

5  on May 5, 2016.

6                                                      */s/ Joshua L. Dratel*
                                                     Joshua L. Dratel, Esq.

7

8

9

10

11

12

13

14

15

16

17

18   STIPULATED MOTION TO CONTINUE          5
     PRE-TRIAL CONFERENCE

     CR 15-0582 WHO