JOSHUA L. DRATEL
*Pro Hac Vice*
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
T. 212-732-0707
F. 212-571-3792
jdratel@joshuadratel.com

ERIK B. LEVIN
CABN 208274
Law Office of Erik Levin
2001 Stuart Street
Berkeley, California 94703
T. 510-978-4778
F. 510-978-4422
erik@erikblevin.com

*Attorneys for Defendant Adam Shafi*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant | NO. 15 Cr. 582 WHO<br><br>STIPULATED MOTION AND "ORDER TO CONTINUE PRETRIAL CONFERENCE |

The parties stipulate that the initial CIPA § 2 pretrial conference be continued from May 12, 2016 at 1:30 p.m. to June 16, 2016 at 1:30 p.m. The parties agree that this stipulated motion to continue the pre-trial conference may be granted based on this stipulated motion and the declaration of counsel below, and without oral argument.

STIPULATED MOTION TO CONTINUE          1
PRE-TRIAL CONFERENCE
CR 15-0582 WHO

**Declaration of Counsel**

1. Along with Erik B. Levin, I represent Mr. Adam Shafi in the above-captioned matter and I submit this declaration based on information and belief.

2. The initial CIPA § 2 pretrial conference is currently scheduled for May 12, 2016.

3. The parties have agreed to continue the pretrial conference until the Court's June 16, 2016, calendar, based on the Court's unavailability on June 2, 2016, and the Court's full docket on June 9, 2016.

4. The parties agree that the nature of the prosecution (i.e., terrorism charge involving Foreign Intelligence Surveillance Act information) makes the case "complex" under the Speedy Trial Act. The parties further agree that discovery is ongoing and that additional time is required for effective preparation of counsel.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of May, 2016, at New York, New York.

                                       */s/ Joshua L. Dratel*
                                       Joshua L. Dratel

IT IS SO STIPULATED.

DATED: 5/5/16

                                      BRIAN J. STRETCH

                                      Acting United States Attorney

                                      */s/ S. Waqar Hasib*
                                      S. Waqar Hasib, Esq.
                                      Assistant United States Attorney

                                      */s/ Joshua L. Dratel*
                                      Joshua L. Dratel, Esq.
                                      Counsel for Adam Shafi

                                      */s/ Erik B. Levin*
                                      Erik B. Levin, Esq.
                                      Counsel for Adam Shafi

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED:  May 10, 2016



3   _____
    JUDGE WILLIAM H. ORRICK

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18  STIPULATED MOTION TO CONTINUE             4
    PRE-TRIAL CONFERENCE
    CR 15-0582 WHO