JOSHUA L. DRATEL
*Pro Hac Vice*
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
T. 212-732-0707
F. 212-571-3792
jdratel@joshuadratel.com

ERIK B. LEVIN
CABN 208274
Law Office of Erik Levin
2001 Stuart Street
Berkeley, California 94703
T. 510-978-4778
F. 510-978-4422
erik@erikblevin.com

*Attorneys for Defendant Adam Shafi*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15 Cr. 582 WHO |
| Plaintiff, | MOTION TO BE RELIEVED AS COUNSEL FOR DEFENDANT ADAM SHAFI |
| v. | |
| ADAM SHAFI, | |
| Defendant | |

This motion respectfully seeks an Order relieving Joshua L. Dratel, Esq., and Erik B. Levin, Esq., current counsel for the defendant Adam Shafi, because of a complete breakdown in the attorney-client relationship, and an actual conflict of interest that has arisen. It is respectfully requested that because Adam Shafi does not himself possess assets, the Federal Defender be assigned to represent him.

MOTION TO BE
RELIEVED AS COUNSEL
15 CR 582 (WHO)                            1

This motion does not discuss the reason underlying the request for relief of counsel because it would violate the duty to maintain client confidentiality as well as the duty of loyalty. In the event the Court orders a more thorough description of the conflict, counsel would submit one under seal.

**Conclusion**

Accordingly, it is respectfully requested that the Court grant the motion to relieve Mr. Levin and me as counsel for Adam Shafi in this case.

DATED:    May 16, 2016

                                        */s/ Joshua L. Dratel*
                                        JOSHUA L. DRATEL
                                        Admitted *pro hac vice*

                                        ERIK B. LEVIN

                                        *Attorneys for Defendant Adam Shafi*

MOTION TO BE
RELIEVED AS COUNSEL
15 CR 582 (WHO)                                    2

**Certificate of Service**

I hereby certify that on May 16, 2016, I filed the foregoing **Motion to be Relieved as Counsel for the Defendant Adam Shafi** with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2016.

                                          */s/ Joshua L. Dratel*
                                          JOSHUA L. DRATEL