UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM SHAFI,<br><br>　　　　　Defendant. | Case No. 15-cr-00582-WHO-1<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 75 |

　　　　Pursuant to Local Rule 7-1(b), this matter is referred to Magistrate Judge Sallie Kim for consideration of counsel's Motion (Dkt. 75) requesting leave to withdraw as counsel and appointment of the Federal Public Defender.

　　　　The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Sallie Kim.

　　　　**IT IS SO ORDERED.**

Dated: May 16, 2016

WILLIAM H. ORRICK
United States District Judge