| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 9 minutes | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Melinda K. Lozenski | | | REPORTER/FTR 11:06-11:10 FTR 11:01-11:03; 11:03-11:06 (sealed); | |
| MAGISTRATE JUDGE SALLIE KIM | | DATE May 19, 2016 | | | NEW CASE ☐ | CASE NUMBER 3:15-cr-00582-WHO-1 |
| **APPEARANCES** | | | | | | |
| DEFENDANT Adam Shafi | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Erik Levin (ret.)/Galia Amram (FPD) | | PD. ☐ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Waqar Hasib and Jeffrey Shih | | INTERPRETER | | FIN. AFFT SUBMITTED ☒ | | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | | PARTIAL PAYMENT OF CJA FEES ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☒ MOTION held | ☐ JUGM'T & SENTG | | ☐ STATUS ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | |
| TO: 6/16/2016 (previously set) | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ TRIAL SET |
| AT: 1:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | | ☒ ~~STATUS~~ Pretrial Conference |
| BEFORE HON. William H. Orrick | ☐ DETENTION HEARING | | ☐ ARRAIGNMENT | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | |

The Court grants the motion to withdraw as counsel. Joshua Dratel and Erik Levin are relieved as counsel and the Court provisionally appoints Galia Amram from the Federal Public Defender's office subject to her obtaining the necessary security clearance. The matter may be placed back on calendar if an issue arises. New defense counsel agrees to the previously entered exclusion of time through 6/16/2016. The portion of the proceeding held outside the presence of government counsel is under seal (FTR 11:03-11:06).

DOCUMENT NUMBER: