STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Adam SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ADAM SHAFI,<br><br>             Defendant. | No. 15-CR-582 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

**I.    STIPULATION**

The parties in this case agree and jointly request the Court to move the status conference scheduled in the above captioned case from June 16, 2016 to June 23, 2016. The reason for this request is that defense counsel was recently added to the case and she is currently scheduled to be out of the district on June 16th.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the end of justice served by granting such an

exclusion of time for the purposes of effective preparation of counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED:     May 23, 2016              _____/s/_____
                                     S. WAQAR HASIB
                                     Assistant United States Attorney

DATED:     May 23, 2016              _____/s/_____
                                     GALIA AMRAM
                                     Attorney for Defendant Adam Shafi

## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from June 16, 2016 to June 23, 2016.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:_____               _____
                                     THE HONORABLE WILLIAM H. ORRICK
                                     United States District Judge