BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
JEFFREY SHIH (CABN 296945)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    waqar.hasib@usdoj.gov; 415-436-7261
    jeffrey.shih@usdoj.gov; 415-436-7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-CR-582-WHO |
| | ) |
| Plaintiff, | ) MEMORANDUM OF UNDERSTANDING |
| | ) REGARDING CIPA PROTECTIVE ORDER FOR |
| v. | ) CLASSIFIED INFORMATION |
| | ) |
| ADAM SHAFI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    I, _____, acknowledge that I have received, read, and

understand the CIPA Protective Order entered by the Court on June _____, 2016, in this case, and I

agree to comply with its provisions.  I understand that I may be the recipient of classified information

that concern the present and future national security of the United Sates.  I further understand that direct

or indirect unauthorized use, disclosure, retention or negligent handling of classified information could

cause serious damage, and in some cases exceptionally grave damage, to the national security of the

United States, or may be used to the advantage of a foreign nation against the interests of the United

States.

I agree that I shall never divulge, publish, or reveal by word, conduct, or any other means, any of the classified information that I receive unless specifically authorized in writing to do so either (1) by the Court pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 §§ 1-16, and the CIPA Protective Order entered in this case, or (2) by an authorized representative of the United States.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Dated: _____        Signature:        _____

Printed Name:        _____

Dated: _____        Witness Signature:        _____

Printed Name:        _____

MOU RE: CIPA PROTECTIVE ORDER FOR CLASSIFIED INFORMATION        2