BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    jeffrey.shih@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM SHAFI,<br><br>    Defendant. | CASE NO. 3:15-CR-582-WHO<br><br>AMENDED NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |

The United States, through its attorneys Jeffrey Shih and S. Waqar Hasib, hereby provides notice to Defendant Adam Shafi and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance

//

//

//

//

1 and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as

2 amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

DATED: June 10, 2016     /s/ Jeffrey Shih
JEFFREY SHIH
S. WAQAR HASIB
Assistant United States Attorneys

AMENDED NOTICE OF INTENT TO USE FISA INFORMATION                                                              2