STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Adam SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-CR-582 WHO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

**I.     STIPULATION**

The parties in this case agree and jointly request the Court to move the status conference scheduled in the above captioned case from June 23, 2016 to September 1, 2016 at 1:30 p.m. The reason for this request is that defense counsel was recently appointed and requires additional time to review discovery. In addition, defense counsel is travelling from August 8, 2016 to August 19, 2016, and the Court is unavailable on August 25, 2016.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §

3161(h)(7)(B)(iv). The parties agree that the nature of the prosecution (i.e., terrorism charge involving Foreign Intelligence Surveillance Act information) make the case "complex" under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(ii). The parties also agree that the end of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED:    June 20, 2016            _____/s/_____
                                   WAQAR HASIB
                                   JEFFREY SHIH
                                   Assistant United States Attorneys


DATED:    June 20, 2016            _____/s/_____
                                   GALIA AMRAM
                                   Attorney for Defendant Adam Shafi


## ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from June 23, 2016 to September 1, 2016 at 1:30 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Additionally, the nature of the prosecution makes the case complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established in the Speedy Trial Act. 18 U.S.C. § (h)(7)(B)(ii). Denying the requested exclusion of time would deprive the defendant

effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 20, 2016

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Judge