UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 1, 2016     **Time:** 7 minutes     **Judge:** WILLIAM H. ORRICK
                                1:50 p.m. to 1:57 p.m.

**Case No.**: 15-cr-00582-WHO-1     **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:**     Jeffrey L. Shih and S.Waqar Hasib
**Attorney for Defendant:**     Galia Amram

**Deputy Clerk:** Jean Davis                **Court Reporter:** Katherine Sullivan
**Interpreter:** n/a                         **Probation Officer:** n/a

**PROCEEDINGS**

Discovery has been exchanged but exchange of the materials which are classified has been delayed because the security clearance request of Ms. Amram and her paralegal has not been processed despite the repeated inquiry and urging of both defense and government counsel. It is believed that the request is now tracked for expedited processing. Mr. Shafi is no longer being held in administrative segregation. Parties jointly move for continuance to November 10, 2016, with time excluded; a written order is entered and filed in open court.

**CASE CONTINUED TO: November 10, 2016 at 1:30 p.m. for further Status Conference.**

**EXCLUDABLE DELAY:**
Category        Complex litigation
Begins          September 1, 2016
Ends            November 10, 2016