STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Adam SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADAM SHAFI,<br><br>　　　　　Defendant. | No. 15-CR-582 WHO<br><br>**ORDER FOR THE USE OF ELECTRONIC DISCOVERY DEVICE** |

TO THE UNITED STATES MARSHAL:

　　　For good cause shown through the petition or motion filed, the U.S. Marshal is ordered to direct the facility housing the above captioned defendant to allow the use of an MP3 player or designated electronic device in accordance with the facility's rules and guidelines for the purpose of reviewing discovery in this case.

　　　IT IS SO ORDERED.

DATED:_September 21, 2016　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　United States District Judge

*UNITED STATES V. SHAFI,* CR NO. 15-582
ORDER RE: ELECTRONIC DISCOVERY　　　　1