UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

ADAM SHAFI,

   Defendant - Appellant.

No. 16-10093

D.C. No. 3:15-cr-00582-WHO-1
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered April 28, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Margoth Turcios
        Deputy Clerk
        Ninth Circuit Rule 27-7