UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

December 8, 2016

CASE NUMBER:  15-cr-00582-WHO-1

CASE TITLE: USA v. Shafi

USCA NUMBER:  16-10093

DATE MANDATE FILED:  December 7, 2016

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Very truly yours,

    Susan Y. Soong, Clerk

    _____  
    by:  Desirae Kellenbarger  
    Case Systems Administrator  
    415-522-2000