UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 26, 2017    **Time:** 6 minutes    **Judge:** WILLIAM H. ORRICK
1:38 p.m. to 1:44 p.m.

**Case No.:** 15-cr-00582-WHO-1    **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:** Jeffrey L. Shih
**Attorney for Defendant:** Galia Amram
Defendant **Adam Shafi** - present, in custody

**Deputy Clerk:** Jean Davis    **Court Reporter:** Lydia Zinn
**Interpreter:** n/a    **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference.  Defense counsel's request for security clearance has been granted, and classified discovery has now been produced and is quite voluminous.

Counsel have discussed motion practice and agreed upon a briefing schedule:
    Motion to dismiss to be filed February 9, 2017;
    Government response to be filed March 2, 2017; and
    Motion hearing set for April 13, 2017 at 1:30 p.m.

The Court encourages counsel to be thorough but expeditious in their work, given the amount of time that defendant has been in custody.

**CASE CONTINUED TO:  April 13, 2017 at 1:30 p.m. for motion hearing**.

**EXCLUDABLE DELAY:**
Category        Complex litigation
Begins          January 26, 2017
Ends            April 13, 2017