FILED

JAN 26 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAM SHAFI,<br>Defendant. | CASE NO. 3:15-CR-582-WHO<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME |

The parties appeared before the Court for a status conference on January 26, 2017. At the status conference, the parties agreed that the nature of the prosecution (i.e., terrorism charge involving Foreign Intelligence Surveillance Act information) made the case "complex" under the Speedy Trial Act. The parties further agreed that the review of discovery was ongoing and that additional time was required for effective preparation of counsel. Based on these reasons and the reasons stated on the record on January 26, 2017, the United States requested and the defendant consented to an exclusion of time under the Speedy Trial Act through the next status conference, scheduled for APRIL 13, 2017.

Therefore, based on the request of the United States and the consent of the defendant, based on good cause shown, and as stated on the record at the status conference, the Court orders that time is excluded under the Speedy Trial Act between January 26, 2017, and APRIL 13, 2017, as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. The Court makes this finding and bases this exclusion of time on the nature of the prosecution making the case complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established in the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii). Additionally, such an exclusion provides counsel reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 26, 2017

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE