STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Adam SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-CR-582 WHO |
|---|---|
| Plaintiff, | **NOTICE OF UNDER SEAL EX PARTE FILING PURSUANT TO PROTECTIVE ORDER** |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

NOTICE is hereby given that an ex parte under seal filing was made today pursuant to the Protective Order found at Docket 85.

DATED:    February 2, 2017          Respectfully submitted,

                                     STEVEN G. KALAR
                                     Federal Public Defender

                                     _____/s/_____
                                     GALIA AMRAM
                                     Attorney for Defendant Adam Shafi

*UNITED STATES V. SHAFI,* CR NO. 15-582
NOTICE                                    1