1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   GALIA AMRAM
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone: (415) 436-7700
   Facsimile: (415) 436-7706
6  Email:     Galia_Amram@fd.org

Counsel for Defendant SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–582 WHO |
| Plaintiff, | **DECLARATION OF GALIA AMRAM IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| ADAM SHAFI, | **Court:** Courtroom 2, 17th Floor |
| Defendant. | **Hearing Date:** April 13, 2017 |
| | **Hearing Time:** 1:30 p.m. |

I, GALIA AMRAM , declare the following:

1. I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court. I represent the defendant in the above-captioned matter. Unless otherwise noted, I make this declaration based on my own personal knowledge. With respect to those matters not personally known to me, I make this declaration upon information and belief.

2. █████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2017, in San Francisco, California.

/s/
GALIA AMRAM