STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email: Galia_Amram@fd.org


Counsel for Defendant SHAFI


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| UNITED STATES OF AMERICA, | **Case No.:** CR 15–582 WHO |
|---|---|
| Plaintiff, | **MOTION AND ORDER TO FILE UNDER SEAL** |
| v. | |
| ADAM SHAFI, | **Court:** Courtroom 2, 17th Floor |
| Defendant. | **Hearing Date:** April 13, 2017 |
| | **Hearing Time:** 1:30 p.m. |


The Defendant's Notice and Motion to Dismiss and the Declaration of Galia Amram In Support contain confidential information protected by this Court's Protective Order found at Docket 85. Consistent with the foregoing, the copy of Defendant's motion and declaration filed on ECF redacts the protected information. Defendant moves the Court to file an unredacted copy of the brief and supporting declaration under seal.

\\

\\

1

2

3                                           Respectfully submitted,

4       <u>February 9, 2017</u>                   STEVEN G. KALAR
        Dated                               Federal Public Defender
                                            Northern District of California
5

6                                          _____/S_____
                                           GALIA AMRAM
7                                          Assistant Federal Public Defender

8

9                                  **ORDER**

10

11          GOOD CAUSE APPEARING, Defendant shall files the above-referenced documents

12   under seal.

13          IT IS SO ORDERED.

14

15   Dated: February 10, 2017

16                                          _____
                                           HON. WILLIAM H. ORRICK
17                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

DEF.'S MOT. TO FILE UNDER SEAL
*SHAFI*, CR 15–582 WHO

2