STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Galia_Amram@fd.org

Counsel for Defendant SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant. | **Case No.:** CR 15–582 WHO<br><br>**DECLARATION OF GALIA AMRAM IN SUPPORT OF REPLY TO MOTION TO DISMISS**<br><br>**Court:** Courtroom 2, 17th Floor<br><br>**Hearing Date:** April 13, 2017<br><br>**Hearing Time:** 1:30 p.m. |

I, GALIA AMRAM, declare the following:

1. I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court. I represent the defendant in the above-captioned matter. Unless otherwise noted, I make this declaration based on my own personal knowledge. With respect to those matters not personally known to me, I make this declaration upon information and belief.

2. Attached hereto as Exhibit A is a true and correct copy of an FBI 302 produced by the government in discovery, marked as AS-00003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2017, in San Francisco, California.

/s/
GALIA AMRAM