# Exhibit A

FD-302 (Rev. 5-8-10)                    -1 of 2-


OFFICIAL RECORD

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    10/09/2014

(U//FOUO) On September 4, 2014 Special Agents (SA) Sara Dial and Dale R. Sutter interviewed SALAMA SHAFI (hereinafter SALAMA), ▮▮▮▮▮▮, cell phone ▮▮▮▮▮▮, at his residence, 560 Pilgrim Loop, Fremont, California. After being advised of the identity of the agents and the purpose of the interview, SALAMA provided the following information:

(U//FOUO) SALAMA's son ADAM SHAFI (hereinafter SHAFI) separated from the rest of the family in Egypt and returned to Cairo in order to visit his uncle who traveled in from Saudi Arabia. One day after his uncle arrived he disappeared. SALAMA was very concerned and frightened for his son and went to the US Embassy, as well as the Egyptian authorities, to report him missing. SALAMA was initially redirected to a website and was not getting the attention he felt the matter deserved. He was there to report an emergency and felt most others there were trying to get routine business done, like visas. He felt he had to use eye catching language to get someone's attention, which was part of the reason he made the statements about fearing SHAFI had been recruited. SALAMA wanted to find out if SHAFI was still in the country or if he had gone somewhere else. He and his wife were very protective of their children. They had a total of four children, SHAFI was the oldest, and all of them still lived at home. Each member of the family had an app on their phones which shared their location at all times.

(U//FOUO) SALAMA was also very confused about why SHAFI would disappear so soon after his uncle arrived in Cairo, because he had been looking forward to seeing him. SALAMA reasoned that SHAFI may have been recruited by someone and they had given him some signal to trigger his movement, which explained why SHAFI would leave so soon and not visit his uncle. SHAFI was unlike his other siblings in that he was not very social and kept to himself, he didn't have a lot of friends. SALAMA wondered if this made him susceptible to some sort of recruitment. SHAFI had never disappeared before and SALAMA was afraid for his son. He even went online and searched for

UNCLASSIFIED//FOUO

Investigation on    09/04/2014    at    Fremont, California, United States (In Person)

File #    ▮REDACTED▮                                            Date drafted    10/08/2014

by    Sara R. Dial

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

AS-00003
AS-00003

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

REDACTED

Continuation of FD-302 of  Interview of Salama Shafi  , On  09/04/2014  , Page  2 of 2

people who specialize in bringing missing children home from foreign countries. That was also part of the reason SALAMA expressed concern to the US Embassy the way he did.

(U//FOUO) SHAFI returned to his family two days after he disappeared. He explained to his family that he went to Turkey to check on the refugee situation from Syria and see if there was anyway he could help them. SHAFI volunteered every two weeks feeding the homeless in San Francisco. That behavior was normal for him. SHAFI spent one night and two days in Istanbul. He was overwhelmed by how many refugees there were in just the airport alone. He slept in the airport and gave money to the refugees. He was out of money in the first day. SHAFI had flown from Cairo to Istanbul and returned the same way. SALAMA believed SHAFI had gotten a visa ahead of time and had a friend buy the airplane ticket for him while he was in Egypt. ABDUL QADAR KHAN NIAZI was SHAFI's friend and flew from the US to Istanbul to meet SHAFI there. He arrived and left the same day as SHAFI, and traveled for the same purpose, to see what the Syrian refugee situation was and if he could help. SALAMA met NIAZI only once. He was not concerned that NIAZI was any sort of bad influence, nor did he think NIAZI had connections to anyone overseas. SHAFI expressed no interest in going back to Turkey or anywhere else.

(U//FOUO) SALAMA did not think SHAFI had contact with anyone overseas before his travel to Turkey, nor did he think SALAMA had contact with anyone since their return. SALAMA had no more concerns about SHAFI since he returned. SHAFI did not have any associates who caused SALAMA concern. SALAMA attended SHAFI's mosque, Islamic Center of Fremont, several times with SHAFI since their return to the US. SALAMA wanted to know more about SHAFI, his associates, and to connect with him. SALAMA and his wife were thinking of seeing a therapist so they could better connect with SHAFI because he is quiet and not as social as his younger brother.

(U//FOUO) SHAFI was not home at the time agents interviewed SALAMA. He was on his way to San Francisco where he will attend university classes next semester. SHAFI had taken classes at community college but there was an issue with transferring credits which delayed him from starting classes the fall semester. SALAMA called SHAFI and scheduled an interview later that afternoon.

UNCLASSIFIED//FOUO

AS-00004
AS-00004