UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 13, 2017   **Time:** 38 minutes   **Judge:** WILLIAM H. ORRICK
1:49 p.m. to 2:27 p.m.

**Case No.:** 15-cr-00582-WHO-1   **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:** Jeffrey L. Shih and Waqar Hasib
**Attorney for Defendant:** Galia Amram
Defendant **Adam Shafi** - present, in custody

**Deputy Clerk:** Jean Davis   **Court Reporter:** Rhonda Aquilina
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Counsel appear for oral argument on motion to dismiss. Argument of counsel heard. Motion taken under submission; written order to follow. Court inquires as to progress of discovery. Further status conference set for May 4, 2017. Order excluding time executed and filed in open court.

**CASE CONTINUED TO: May 4, 2017 at 1:30 p.m. for further Status Conference.**

**EXCLUDABLE DELAY:**
Category     Complex litigation (and motion pending)
Begins       April 13, 2017
Ends         May 4, 2017