UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 4, 2017        **Time:** 5 minutes        **Judge:** WILLIAM H. ORRICK
                             1:33 p.m. to 1:38 p.m.

**Case No.**: 15-cr-00582-WHO-1        **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:**   Jeffry L. Shih
**Attorney for Defendant:**   Galia Amram
                              Defendant **Adam Shafi** - present, in custody

**Deputy Clerk:** Jean Davis                **Court Reporter:** Rhonda Aquilina
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

Counsel appear for status conference.  Following the Court's order on the motion to dismiss, counsel have discussed other necessary motions to be filed and an appropriate briefing schedule.

Schedule for motion to suppress FISA material:
    Motion to be filed:   June 8, 2017
    Response due:         August 31, 2017
    Reply due:            September 28, 2017

Schedule for addition motion to suppress:
    Motion to be filed:   August 3, 2017
    Response due:         August 31, 2017
    Reply due:            September 28, 2017

Both motions will be heard on October 12, 2017 at 1:30 p.m.

Order to exclude time executed in open court.

**CASE CONTINUED TO:** October 12, 2017 at 2:00 for Motion Hearing

---

**EXCLUDABLE DELAY:**
Category      Complex Litigation/Effective Preparation of Counsel
Begins        May 4, 2017
Ends          October 12, 2017