STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  Galia_Amram@fd.org

Counsel for Defendant SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant. | **Case No.:** CR 15–582 WHO<br><br>**MOTION FOR ORDER FOR USE OF ELECTRONIC DISCOVERY DEVICE**<br><br>**Court:** Courtroom 2, 17th Floor |

     Due to the lengthy and voluminous recordings of phone calls and documents provided in discovery, the defense requests that the defendant be permitted a Neutab 10" tablet computer at the jail to listen to the recordings and review discovery. There is protective order in the case, it is necessary for the defendant to review this discovery, and the tablet will be password protected. The defense therefore requests that the Court sign the attached proposed order permitting the use of a tablet computer in accordance with the jail's rules and regulations, for

the purpose of reviewing all unclassified discovery.  AUSA Jeffrey Shih has no objection to the Court issuing the simultaneously filed Proposed Order.

                                            Respectfully submitted,

Dated:   May 15, 2017         STEVEN G. KALAR
                                                Federal Public Defender
                                                Northern District of California

                                                       /S
                                                GALIA AMRAM
                                                Assistant Federal Public Defender