1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   GALIA AMRAM
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:    (415) 436-7700
6  Facsimile:     (415) 436-7706
   Email: Galia_Amram@fd.org
7

8  Counsel for Defendant SHAFI

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | **Case No.:** CR 15–582 WHO |
| 15        Plaintiff, | **ORDER FOR THE USE OF ELECTRONIC DISCOVERY** |
| 16        v. | |
| 17  ADAM SHAFI, | **Court:**    Courtroom 2, 17th Floor |
| 18        Defendant. | |

19

20 TO THE UNITED STATES MARSHAL:

21   For good cause shown through the petition or motions filed, the U.S. Marshal is ordered

22 to direct the facility housing of the above captioned defendant to allow the use of a Neutab 10"

23 tablet computer or designated electronic device in accordance with the facility's rules and

24 guidelines for the purpose of reviewing discovery in this case. The specific discovery the

25 defendant is allowed to have on the tablet computer is as follows: any and all unclassified

26 discovery.

27

28

May 16, 2017  
Dated



WILLIAM H. ORRICK  
United States District Judge