STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Galia_Amram@fd.org

Counsel for Defendant SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 15–582 WHO |
|---|---|
| Plaintiff, | **DECLARATION OF GALIA AMRAM IN SUPPORT OF MOTION TO SUPPRESS, AND FOR A FRANKS HEARING AND DISCLOSURE OF FISA ORDERS, APPLICATIONS, AND RELATED MATERIALS** |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

| | |
|---|---|
| **Court:** | Courtroom 2, 17th Floor |
| **Hearing Date:** | October 12, 2017 |
| **Hearing Time:** | 1:30 p.m. |

I, GALIA AMRAM  , declare the following:

1.  I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court.  I represent the defendant in the above-captioned matter.  Unless otherwise noted, I make this declaration based on my own personal knowledge.  With respect to those matters not personally known to me, I make this declaration upon information and belief.

2.  Attached hereto as Exhibit A is a true and correct copy of the search warrant application to T-Mobile dated December 2, 2014.

3.   Attached hereto as Exhibit B is a true and correct copy of the search warrant application to Google dated December 2, 2014.


I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2017, in San Francisco, California.


/s/
GALIA AMRAM

AMRAM   DECL.
*SHAFI*, CR 15–582 WHO

3