STEVEN G. KALAR
Federal Public Defender
Northern District of California
GALIA AMRAM
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Galia_Amram@fd.org

Counsel for Defendant SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant. | **Case No.:** CR 15–582 WHO<br><br>**DECLARATION OF GALIA AMRAM IN SUPPORT OF MOTION FOR NOTICE OF AND DISCOVERY ABOUT THE USE OF SURVEILLANCE PURSUANT TO THE FISA AMENDMENTS ACT, 50 USC § 1881, AND FEDERAL EXECUTIVE ORDER 12333**<br><br>**Court:**   Courtroom 2, 17th Floor<br><br>**Hearing Date:**   October 12, 2017<br><br>**Hearing Time:**   1:30 p.m. |

I, GALIA AMRAM  , declare the following:

1.  I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court.  I represent the defendant in the above-captioned matter.  Unless otherwise noted, I make this declaration based on my own personal

AMRAM   DECL.
*SHAFI*, CR 15–582 WHO

knowledge.  With respect to those matters not personally known to me, I make this declaration upon information and belief.

2.  The government has not provided notice of any surveillance under Section 702 or E.O. 12333.  In response to a request from me, the AUSA told me that the government does not intend to provide such notice as those sections are inapplicable in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2017, in San Francisco, California.

/s/
GALIA AMRAM

AMRAM   DECL.
*SHAFI*, CR 15–582 WHO

2