STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Adam SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM SHAFI,<br><br>  Defendant. | No. 15-CR-582 WHO<br><br>**NOTICE OF UNDER SEAL EX PARTE FILING PURSUANT TO PROTECTIVE ORDER** |

NOTICE is hereby given that an ex parte under seal filing was made today pursuant to the Protective Order found at Docket 85.

DATED: June 9, 2017           Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

_____/s/_____
GALIA AMRAM
Attorney for Defendant Adam Shafi

*UNITED STATES V. SHAFI,* CR NO. 15-582
NOTICE                              1