1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–582 WHO |
| Plaintiff, | **ORDER RE: BILL OF PARTICULARS BRIEFING SCHEDULE** |
| v. | |
| ADAM SHAFI, | **Court:**          Courtroom 2, 17th Floor |
| Defendant. | |

Defendant Adam Shafi, by and through his counsel of record Galia Amram, and the United States of America, by and though Assistant United States Attorney Jeffrey Shih, hereby stipulate and agree that Bill of Particulars will be filed on June 29, 2017. Further, the government will file its opposition on July 27, 2017, and the defense will file the reply on August 17, 2017. If court schedule permits, the matter will be heard before the court on August 24, 2017.

IT IS SO ORDERED.

June 30, 2017
Dated

WILLIAM H. ORRICK
United States District Judge

BILL OF PARTICULARS FILING DATE
*SHAFI*, CR 15–582 WHO

1    IT IS SO STIPULATED.

2         June 29, 2017                    BRIAN J. STRETCH
3         Dated                           United States Attorney
                                          Northern District of California
4
5                                         _____/S_____
                                          JEFFREY SHIH
6                                         Assistant United States Attorney

7

8         June 29, 2017                    STEVEN G. KALAR
          Dated                           Federal Public Defender
9                                         Northern District of California

10
11                                        _____/S_____
                                          GALIA AMRAM
12                                        Assistant Federal Public Defender

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL OF PARTICULARS FILING DATE
*SHAFI*, CR 15–582 WHO

2