STEVEN G. KALAR
Federal Public Defender
HANNI FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:       Hanni_Fakhoury@fd.org

Attorneys for ADAM SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 15-582 WHO |
|---|---|
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

The Federal Public Defender was previously appointed as counsel for defendant in the above captioned action. Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Hanni M. Fakhoury, enters his general appearance for defender in this case. Counsel's contact information is listed above.

DATED: July 18, 2017

          Respectfully submitted,

          STEVEN G. KALAR
          Federal Public Defender

          / S /

          HANNI M. FAKHOURY
          Assistant Federal Public Defender