1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   GALIA AMRAM
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
6  Facsimile:   (415) 436-7706
   Email:        Galia_Amram@fd.org
7

8  Counsel for Defendant SHAFI

9

10                     IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,        Case No.: CR 15–582 WHO

15              Plaintiff,            **MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL**

16        v.
                                      Court:         Courtroom 2, 17th Floor
17   ADAM SHAFI,

18              Defendant.            Hearing Date: October 12, 2017

19                                    Hearing Time:  1:30 p.m.

20

21

22      The Defendant's Motion to Suppress and Exhibits H, R and S attached to the

23   Declaration of Galia Amram In Support Of The Motion To Suppress contain confidential

24   information protected by this Court's Protective Order found at Docket 85.  Consistent with

25   the foregoing, the copy of Defendant's motion filed on ECF redacts the protected

26   information and Exhibits H, R and S are filed under seal.  Defendant moves the Court to file

27   an unredacted copy of the brief and Exhibits H, R and S under seal.

28   \\

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| August 3, 2017 | | STEVEN G. KALAR |
| Dated | | Federal Public Defender |
| | | Northern District of California |

<u>            /S            </u>
GALIA AMRAM
Assistant Federal Public Defender

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, Defendant shall files the above-referenced documents under seal.

IT IS SO ORDERED.

Dated: _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE