1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   GALIA AMRAM
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:    (415) 436-7700
   Facsimile:    (415) 436-7706
6  Email: Galia_Amram@fd.org

Counsel for Defendant SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–582 WHO |
| Plaintiff, | **MOTION AND ORDER TO FILE UNDER SEAL** |
| v. | **Court:** Courtroom 2, 17th Floor |
| ADAM SHAFI, | **Hearing Date:** October 12, 2017 |
| Defendant. | **Hearing Time:** 1:30 p.m. |

The Defendant's Motion to Suppress and Exhibits H, R and S attached to the Declaration of Galia Amram In Support Of The Motion To Suppress contain confidential information protected by this Court's Protective Order found at Docket 85. Consistent with the foregoing, the copy of Defendant's motion filed on ECF redacts the protected information and Exhibits H, R and S are filed under seal. Defendant moves the Court to file an unredacted copy of the brief and Exhibits H, R and S under seal.

\\

|   |   |   |
|---|---|---|
|   | August 3, 2017 | Respectfully submitted, |
|   | Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|   |   | /S<br>GALIA AMRAM<br>Assistant Federal Public Defender |

**ORDER**

GOOD CAUSE APPEARING, Defendant shall files the above-referenced documents under seal.

IT IS SO ORDERED.

Dated: August 8, 2017

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE