1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFFREY SHIH (CABN 296945)
   S. WAQAR HASIB (CABN 234818)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       jeffrey.shih@usdoj.gov; 415-436-7168
        waqar.hasib@usdoj.gov; 415-436-7261
8
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-582 WHO |
| Plaintiff, | UNITED STATES' MOTION AND [PROPOSED] ORDER TO FILE UNREDACTED VERSION OF |
| v. | OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS AND FOR A FRANKS HEARING |
| ADAM SHAFI, | UNDER SEAL |
| Defendant. | |

The United States hereby moves the Court for an order authorizing the under seal filing of the unredacted version of its opposition to the defendant's motion to suppress two search warrants and his request for a *Franks* hearing. The United States makes this request as the unredacted version refers to exhibits and discovery materials that are governed by the protective order in this case.

The United States also requests that the Clerk of Court be required to give copies of the sealed

///
///
///
///
///

MOTION TO SEAL                               1

documents to employees of the United States Attorney's Office.

DATED: August 31, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
JEFFREY SHIH
S. WAQAR HASIB
Assistant United States Attorneys

## [PROPOSED] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file the unredacted version of the United States' opposition to the defendant's motion to suppress and for a *Franks* hearing in the above-captioned case under seal and maintain the documents under seal until further notice of this Court. This sealing order shall not prevent the Clerk from providing copies of the aforementioned documents to the United States upon request of an attorney for the United States.

DATED: August \_\_, 2017

_____
HON. WILLIAM H. ORRICK
United States District Judge