BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168
    waqar.hasib@usdoj.gov; 415-436-7261

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-CR-582-WHO |
| Plaintiff, | ) |
| | ) MEMORANDUM OF UNDERSTANDING |
| v. | ) REGARDING CIPA PROTECTIVE ORDER FOR |
| | ) CLASSIFIED INFORMATION |
| ADAM SHAFI, | ) |
| Defendant. | ) |

I, _Hanni M. Fakhoury_, acknowledge that I have received, read, and understand the CIPA Protective Order entered by the Court on June 13, 2016, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of classified information that concern the present and future national security of the United Sates. I further understand that direct or indirect unauthorized use, disclosure, retention or negligent handling of classified information could cause serious damage, and in some cases exceptionally grave damage, to the national security of the United States, or may be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal by word, conduct, or any other means, any of the classified information that I receive unless specifically authorized in writing to do so either (1) by the Court pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 §§ 1-16, and the CIPA Protective Order entered in this case, or (2) by an authorized representative of the United States.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Dated: 10/2/17    Signature: _____

Printed Name: Hanni M. Fakhoury

Dated: 10-2-17    Witness Signature: _____

Printed Name: Adrena Williams