UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 12, 2017   **Time:** 42 minutes   **Judge:** WILLIAM H. ORRICK
2:42 p.m. to 3:24 p.m.

**Case No.**: 15-cr-00582-WHO-1   **Case Name:** UNITED STATES v. Shafi

**Attorneys for Plaintiff:** Jeffrey Shih, S. Waqar Hasib, and Paul Casey
**Attorneys for Defendant:** Galia Amram and Hanni M. Fakhoury
Defendant **Adam Shafi** - present, in custody

**Deputy Clerk:** Jean Davis   **Court Reporter:** Rhonda Aquilina
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

The Court advises attendees of the classified and sealed information that is the subject of the two motions to suppress and how this will impact the way the proceedings are presented. The Court has been in a position of reviewing documents lodged by the government that cannot be seen by defendant and his counsel. The Court has attempted to review those documents from the point of view of the defendant and has concluded that there is a properly supported basis for the issuance of the Foreign Intelligence Surveillance Act (FISA) warrants. The Court advises the parties of the preliminary opinion that each of the motions to suppress should be denied.

Argument of counsel is heard as to the motion to suppress the FISA information (Amram, Shih). Argument of counsel is heard as to the motion to suppress the information gathered under the warrants issued by Judge Beeler. (Fakhoury, Hasib). The motions are taken under submission; a written order will follow.

The Court queries counsel as to status of discovery and when a trial schedule can be set.

**Further Status Conference set for December 14, 2017 at 1:30 p.m.**

---

**EXCLUDABLE DELAY:**
Category      Pending motion, effective preparation of counsel, and complexity of litigation
Begins        October 12, 2017
Ends          December 14, 2017