# EXHIBIT 1

Government's Exhibit

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 1350N
OAKLAND, CA 94612

**STEVEN G. KALAR**                                              Phone: (510) 637-3500
*Federal Public Defender*                                       Fax:    (510) 637-3507
**HANNI M. FAKHOURY**                                           Email:  hanni_fakhoury@fd.org
*Assistant Federal Public Defender*

March 12, 2018

Jeffrey Shih
S. Waqar Hasib                                                  **VIA EMAIL**
U.S. Attorney's Office
Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
jeffrey.shih@usdoj.gov
waqar.hasib@usdoj.gov

RE:    **Expert Notice in *United States v. Shafi*, 15-582-WHO**

Mr. Shih and Mr. Hasib:

Pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), I hereby give notice of my intent
to introduce the following expert testimony at trial pursuant to Federal Rules of Evidence 702,
703, and 705.

Because the following witnesses are defense witnesses, Mr. Shafi reserves the right to inquire
about other matters not detailed below in order to respond to evidence presented by the
government at trial, including but not limited to expert opinions introduced by the government in
its case-in-chief.

**Dr. Marc Sageman, M.D., Ph.D.**
Dr. Sageman is a psychiatrist, sociologist, and recognized expert on terrorism and political
violence, who has previously worked as a CIA case officer, Secret Service consultant, Scholar in
Residence at the New York Police Department, and adviser to the United States Army.  Dr.
Sageman has been qualified as both a government and defense expert in several terrorism related
cases in federal court.  He has testified before Congress, the 9/11 Commission and the Beslan
Commission and has written four books, *Turning to Political Violence*, *Misunderstanding
Terrorism*, *Leaderless Jihad*, and *Understanding Terror Networks*, all peer reviewed by a
university press.  Dr. Sageman's CV, detailing his qualifications and the bases for his testimony,
is enclosed with this letter.

Dr. Sageman will be called as an expert witness to rebut any government expert, including but
not limited to Evan Kohlmann, who proffers an opinion about the profile of "homegrown
terrorists."  Noticing Dr. Sageman for this purpose is not a concession by Mr. Shafi on the
admissibility of such evidence by the government.  Mr. Shafi reserves the right to challenge such
inadmissible profile evidence if the government seeks to introduce it.

Notice of Expert Testimony Under Federal Rules of Evidence 702, 703 and 705
*United States v. Shafi*, 15-582-WHO
March 12, 2018
page 2

Additionally, Dr. Sageman will testify about his assessment of Mr. Shafi, his actions, and how they fit into the larger phenomenon of Islamic terrorism. Dr. Sageman will first testify about background world events, including the popular uprising in Egypt in January 2011 leading to the resignation of Egyptian President Hosni Mubarak. Dr. Sageman will also testify about the "Arab Spring," and how that popular movement ultimately morphed into the civil war in Syria. Dr. Sageman will testify about how these events shaped young western Muslim men, particularly those of Egyptian descent like Mr. Shafi.

Dr. Sageman will testify about the differences amongst various terrorist organizations operating in Syria, particularly the Islamic State of Iraq and Syria ("ISIS") and Al-Nusra Front. He will explain the differences between the groups in terms of theology, tactics, and recruitment. He will testify that Al-Nusra did not attract large numbers of Western Muslims the way ISIS did, and did not have the goal of carrying out violent acts outside of the Syrian conflict.

Dr. Sageman will testify about the reactions of Western Muslims to the conflict in Syria and the different groups fighting there. He will testify about how young Western Muslims in Europe and the United States transitioned from lawful political activism to unlawful political violence. He will explain the process of turning politically violent. He will testify about the ways young Western Muslim men travelled to Syria, and the crucial role the Internet played in allowing these young men to make connections with people who had made it abroad, get a sense of what life was like in Syria, and spread Jihadist propaganda to others.

Dr. Sageman will testify that in his opinion, Mr. Shafi was one of a large number of Muslims with genuine, conservative religious views. He will testify that Mr. Shafi was enamored with the Arab Spring and the popular uprising in Egypt specifically, but grew disillusioned over time as he saw the failure of the Muslim Brotherhood government in Egypt, and the civil war in Syria escalated into a violent conflict and humanitarian crisis. Dr. Sageman will testify about Mr. Shafi's difficult family life and the tensions in his family over Mr. Shafi's desire to live a pious religious life in a Muslim country.

Dr. Sageman will base his opinion on his training, expertise and familiarity with radical Islamic terrorism. That research includes consulting with government agencies about terrorism and interviewing Western Muslims who have attempted or actually travelled to Syria. Dr. Sageman's opinion is also based upon his review of the discovery in this case, and his personal interviews with Mr. Shafi.

**Tami Loehrs**
Mr. Shafi may call Tami Loehrs as a computer forensic expert. Ms. Loehrs' CV is enclosed with this letter. Ms. Loehrs may testify about evidence obtained from the computers, cell phones and portable storage devices belonging to Mr. Shafi, Abdul Qader Khan Niazi or Saleem Karim and seized and searched by the government. Ms. Loehrs may also testify to rebut any testimony or evidence offered by the government concerning digital evidence. Ms. Loehrs will base her testimony on her expertise with computer forensics as well as her forensic review of the computers, digital storage devices and cell phones seized by the government in this case.

Notice of Expert Testimony Under Federal Rules of Evidence 702, 703 and 705
*United States v. Shafi*, 15-582-WHO
March 12, 2018
page 3

Mr. Shafi reserves the right to supplement this expert notice as necessary, particularly after receiving the government's expert notice, as well as the government's trial witness and exhibit list.  That includes, but is not limited, to noticing experts on the Arabic language and Islamic theology.

Finally, Mr. Shafi renews his request that the government disclose any expert testimony it intends to introduce at trial under Rules 702, 703 or 705.

Please let me know if you have any questions or concerns about this notice.

Sincerely,

STEVEN G. KALAR
Federal Public Defender

HANNI M. FAKHOURY
Assistant Federal Public Defender

Enclosures:    CV of Dr. Marc Sageman
               CV of Tami Loehrs

MARC SAGEMAN, M.D., PH.D.

| | |
|---|---|
| Telephone: (202) 375-1115 | PMB 222 |
| e-mail: sageman@post.harvard.edu | 402 King Farm Blvd, Ste 125 |
| | Rockville, MD 20850 |

## CURRICULUM VITAE

**EDUCATION:**

<u>Harvard University</u>, Cambridge, MA
      1973          A.B. (Social Relations), Harvard College
<u>New York University</u>, New York, NY
      1977          M.A. (Sociology), Graduate School of Arts and Sciences
      1979          M.D. (Medicine), School of Medicine
      1982          Ph.D. (Sociology), Graduate School of Arts and Sciences

**PROFESSIONAL QUALIFICATIONS AND ASSOCIATIONS:**

Unrestricted Medical License – Maryland, New Jersey, New York and Pennsylvania (1981- 2017)
Diplomate, American Board of Psychiatry and Neurology (1996 - 2006)
Diplomate, American Board of Forensic Psychiatry (1998 - 2008)
American Academy of Psychiatry and the Law
American Psychiatric Association (Fellow)
College of Physicians of Philadelphia (Fellow)
Foreign Policy Research Institute (Senior Fellow)
Center for Strategic and International Studies (Senior Advisor)
George Washington University Homeland Security Policy Institute (Senior Fellow)

**AREAS OF SPECIAL EXPERTISE:**

<u>Political Science</u>: Terrorism, Political Violence, Middle East, South Asia, Europe
<u>Sociology</u>: Large Scale Organizations, Political Sociology, Social Movement
<u>Psychiatry</u>: Forensic psychiatry, intercultural adaptation, social psychology, and trauma

**PROFESSIONAL EXPERIENCE:**

<u>Consultant on Political Violence</u>
      2013-present    Independent scholar on political violence, expert witness on terrorism
      2003-2013      Consulting with various U.S. government agencies, including the National Security Council, DHS, FBI, Department of Justice, Department of State, many branches of Department of Defense and

1

the intelligence community, Sandia National Laboratories, and over twenty foreign governments. I have been qualified as an expert witness on terrorism and testified in federal court.

Private practice of psychiatry
| | |
|---|---|
| 1994-2017 | Forensic psychiatry, including trial expert testimony (about 20) |

Hospital of the University of Pennsylvania
| | |
|---|---|
| 1992-95 | Residency in Psychiatry |
| 1991-92 | Internship (Medicine) |

New York University Medical Center
| | |
|---|---|
| 1979-81 | Residency in Anatomic Pathology |

## GOVERNMENT EXPERIENCE:

U.S. Army
| | |
|---|---|
| 2010-13 | Special Adviser to the Deputy Chief of Staff of the Army (Intelligence) on the Insider Threat |
| 2012-13 | Special Adviser to the Deputy Chief of Staff of the International Security Assistance Forces (Intelligence) in Afghanistan on Insider Attacks |

New York Police Department
| | |
|---|---|
| 2008-09 | Scholar-in-Residence |

U.S. Secret Service
| | |
|---|---|
| 2006-07 | Consultant at the National Threat Assessment Center on terrorism |

Central Intelligence Agency
| | |
|---|---|
| 1984-91 | Assignments in Washington, DC; Islamabad, Pakistan; and New Delhi, India |

United States Navy (retired as Commander)
| | |
|---|---|
| 1981-84 | Flight Surgeon, with tours in Pensacola, Florida; MCAS Futemna, Okinawa, Japan; and NADC in Warminster, Pennsylvania |

## TEACHING AND RESEARCH EXPERIENCE:

Columbia University, School of International and Public Affairs, New York, New York
| | |
|---|---|
| 2008-09 | Adjunct Associate Professor |

University of Pennsylvania, Philadelphia, PA
| | |
|---|---|
| 2003-07 | Clinical Assistant Professor, Department of Psychiatry |
| 1998-2005 | Faculty member, Solomon Asch Center for the Study of Ethno-political Conflict & lecturer, Department of Psychology |
| 1995-97 | Clinical associate, teaching medical students, psychiatric residents and law students |
| 1991-95 | Clinical assistant |

New York University School of Medicine, New York, New York
| | |
|---|---|
| 1979-81 | Clinical assistant |

Institute for Cancer Research, Fox Chase, PA
| | |
|---|---|
| 1972 | Research Assistant in Biochemistry |

2

<u>Harvard University</u>, Cambridge, MA
　　　　1971-73　　　　　Teaching Assistant in Physics


**Semester long courses**
　　　Forensic Psychiatry (yearlong graduate seminar for senior resident physicians)
　　　Law and Psychology (graduate seminar)
　　　Psychology of Genocide
　　　Psychology of Trauma
　　　Moral Psychology of Holocaust Perpetrators
　　　Social Psychology of Terrorism
　　　Urban Terrorism

Invited lectures on terrorism delivered at Harvard University, University of Chicago, University of Maryland, University of Michigan, University of Pennsylvania, Syracuse University, University of California at Berkeley, Northwestern University, University of Arizona, Principia College, U.S. Naval Academy, Johns Hopkins University, George Washington University, American University, Massachusetts Institute of Technology, University of Southern California, National Defense University, Naval Postgraduate School at Monterey and various universities in Germany, England, Canada, Netherlands, France, Italy, Singapore, Belgium, Turkey, Denmark, Switzerland, Austria, Malta, Ireland, Saudi Arabia, Spain, Russia, Israel, Iraq and Australia
　　　Invited presentations at numerous professional meetings
　　　Testimony before the 9/11 Commission, Washington, D.C., 2003
　　　Testimony before the Beslan Commission, Moscow, Russia, 2005

**HONORS:**

　　　1970-73　　　　Harvard National Scholar
　　　1973-79　　　　MD-PhD Medical Scientist Training Fellow
　　　1993-94　　　　Sol Ginsburg Fellow (Group for the Advancement of Psychiatry)
　　　1997-01　　　　Trustee, The Balch Institute for Ethnic Studies
　　　1999　　　　　　Fellow, The College of Physicians of Philadelphia
　　　2002　　　　　　Councilor, The Historical Society of Pennsylvania


**BIBLIOGRAPHY:**

Sageman, Marc, in press, *The London Bombings*, Philadelphia: University of
　　　Pennsylvania Press
Sageman, Marc, 2017, *Turning to Political Violence: The Emergence of Terrorism*,
　　　Philadelphia: University of Pennsylvania Press
Sageman, Marc, 2016, *Misunderstanding Terrorism*, Philadelphia: University of
　　　Pennsylvania Press
Sageman, Marc, 2016, "On Radicalization," in Jayakumar, Shashi, ed., *State, Society and
　　　National Security*, Singapore: World Scientific Publishing Co.: 105 – 128

3

Sageman, Marc, 2014, "The Stagnation in Terrorism Research, *Terrorism and Political Violence*, Vol. 26, No. 4 (September – October): 565 – 580

Sageman, Marc, 2014, "Low Return on Investment," *Terrorism and Political Violence*, Vol. 26, No. 4 (September – October): 614 – 620

Sageman, Marc, 2013, "The Stagnation in Terrorism Research," in *Chronicles of Higher Education*, April, 30

Sageman, Marc, 2012, "Recent Trends in Global neo-jihadi Terrorism in the West and the Turn to Political Violence," in Graig Forcese & Francois Crepeau, eds, *Terrorism, Law and Democracy: 10 Years after 9/11*, Montreal, Canada: Canadian Institute for the Administration of Justice: 7 – 35

Sageman, Marc, 2012, "'New' Terrorism in the Western World?" *NATO Review Magazine*, July 12, 2012

Sageman, Marc, 2011, "AQAP External Operations," in Abigail Chapman & Janice Adelman, eds., *Influencing Violent Organizations Pilot Effort: Focus on Al Qaeda in the Arabian Peninsula (AQAP)*, Strategic Multi-Layer Assessment (SMA) Office, Department of Defense, Office of the Secretary of Defense (OSD), Fall 2011: 228 – 246

Sageman, Marc, 2011, "The Turn to Political Violence in the West," in Rik Coolsaet, ed., *Jihadi Terrorism and the Radicalisation Challenge: European and American Experiences, Second Edition*, Aldershot, Hampshire: Ashgate Publishing LTD: 117 – 129

Richard Danzig, Marc Sageman, Terrance Leighton, Lloyd Hough, Hidemi Yuki, Rui Kotani and Zachary Hosford, 2011, *Aum Shirikyo: Insights Into How Terrorists Develop Biological and Chemical Weapons*, Washington, D.C.: Center for a New American Security

Sageman, M.S., 2011, "Ripples in the waves: fantasies and fashions," in Rosenfeld, J., ed., *Terrorism, Identity and Legitimacy: The Four Waves theory and political violence*, London: Routledge: 87-92

Sageman, M.S., 2011, "Civilian Trials and the Prevention of Atrocities," *Terrorism and Political Violence*, 23: 13-15

Sageman, M.S., 2010, "The Turn to Political Violence," in Ashley Arana, Tessa Baker & Sarah Canna, eds., *Defining a Strategic Campaign for Working with Partners to Counter and Delegitimize Violent Extremism: A Strategic Multilayer Assessment Project*, Boston: National Security Innovations

Reidel, Bruce; Bergen, Peter; Anderson, Frank; and Sageman, Marc, 2010, "Eighteen Months and Beyond: Implications of U.S. Policy in Afghanistan," *Middle East Policy*, 17 (1), Spring: 1 – 30

Sageman, Marc, 2009, "Confronting al Qaeda: Understanding the Threat in Afghanistan," *Perspectives on Terrorism*, December 2009, 3 (4): 4 – 25

Sageman, Marc, 2008, "A Strategy for Fighting International Islamist Terrorists," *The Annals of the American Academy of Political and Social Science,* July 2008, 618: 223 – 231

Fischhoff, Baruch; Atran, Scott; and Sageman, Marc, 2008, "Mutually Assured Support: A Security Doctrine for Terrorist Nuclear Weapons Threats," *The Annals of the American Academy of Political and Social Science*, July 2008, 618: 160 – 167

Sageman, Marc, 2008, "The next Generation of Terror," *Foreign Policy*, March/April, 36 – 42

Sageman, Marc, 2008, "The mistaken war on terror," *New Scientist*, 2 February 2008: 44 – 45

Sageman, Marc, 2008, *Leaderless Jihad*, Philadelphia: University of Pennsylvania Press

Magouirk, Justin, Atran, Scott and Sageman, Marc, 2008, "Connecting Terrorist Networks," *Studies in Conflict and Terrorism*, 31 (1 January): 1 – 16

Sageman, Marc, 2007, "Al Qaeda," in Jocelyne Cesari, ed., *Encyclopedia of Islam in the United States*, Westport, Connecticut: Greenwood Press: 37 – 40

Sageman, Marc, 2007, "Understanding Terror Networks," in Stephan Gale, Michael Radu and Harvey Sicherman, eds., *The War on Terrorism*, Philadelphia: Foreign Policy Research Institute: 117 – 121

Scott Atran, Marc Sageman and Justin Magouirk, 2007, "Terror's Social Club," *Bulletin of the Atomic Scientists*, 63 (5, September/October): 10 – 11

Sageman, Marc, 2006, "The Psychology of Al Qaeda Terrorists: The Evolution of the Global Salafi Jihad," in Carrie Kennedy & Eric Zillmer, eds., *Military Psychology: Clinical and Operational Applications*, New York: The Guilford Press: 281 – 294

Sageman, Marc, 2006, "Common Myths About al-Qaida Terrorism," *eJournal USA*, 11 (2, August): 32 – 33

Sageman, Marc, 2006, "Global Salafi Terrorist Networks," in Ronald Luman, ed., *Unrestricted Warfare Symposium 2006*, Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory: 265 – 273

Atran, Scott and Sageman, Marc, 2006, "Connecting the Dots," *Bulletin of the Atomic Scientists*, 62 (4, July/August): 68

Sageman, Marc, 2006, "Islam and al Qaeda," in Pedazhur, Ami, ed., *Root Causes of Suicide Terrorism: The Globalization of Martyrdom*, New York: Routledge: 122 – 131

Sageman, M.S., 2005, "Understanding al-Qaida Networks," in Kamien, David, ed., *The McGraw-Hill Homeland Security Handbook*, New York: McGraw-Hill Companies, Inc.: 53 – 72

Jialun Qin, Jennifer Xu, Daning Hu, Marc Sageman, and Hsinchun Chen, 2005, "Analyzing Terrorist Networks: A Case Study of the Global Salafi Jihad Network," in Kantor et al (Eds.), *Intelligence and Security Informatics*, Berlin: Springer-Verlag: 287 – 304

Edna Reid, Jialun Qin, Yilu Zhou, Guanpi Lai, Marc Sageman, Gabriel Weimann, and Hsinchun Chen, 2005, "Collecting and Analyzing the Presence of Terrorists on the Web: A Case Study of Jihad Websites," in Kantor et al (Eds.), *Intelligence and Security Informatics*, Berlin: Springer-Verlag: 402 – 411

Sageman, M.S., 2005, "The Bonds of Terror: The Rise of the Global Jihad," in Rohan Gunaratna (ed.), *Combating Terrorism*, Singapore: Marshall Cavendish International: 37 – 46

Sageman, M.S, 2005, "Jihadi Networks of Terror," in Katharina von Knop, Heinrich Neisser & Martin Van Creveld, eds., *Countering Modern Terrorism: History, Current Issues and Future Threats*, Bielefeld, Germany: W. Bertelsmann Verlag GmbH: 15 – 30

Sageman, M.S., 2005, "The Normality of Global Jihadi Terrorism," *Journal of International Security Affairs*, 8 (Spring 2005): 79 – 89

Sageman, M.S., 2004, *Understanding Terror Networks*, Philadelphia: University of Pennsylvania Press

Herbert, J & Sageman, M.S., 2004, "First Do No Harm: Emerging Guidelines for the Treatment of Posttraumatic Reactions," in Rosen, G.M., ed., *Posttraumatic Stress Disorder: Issues and Controversies*, Chichester, England: John Wiley & Sons

Rosen, G.M., Sageman, M. & Loftus, E., 2003, "A Historical Note on False Traumatic Memories," *Journal of Clinical Psychology*, 60: 137 – 139

Sageman, M.S., 2003, "Three Types of Skills for Effective Forensic Psychological Assessments," *Assessment*, 10 (4): 321 – 328

Sageman, M.S., "Admissibility of Mental Expert Evidence," in Dattilio, F. & Sadoff, R., eds., 2002, *Mental Health Experts: Roles & Qualifications for Court*, Mechanicsburg, Pennsylvania: Pennsylvania Bar Institute Press

Sageman, M.S., 2002, "Challenging the Admissibility of Mental Expert Testimony," *The Practical Litigator*, 13 (January): 7 – 17

Sageman, M.S., 1998, "How to Find, Select, and Evaluate a Mental Health Professional for Trial," *The Practical Litigator*, 9 (May): 27 – 40

Sageman, M.S. et al, 1995, "Outcome Assessment Strategies in Mental Health," in Sederer, L.I. & Dickey, B., ed., *Outcomes Assessment in Clinical Practice*, New York: Williams & Wilkins

Sageman, M.S. et al, 1994, "Outcome Assessment and Psychiatric Services," *Hospital and Community Psychiatry*, 45 (December): 1165

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

loehrs&associates

| | |
|---|---|
| EDUCATION | University of Arizona - Business Administration<br>Pima College  - Legal Assistant Sciences<br>University of Phoenix - Bachelor of Science, Information Systems (With Honors) |
| CERTIFICATIONS AND LICENSES | Licensed Private Investigator, AZ Department of Public Safety, License No. 1594838<br>EnCase Certified Examiner (ENCE), Guidance Software (Since 2005)<br>Access Data Certified Examiner (ACE) (Since 2008)<br>Computer Hacking Forensic Investigator (CHFI) (Since 2010)<br>Certified Computer Forensic Examiner (CCFE) (Since 2011) |
| SPECIALIZED TRAINING | EnCase Incident Response, Forensic Analysis and Discovery Course<br>Arizona Semi Annual Conference Computer Crimes / Internet Fraud<br>Access Data Boot Camp<br>Access Data Windows Forensics<br>How to Create and Perform Effective Keyword Searches<br>Cell Phone Forensics<br>Email Investigations<br>File Recovery Through Data Carving<br>Basic Investigations of Windows Vista<br>Reverse Engineering Malware<br>Incident Investigations<br>Examining the Windows Registry<br>Investigating Linux from a Forensic and Incident Response Perspective<br>MySpace Investigations<br>Cyber child Exploitation I - Investigations in the Workplace<br>Mastering Conditions Forensics<br>File Identification and Recovery Using Black-Hashed Hash Analysis<br>Case Study Firefox Artifacts and Unallocated Space<br>Hacking Malware<br>Technical Profiling for Law Enforcement and Intelligence<br>Vista Deep Dive I - Basic Investigations of Windows Vista<br>Vista Deep Dive III - File and Registry Virtualization<br>Malicious Artifacts Identification and Analysis<br>Essential Macintosh Forensics<br>FTK Transition 1.7 to 2.0<br>ACE Prep<br>Computer Forensics and Ethical Hacking<br>IOS Forensics – A comprehensive Approach<br>Mac OS X Lion Forensics Update<br>Tracks Left by Covering Your Tracks<br>What's New in Windows Forensics<br>A Forensic Look at Windows 8 Immersive Applications: What's Behind the Tiles<br>Smart Device App Analysis<br>Windows 8 File History Artifacts<br>Ares and LimeWire Pro Peer to Peer Files Sharing Software Analysis<br>Mac OS X Delving a Little Deeper<br>Vehicle Systems Forensics<br>How to Catch an Insider Data Thief<br>Forensic Testimony in Court<br>Ubiquity Forensics – Your iCloud and You<br>Searching in EnCase 8 with EQL |

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

| | |
|---|---|
| PROFESSIONAL EXPERIENCE | **Computer Forensics Examiner** |
| | Loehrs & Associates, LLC. (Formerly Law2000, Inc.) |

Computer forensics services, particularly pertaining to legal evidence, including forensic acquisitions of digital artifacts including computers, cell phones, removable storage media, digital cameras, gaming consoles, etc.; data collection and recovery from allocated and unallocated space; data analysis and conclusions regarding who, what, when, where and how data came to be on an artifact; detailed reporting of conclusions and analysis; and testimony regarding forensic procedures, analysis and conclusions.

Technical experience also includes all aspects of information technology including designing, implementing, maintaining and troubleshooting networks; building and repairing computer systems including workstations and servers; software implementation and support for hundreds of applications; programming;  configuring, maintaining and troubleshooting switches and routers;  Internet services and web design; designing, maintaining and troubleshooting backup and disaster recovery systems.

PROFESSIONAL MEMBERSHIPS

*Forensic Expert Witness Association (FEWA)*
Member of the Arizona Chapter
Based in San Francisco, the Forensic Expert Witness Association (FEWA) is the only non-profit professional membership organization that verifies that each of its professional members has testified at least three times as an expert witness. FEWA is dedicated to the professional development, ethics and promotion of forensic consultants in all fields of discipline. FEWA provides professional education for experts of all levels of experience and also for those aspiring to be experts who have not yet testified, which spans all technical specialties.

*National Association of Public Defense (NAPD)*
Organizational Membership
The National Association for Public Defense (NAPD) engages all public defense professionals into a clear and focused voice to address the systemic failure to provide the constitutional right to counsel, and to collaborate with diverse partners for solutions that bring meaningful access to justice for poor people. NAPD currently unites nearly 7,000 practitioner-members across the country into a cohesive, unwavering, irrepressible community capable of bringing justice to a broken system.

TESTIFYING EXPERIENCE

**Trials: 50**
**Hearings: 70**

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Stephanie Bond
Case No. 4:16-CR-00046-RCC-DTF

Hearing: USDC, Central District of California
Probation Violation
Attorney: Callie Steele
Case No. CR08-00106-CBM

Hearing: Escambia County Circuit Court, Florida
Child Pornography
Attorney: John Beroset
Case No. 2016 CF 5144

Hearing: Mohave County Superior Court, Arizona
Child Pornography
Attorney: Virginia Crews

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Case No. CR-2015-00312

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Phillip Beatty
Case No. CR2015-131645-001DT

Hearing: USDC, District of Arizona
Bank Fraud, Aggravated Identity Theft, Transactional Money Laundering
Attorney: Ashley Adams
Case No. CR-14-01066-PHX-DJH

Hearing: Escambia County Circuit Court, Florida
Child Pornography
Attorney: John Beroset
Case No. 2016 CF 5144

Hearing: Bradford County Court of Common Pleas, Pennsylvania
Child Pornography
Attorney: Kristina Supler
Case No. CP-08-CR-000141-2016

Hearing: Orleans Criminal District Court, Louisiana
Child Pornography
Attorney: Herbert Larson
Case No. 523-930

Hearing: Mohave County Superior Court, Arizona
Child Pornography
Attorney: Virginia Crews
Case No. CR-2015-00312

Hearing: Maricopa County Superior Court, Arizona
Child Pornography
Attorney: Cindy Castillo
Case No. CR 2014-002842-001

Hearing: Chester County Justice Center, Pennsylvania
Child Pornography
Attorney: Adam Bompadre
Case No. Juvenile Court

Hearing: USDC, Central District of California
Child Pornography
Attorney: James Riddet
Case No. SACR14-00188

Hearing: USDC, District of New Hampshire
Child Pornography
Attorney: Bjorn Lange
Case No. CR15-110-01-PB

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Hearing: Court of Common Pleas, Lackawanna County Pennsylvania
Child Pornography
Attorney: Robert Trichilo
Case No. 20161048

Trial: Court of Common Pleas, Lackawanna County, Pennsylvania
Child Pornography
Attorney: William Peters
Case No. CR-2013-2694-35

Hearing: USDC, Central District of California
Child Pornography
Attorney: Craig Harbaugh
Case No. CR 15-224-DMG

Hearing: Second Judicial District Court Weber County, Utah
Child Pornography
Attorney: Tara Isaacson
Case No. 131901792

Hearing: USDC, Central District of California
Probation Violation
Attorney: Kim Savo
Case No. CR 06-911-ODW

Hearing: USDC, Western District of Missouri
Child Pornography
Attorney: Kristin Jones
Case No. 13-03081-01-CR-S-MDH

Hearing: Second Judicial District Court Weber County, Utah
Child Pornography
Attorney: Tara Isaacson
Case No. 131901792

Trial: USDC, Southern District of California
Child Pornography
Attorney: Michael Crowley
Case No. CR-03447

Trial: Lancaster County Court of Common Pleas, Pennsylvania
Child Pornography
Attorney: Adam Bompadre
Case No. CR-0000336-2015

Hearing: Lancaster County Court of Common Pleas, Pennsylvania
Child Pornography
Attorney: Adam Bompadre
Case No. CR-0000336-2015

Hearing: USDC, Central District of California
Child Pornography

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net



Attorney: Cuauhtemoc Ortega
Case No. CR 15 00063

Hearing: Maricopa County Superior Court, Arizona
Child Pornography
Attorney: Craig Gillespie
Case No. CR2014-005922-001

Trial: Yavapai County Superior Court, Arizona
Luring of a Minor
Attorney: Michael Alarid
Case No. CR201300970

Hearing: Pima County Superior Court, Arizona
Divorce
Attorney: Nicole Hinderaker
Case No. N/A

Trial: Pima County Superior Court, Arizona
Child Pornography
Attorney: Paul Skitzki
Case No. CR-20141915

Trial: Pima County Superior Court, Arizona
Child Pornography
Attorney: Tatiana Struthers
Case No. CR20111156-001

Hearing: The University of the State of New York Education Department
Determination of Good Moral Character
Attorney: Carolyn Gorczynski
Case No. N/A

Hearing: USDC, Central District of California
Child Pornography
Attorney: James D. Riddet
Case No. SACR14-00188

Hearing: USDC, Eastern District of California
Child Pornography
Attorney: Michael Chastaine
Case No. 2:12-CR-0401 KJM

Hearing: Yavapai County Superior Court, Arizona
Child Pornography
Attorney: Michael Alarid
Case No. CR201300970

Trial: Essex Superior Court, Massachusetts
Child Pornography
Attorney: Mark Schmidt
Case No. ESCR09-1514

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Trial: San Francisco Superior Court, California
Impersonating Police Officer and Coercing Sex Acts
Attorney: Phoenix Streets
Case No. 14025591

Trial: In the Crown Court at Kingston
Child Pornography
Attorney: Alex Chowdhury
Case No. 01TW0018610/1

Hearing: USDC, District of Nebraska
Child Pornography
Attorney: John H. Rion
Case No. 8:13CR107

Trial: County of  Bernalillo District Court, New Mexico
Homicide
Attorney: Thomas M. Clark
Case No. D-202-CR-2012-03537

Trial: New Castle County Superior Court, Delaware
Child Pornography
Attorney: Thomas Foley
Case No. 13-01-011058

Trial: Snohomish County District Court, Washington
Child Pornography
Attorney: Sarah Silbovitz
Case No. CR13-1-01219-1

Hearing: New Castle County Superior Court, Delaware
Child Pornography
Attorney: Thomas Foley
Case No. 1310019248

Trial: Pima County Superior Court, Arizona
Homicide
Attorney: Paul Eckerstrom and Alicia Cata
Case No. CR20084012

Trial: USDC, Southern District of New York
Conspiracy, Wire Fraud
Attorney: Marlon Kirton
Case No.1:09-CR-01002-WHP

Hearing: USDC, District of New Mexico
Child Pornography
Attorney: Jon Paul Rion
Case No. 11CR-1690-MV

Trial: USDC, Eastern District of Pennsylvania

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Child Pornography
Attorney: Mark Greenberg
Case No. CR12-228

Trial: Ontario Court of Justice, Central West Region, Canada
Child Pornography
Attorney: Antal Bakaity
Case No. SA 07 CR-267

Hearing: USDC, District of Vermont
Child Pornography
Attorney: David McColgin
Case No. 5:12-CR-44

Trial: Pima County Superior Court, Arizona
Child Pornography
Attorney: Katherine Estavillo
Case No. CR20102131-001

Trial: USDC, Western District of New York
Child Pornography
Attorney: Igor Niman
Case No. M-09-1129

Hearing: Cochise County Superior Court, Arizona
Child Pornography
Attorney: Steve Sherick
Case No. CR2010-00305

Hearing: Maricopa County Superior Court, Arizona
Homicide
Attorney: Alan Tavassoli
Case No. 2009-030306-001 SE

Hearing: Pima County Superior Court, Arizona
Child Pornography
Attorney: Katherine Estavillo
Case No. CR-20102131-001

Trial: USDC, Northern Mariana Islands
Child Pornography
Attorney: Samuel Mok
Case No. 12-00017

Trial: USDC, Western District of Texas
Child Pornography
Attorney: Luis Islas
Case No. 12-CR-217

Hearing: USDC, Western District of Texas
Child Pornography
Attorney:  Luis Islas

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Case No. 12-CR-217

Trial:  Yuma County Superior Court, Arizona
Homicide
Attorney: Kristi Riggins
Case No. 1400CR2008-005

Hearing:  Collin County Superior Court, Texas
Homicide
Attorney:  Jim Burnham
Case No. 296-81605-2011

Hearing: USDC, New Mexico, Santa Fe Divisional Office
Child Pornography
Attorney: John Paul Rion
Case No. 11-23-6-0010

Hearing: USDC, Central District of California
Child Pornography
Attorney: Gary Dubcoff
Case No. CR 06-19 DSF

Hearing: USDC, Northern District of Georgia
Child Pornography
Attorney: Ann Fitz
Case No. 1:11-CR-00067-RWS-JFK

Trial: Cochise County Superior Court
Child Pornography
Attorney: Tanja Kelly
Case No. CR201100293

Trial: USDC, District of Arizona
Hate Crime
Attorney: Barbara Hull
Case No. CR-09-712-PHX-DGC

Trial: USDC, Western District of Wisconsin
Fraud
Attorney: David Mandell
Case No. CR2011 0082

Trial: Superior Court of Forsyth County
Child Pornography
Attorney: Romin Alavi
Case No. 10CR-0118

Hearing: Cochise County Superior Court
Child Pornography
Attorney: Mark Beradoni
Case No. CR201000769

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net



Hearing:  USDC, Middle District of Louisiana
Child Pornography
Attorney:  Michael Reese Davis, Sr.
Case No. 3-11-CR-000038-JJB-DLD

Trial:  Pima County Superior Court
Child Pornography
Attorney:  Paul Skitzki
Case No. CR-2010-2663

Hearing:  Maricopa County Superior Court
Child Pornography
Attorney:  Craig Gillespie
Case No. CR2009-114677001

Trial: USDC, Northern District of California
Computer Fraud
Attorney: Manuel Araujo
Case No. CR05-0812 RMW

Hearing:  Pima County Superior Court
Child Pornography
Attorney:  Katherine Estavillo
Case No. CR2010-1967

Hearing:  Forsyth County Superior Court
Child Pornography
Attorney: Romin Alavi
Case No.10CR-0118

Trial:  USDC, District of Maine
Child Pornography
Attorney:  Theodore Fletcher
Case No. SA 07 CR-256

Trial:  USDC, Northern District of California
Forgery
Attorney:  Elizabeth Falk
Case No. CR10-0068

Hearing:  Commonwealth Court of Pennsylvania
Child Pornography
Attorney:  John Abom
Case No. CP-21-CR-724-20

Trial:  USDC, District of Arizona
Child Pornography
Attorney:  David Cantor
Case No. CR09-0794TUCJMR

Trial:  USDC, Middle District of Alabama
Child Pornography

*Curriculum Vitae*

# TAMI**LOEHRS**



3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Attorney:  Susan James
Case No. 2:09CR 73-MEF

Trial: USDC, District of Alabama
Child Pornography
Attorney:  Tim Halstrom
Case No. 3:09-CR-159-WKW

Trial:  USDC, District of Delaware
Child Pornography
Attorney:  Luis Ortiz
Case No. 09-43-SLR

Settlement Conference:  Maricopa County Superior Court
Child Pornography
Attorney:  Adrian Little
Case No. CR09-000282

Sentencing Hearing:  USDC, Northern District of Texas
Child Pornography
Attorney:  Jim Burnham
Case No. 3:09-CR-339-M

Hearing:  Maricopa County Superior Court
Child Pornography
Attorney:  William Foreman
Case No. CR2009-007925-001 DT

Civil Service Hearing: State of Arizona
Unauthorized Use of Computer
Attorney: Jeff Jacobson
Case No. C2009-8685

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Leslie Bowman / Clint Liechty
Case No. CR-09-441-TUC

Trial: USDC, District of Arizona
Child Pornography
Attorney: Gary Kneip
Case No. CR-08-433

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Harold Higgins
Case No. CR09-1322TUC

Trial: USDC, District of Arizona
Child Pornography
Attorney: Beau Brindley
Case No. 05-CR-931

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Sentencing Hearing: USDC, District of Arizona
Child Pornography
Attorney: Neal Taylor
Case No. CR08-310-PHX-PR

Trial: USDC, District of California
Child Pornography
Attorney: Caro Marks
Case No. CR S-07-290 WBS

Trial: Commonwealth of Pennsylvania
Child Pornography
Attorney: Stanton Levenson
Case No. CR 458-07

Trial: USDC, District of New Mexico
Homicide
Attorney: Barbara Mandel
Case No. 07614-RB

Trial: Humboldt County Superior Court
Child Pornography
Attorney: Cathy Dreyfuss
Case No. 55-08-001612

Trial: USDC, District of Georgia
Child Pornography
Attorney: Ann Fitz,
Case No. 2:08 CR000033

Hearing: Pinal County Superior Court
Harassment
Attorney: Morgan Alexander
Case No. CR2008-00286

Trial: Pima County Superior Court
Child Pornography
Attorney: David Euchner
Case No.CR2004-2573

Trial: USDC, District of California
Violating Terms of MySpace
Attorney: Dean Steward
Case No. CR-08-582-GW-001

Trial: USDC, District of Wyoming
Child Pornography
Attorney: Tom Smith
Case No.07-CR-32-B

Trial: USDC, District of Puerto Rico

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net



Child Pornography
Attorney: Victor Gonzalez-Bothwell
Case No. 07-140(CCC)

Trial: USDC, District of Arizona
Prostituting a Minor
Attorney: Barbara Hull
Case No. CR07-00871-001-PHX-ROS

Trial: USDC, District of Arizona
Child Pornography
Attorney: Ralph Ellinwood
Case No. CR05-1049-TUC-FRZ

Hearing: USDC, District of California
Child Pornography
Attorney: Rachelle Barbour
Case No. CR-S-07-0020

Hearing: USDC, 379th Judicial District, Bexar County Texas
Child Pornography
Attorney: Evelyn Martinez
Case No. 2006-CR-0477W

Trial: USDC, District of Arizona
Child Pornography
Attorney: Laura Udall
Case No. CR06-0825

Trial: Coconino County Superior Court
Child Pornography
Attorney: Brad Bransky
Case No. CR2006-1045

Hearing: Pima County Superior Court
Murder
Attorney: Creighton Cornell
Case No. CR2007-0403

Hearing: Pima County Superior Court
Evidence Tampering
Attorney: Todd Jackson
Case No. C2006-5273

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Jason Lamm
Case No. CR2007-006060

Hearing: Coconino County Superior Court
Child Pornography
Attorney: David Bednar

*Curriculum Vitae*

# TAMI**LOEHRS**



3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

Case No. CR2007-0519

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Gary Hendrickson
Case No. CR2006-171689-001

Trial: USDC, District of Arizona
Can Spam
Attorney: Michael Black
Case No. CR05- 870PHX

Hearing: Maricopa County Superior Court
Child Pornography
Attorney: Mark Hawkins
Case No. CR2006-136640-001

Hearing:  Navajo County Superior Court
Child Pornography
Attorney: David Martin
Case No. CV2005-013148

Hearing: Pima County Superior Court
IP Theft
Attorney: Todd Jackson
Case No. C2005-5273

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Ralph Ellinwood
Case No. CR05-1049-TUC-FRZ

Hearing: USDC, District of Arizona
Child Pornography
Attorney: Steven West; Nesci, St. Louis & West
Case No. CR04-2351-TUC-JMR

Hearing: Maricopa County Superior Court
Child Pornography
Attorney:  William Foreman
Case No. CR2004-007249-001 DT

Hearing: USDC, District of Arizona
Child Pornography
Attorney:  Patricia Gitre
Case No.  CR03-490-PHX-ROS

Hearing: Pima County Superior Court
Child Pornography
Attorney:  Larry Rosenthal
Case No. CR2001-1155

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

          Hearing: Pima County Superior Court
          Child Pornography
          Attorney:  David DeCosta
          Case No. CR2002-0171

          Trial: Yuma County Superior Court
          Child Pornography
          Attorney:  Richard Bock;  Lingeman & Bock
          Case No. S1400 CR2000-00472
                 CA CR02-0578

PRESENTATIONS    September, 2016: Speaker
          Montana Criminal Defense Lawyers Association
          *Computer Forensics*
          Billings, Montana

          July, 2016: Speaker
          National Association for Public Defense
          *Are Law Enforcement's Online Investigations Violating the 4th Amendment?*
          Tucson, Arizona

          July, 2016: Speaker
          National Association for Public Defense
          *How to Know When Digital Evidence has been Manipulated or Fabricated*
          Tucson, Arizona

          May, 2016: Speaker
          Association of Certified Fraud Examiners
          *Computer Forensics & Fraud*
          Albuquerque, New Mexico

          September, 2015: Speaker
          Arizona Information Defenders
          *Computer Forensics*
          Tucson, Arizona

          September, 2015: Speaker
          Association of Certified Fraud Examiners
          *Computer Forensics & Fraud*
          Tucson, Arizona

          February, 2015: Speaker
          Arizona Information Defenders
          *Computer Forensics*
          Tucson, Arizona

          March, 2014: Speaker
          Office of the Public Defender
          *Computer Forensics*
          San Francisco, California

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

August, 2013: Speaker
Office of the Public Defender
*Computer Forensics for Sex Cases*
Palm Beach Gardens, Florida

September, 2012:  Speaker
Office of the Public Defender
*Computer Forensics for Sex Cases*
Fort Myers, Florida

June, 2012:  Speaker
Annual APDA Statewide Conference
*Computer Forensics for Sex Cases*
Phoenix, Arizona

June, 2012:  Speaker
Federal Community Defender for Eastern District of Pennsylvania
*New Issues in Computer Forensics*
Philadelphia, Pennsylvania

September, 2011:  Speaker
Pima County Public Defender
*Computer Forensics*
Tucson, Arizona

April, 2011:  Speaker
Delaware Federal Public Defender
*Computer Forensics*
Wilmington, Delaware

September, 2010:  Speaker
Arizona Attorneys for Criminal Justice
Fall Seminar 2010
*Digital Evidence*
Tucson, Arizona

April, 2010: Speaker
Office of Defender Services
Conference for Federal Defender Computer Systems Administrators
*Computer Forensics / LimeWire*
Chicago, Illinois

January, 2010: Speaker
Administrative Office of the United States Courts
Sixth National Seminar on Forensics Evidence and the Criminal Law
*Computer Forensics*
San Diego, California

September, 2009:  Speaker
Arizona Attorneys for Criminal Justice
Fall Seminar 2009
*Computer Forensics, A Case Study*

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net



Tucson, Arizona

April, 2009: Speaker
Administrative Office of the United States Courts
Portland Winning Strategies Seminar
*Computer Forensics*
Portland, Oregon

April, 2008: Speaker
National Defender Investigator Association
National Conference
*Computer Forensics*
Las Vegas, Nevada

November, 2007: Speaker
Association of Legal Administrators
Region 6 Educational Conference & Exposition
*E-Discovery and Potential Land Mines*
Tucson, Arizona

October, 2007: Featured Speaker
Lorman Education Services
*Computer Forensics and Electronic Discovery in Arizona*
Tucson, Arizona

September, 2007: Featured Speaker
National Defender Investigator Association
*Computer Forensics*
Phoenix, Arizona

July, 2007: Featured Speaker
Federal Community Defender Office of Pennsylvania
Computer Forensics
Philadelphia, Pennsylvania

April, 2005: Speaker
Fennemore Craig
*Electronic Discovery - A Case Study*
Tucson, Arizona

March, 2005: Speaker
Arizona Court Reporters Association Annual Convention
*Computer Forensics and Electronic Discovery*
Phoenix, Arizona

March, 2005: Speaker
Morris K. Udall Inn of Court
*Electronic Discovery*
Tucson, Arizona

October, 2004: Featured Speaker
Tucson Association of Legal Assistants

*Curriculum Vitae*

# TAMI**LOEHRS**

3037 West Ina, Suite 121 | Tucson, Arizona  85741
Ofc: 520.219.6807 | Email: TL@ForensicsExpert.net

*Computer Forensics and Electronic Discovery*
Tucson, Arizona

June, 2004: Vendor
Arizona State Bar Convention
Phoenix, Arizona

October, 2003: Featured Speaker
Arizona Association of Licensed Private Investigators (AALPI)
*Computer Forensics and Electronic Discovery*
Phoenix, Arizona

February, 2003: Featured Speaker
Arizona Association of Licensed Private Investigators (AALPI)
*Computer Forensics and Computerized Litigation*
Tucson, Arizona

October, 2002: Featured Speaker
Arizona Mystery Writers
*Computer Forensics*
Tucson, Arizona

January, 2002: Featured Speaker
Tucson Association of Legal Assistants
*Computer Forensics and Computerized Litigation*

July, 2001: Vendor
CLE by the Sea -  Electronic Courtrooms, Discovery of Electronically Stored Information
San Diego, California

June, 2001: Featured Speaker
Technology for the Practice of Law
Tucson, Arizona

April, 2001: Vendor
State Bar of Arizona - Technology Show
Phoenix, Arizona

January, 2001: Featured Speaker
*Internet Security Issues - Detection and Prevention*
Tucson, Arizona