

*United States Attorney*
*Northern District of California*

*11ᵗʰ Floor, Federal Building*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*

*(415)436-7200*
*FAX: (415) 436-*
*7234*

July 9, 2018

***BY ECF***

Hanni Fakhoury, Esq.
Assistant Federal Public Defender
The Federal Public Defender of Northern California
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Email: Hanni_Fakhoury@fd.org

> Re:   United States v. Adam Shafi
>        15-CR-582-WHO

Dear Counsel:

By this letter and accompanying attachment, we are providing the following supplemental disclosure, pursuant to the Court's Order on June 28, 2018 (Dkt. 214), Federal Rule of Criminal Procedure 16(a)(1)(G), and Federal Rules of Evidence 702, 703 and 705.

**Lorenzo Vidino, Terrorism Expert**

The government expects that Mr. Vidino will testify that radicalization is a process by which an individual accepts a set of extreme ideas, including the legitimization of the use of violence. This is a process that can take a long or short amount of time. There is no typical profile of an individual who is susceptible to radicalization. Radicalization is not a linear process and is different for different individuals. Radicalization can occur without personal contact from a member of a terrorist organization, and may begin by watching propaganda online. There is a connection between radicalization and consumption of jihadist propaganda. Radicalization can occur in isolation but it is commonly seen in small groups of friends. When the small group becomes interested in a radical ideology, it creates an echo chamber that reinforces the radical ideas and prevents the introduction of countering beliefs. This dynamic accelerates the radicalization process. In the post 9/11 era, it has become more common for individuals to radicalize without a personal connection with a terrorist organization. Mobilization is the

movement beyond consuming propaganda to taking action.  Mobilization can take many forms, and includes traveling to where an organization is located.

The government expects that Mr. Vidino will opine on whether the evidence in this case, as described below and further identified in the attached spreadsheet of discovery, is consistent with radicalization and mobilization:

1. Evidence of the defendant's attempt to board a flight to Turkey in June 2015, such as:

   - his purchase of a one-way flight to Turkey (without the knowledge of his family, A.N., or S.K.);
   - his disappearance from his family and friends in California to fly to Turkey;
   - his behavior at SFO airport;
   - the items in his possession; and
   - his statements to law enforcement upon being contacted (*e.g.*, no longer wanting to live in the United States because of direction of United States and the Supreme Court's decision on same-sex marriage, wanting to live in a Muslim country, plan to work in Turkey and perhaps Egypt, and not planning to join a foreign terrorist organization in Syria).

2. Evidence of the defendant's prior trip to Turkey in August 2014, such as:

   - his coordination (without his family's knowledge) of the trip with A.N. and S.K. (*e.g.*, having S.K. purchase the defendant's one-way flight, A.N. and S.K. purchasing separate one-way flights to meet him in Turkey, A.N. emailing himself before trip noting possible entry points into Syria, emailing A.N. and S.K. gear needed for "backpacking" trip; and A.N. having copy of the defendant's itinerary upon his return);
   - his disappearance from his family in Egypt to fly to Turkey;
   - his meeting with A.N. in Turkey, activities while in Turkey, and departing separately back after only a few days; and
   - different explanations by the defendant and A.N. about the purpose of the trip.

3. Evidence regarding the defendant's trips to Turkey, such as:

   3.1. his statements, including communications (*e.g.*, calls, text messages, and email) with A.N., S.K., and others, such as:

   - about defending or protecting Muslims;
   - about listening to a song "O, Our Sheikh al-Baghdadi", laughing with A.N. about meeting up in Turkey next summer during trip to Cairo, and going to the shooting range with A.N. and S.K.;

- about district attorney refusing ransom for Armin Harcevic, seeing Anwar al-Awlaki in his dream, commenting about the Patriot Act potentially expiring, and feeling bad that Harcevic was still in jail and he's out free;
- about wanting to fight in jihad to die as a martyr, despite the objections of his parents, because "the Ummah is being massacred and we are expelled from our homes forced to live under the rule of the enemies of Allah," and hoping that Allah guides him to the path of which group to go to;
- about traveling through certain cities to circumvent the no-fly list;
- about watching the 2-hour interview with the emir of the al-Nusrah Front that convinced him that the al-Nusrah Front was superior to other organizations such as ISIL, that provided him a better understanding of life in Syria, and that made him realized that he was committed to die with the al-Nusrah Front;
- about how the emir of the al-Nusrah Front stated that Allah would destroy the CIA;
- about reflecting about meeting a "guy" on his prior trip in August 2014 who could have taken him then to the al-Nusrah Front and that nothing was going to stop him now;
- about how they could take photographs while there to motivate other jihadists and fighters to go;
- about going to Egypt where they have checkpoints, killing the people at the checkpoint to take their weapons, and then using those weapons to kill others at other checkpoints;
- about wanting to go soon, having the money to do so, and prodding A.N. and S.K. to do the same;
- about hoping that Allah did not take his soul until he had spilled a couple of gallons of blood and had scars on his face;
- about being jealous of hearing about a 25-year old who died fighting and became a martyr in Syria;
- about how he wanted to go not just to Burma where Muslims were being mistreated, but to a place where he could kill some people that were supporting America or American soldiers;
- about his belief that America was the enemy;
- about how if he could not go or fight, living like others would be betraying Muslims and he would rather be in jail;
- about deciding to go without telling A.N. and S.K. because he did not think they wanted to go; and
- about regardless of the FBI contacting him on his June 2015 attempt, he would do whatever it takes to leave and wondering what evidence the FBI would need to put him in custody;

3.2. his actions (*e.g.*, visiting Armin Harcevic in jail after Harcevic had been charged with material support; going target shooting at a gun range, leading his siblings in paramilitary exercises, purchasing one-way tickets without his family's knowledge, disappearing from his family for his trips, reinstallation of laptop system after first trip to Turkey, and willingness to leave significant community of family and friends behind);

3.3. his possessions (*e.g.*, photographs of his room and possessions at arrest and search, bank account records);

3.4. his electronic and online searches, and saving and viewing of media, such as:

    3.4.1.   his electronic media and possessions (*e.g.*, laptop with Constants of Jihad lectures by Anwar Al-Awlaki; phone with images of ISIL flag and Shaheed, Status: Pending);

    3.4.2.   his electronic search and viewing history, such as:

        3.4.2.1.   laptop viewing history (*e.g.*, Al-Jazeera interview of the emir of the al-Nusrah Front);

        3.4.2.2.   Google search and viewing history (*e.g.*, anwar al awlaki lectures, hereafter series, jihad, urfa turkey, van turkey, Gaziantep airport turkey, ar raqqah Syria, Aleppo, royal Jordanian cairo office, how to format hard drive, taliban, karkamis sinir kapisi, Islamic state, how to cure cowardice, Ramadi Iraq, Syria, najran, yemen, Burlingame Syria donate, refugee camps Syria, armin harcevic, tracy gun range, am I on the no fly list, wha[t] gets you on the no fly list, military vest, Milpitas gun range, I am immune from those who live amongst the mushrikeen, ak 47, countries which require a visa for us citizens, killing muslims, cost of living in yemen, sfo to Istanbul, Gaziantep turkey, ssss, mexico city mexico, Myanmar, Sinai, Turkish airlines; and they fight jihad for God's cause with their possessions and their lives, those who do not care about Muslims, the Islamic State, Takfir, definition of "home of believers in Syria");

        3.4.2.3.   YouTube search history (*e.g.*, al shabaab, killings, suicide bombing, Taliban, al qaeda, Syria, samli, bashar al assad, haram to live in America, jihad anwar al awlaki, al nusra, muslim brotherhood, mujahideen in Syria, martry at Syrian checkpoint, Iraq battle footage al qaeda, what do I have to do before i die islam, anwar al awlaki hereafter series, abu bakr, isis Syria, anwar al awlaki hit list, amir al qaeda, zawahiri isis, jihad isis, join isis syra, suicide bombing explained, isis jihad al nikah, nashee abu bakr al Baghdadi, isis nasheed, crossing Syrian border illegally, getting to isis from turkey, crossing syrian Turkish border, isis atrocity, isis kills children, Istanbul airport, Istanbul airport refugees, how to cross borders illegally, cross Saudi borders illegally, Turkish border crossing, jihad nasheed, mujahideen Myanmar, Burma; and jihadists in Burma, Islamic state anthem, die a martyr if you will, the anthem of battles, battles and seditions, the road is no longer prohibited, special interview with the emir of Jabhat al-Nusra, takfir, death rather than humiliation); and

        3.4.2.4.   YouTube viewing history (*e.g.*, images and montages of ISIS flag and mujaheddin fighters, martyr songs, fighting in Syria, Islamic fighters, artillery firing on Assad forces, immigrants crossing Turkey-Syria border, massacre of

Muslims by Myanmar Buddhists, bullet holes in Jewish Star of David, Myanmar's Anti-Muslim monks);

3.5. his family's actions (*e.g.*, alerting authorities, encouraging him to visit Armin Harcevic in prison, closely monitoring his whereabouts, guarding against and preparing for his disappearance, considering counseling and deradicalization); and

3.6. his contact with law enforcement including the FBI regarding his trips.

The bases and reasons for Mr. Vidino's testimony will be the extensive research and analysis he has done in the field of radicalization and terrorism, including his work as the Director of the Program on Extremism at George Washington University. His research and analysis includes reviewing cases of individuals who have been radicalized and who have joined foreign terrorist organizations, including interviews that he has conducted with such individuals. Mr. Vidino's research and analysis is described in further detail in his previously produced *curriculum vitae*.

\*          \*          \*

The government reserves the right to supplement this notice, and to give advance notice of additional expert witnesses whom it intends to call at trial.

Very truly yours,

ALEX G. TSE
Acting United States Attorney


  */s/ Jeffrey Shih*
JEFFREY SHIH
S. WAQAR HASIB
Assistant United States Attorneys