| Bates Prefix | Bates Start | Bates End | Description |
|---|---|---|---|
| AS | 1 | 2 | 302 of Adam Shafi |
| AS | 3 | 4 | 302 of Adam Shafi's Father |
| AS | 5 | 5 | 302 of Fred Remer |
| AS | 6 | 6 | 302 of Fred Remer |
| AS | 7 | 7 | 302 of Adam Shafi's Father |
| AS | 8 | 9 | 302 of A.N. |
| AS | 10 | 11 | 302 of Adam Shafi's Father |
| AS | 12 | 12 | 302 of Adam Shafi's Father |
| AS | 13 | 15 | 302 of Adam Shafi's Father (and email attachments) |
| AS | 23 | 24 | 302 of Adam Shafi's Father |
| AS | 28 | 41 | Photos of Search of Adam Shafi's vehicle |
| AS | 42 | 79 | Photos of Search of Adam Shafi's residence |
| AS | 80 | 81 | Photos of Search of Adam Shafi's residence |
| AS | 82 | 83 | Photos of Search of Adam Shafi's residence |
| AS | 84 | 84 | Photos of Search of Adam Shafi's residence |
| AS | 85 | 96 | Photos of Search of Adam Shafi's residence |
| AS | 97 | 106 | Photos of Search of Adam Shafi's residence |
| AS | 107 | 114 | Photos of Search of Adam Shafi's residence |
| AS | 115 | 115 | Photos of Search of Adam Shafi's residence |
| AS | 116 | 120 | Photos of Search of Adam Shafi's residence |
| AS | 121 | 137 | Photos of Search of Adam Shafi's residence |
| AS | 153 | 159 | 302 of Adam Shafi |
| AS | 160 | 161 | 302 of Adam Shafi |
| AS | 162 | 162 | 302 of Witness at SFO Airport |
| AS | 163 | 164 | 302 of Witness at SFO Airport |
| AS | 165 | 167 | 302 of Adam Shafi Arrest |
| AS | 180 | 276 | American Express records for Adam Shafi |
| AS | 417 | 441 | Google Response for reflexatron |
| AS | 458 | 458 | T-Mobile Subscriber Info for 510-366-2789 |
| AS | 541 | 541 | 9 calls (See transcripts at PROT 2413 to 2568) |
| AS | 542 | 542 | 302 of Adam Shafi |
| AS | 543 | 544 | CBP Report of A.N. |
| AS | 545 | 546 | CBP Report of Adam Shafi |
| AS | 585 | 589 | EC of Adam Shafi on website |
| AS | 590 | 603 | EC of CLETS firearms for Adam Shafi (and others) |
| AS | 617 | 623 | Copies of Selected Adam Shafi Evidence |
| AS | 624 | 624 | Disk: Digital Evidence from Adam Shafi laptop and phone (e.g., Constants of Jihad from Apple Laptop, and photos such as Shaheed: Status Pending from Samsung Galaxy) |
| AS | 625 | 625 | 2 calls (See transcripts at PROT 2413 to 2568) |
| AS | 755 | 906 | Copies of Selected Adam Shafi Evidence |
| AS | 966 | 982 | Student Universe travel records for A.N. & S.K. |
| AS | 1048 | 1082 | Wells Fargo records for S.K. |
| AS | 1248 | 1292 | Records from A.S. phone |
| AS | 1325 | 1325 | AT&T Records for A.N. phone 520-665-1843 |
| AS | 2036 | 2037 | 302 of Adam Shafi's Brother |
| AS | 2038 | 2040 | 302 of Adam Shafi's Father |
| AS | 2054 | 2054 | 302 of A.N. |
| AS | 2066 | 2067 | 302 of British Airways |

| | | | |
|---|---|---|---|
| AS | 2090 | 2090 | 302 of United response |
| AS | 2133 | 2138 | Surveillance of Adam Shafi |
| AS | 2220 | 2226 | Surveillance of Adam Shafi |
| AS | 2227 | 2233 | Surveillance of Adam Shafi |
| AS | 2234 | 2238 | Surveillance of Adam Shafi |
| AS | 2239 | 2243 | Surveillance of A.N. |
| AS | 2244 | 2247 | Surveillance of A.N. |
| AS | 2248 | 2250 | Surveillance of Adam Shafi |
| AS | 2261 | 2269 | Surveillance of Adam Shafi |
| AS | 2270 | 2278 | Surveillance of Adam Shafi |
| AS | 2279 | 2283 | Surveillance of Adam Shafi |
| AS | 2284 | 2287 | Surveillance of Adam Shafi |
| AS | 2406 | 2407 | EC of Armin Harcevic visit |
| AS | 2408 | 2408 | Visitor Log for Armin Harcevic |
| AS | 2409 | 2409 | EC of Adam Shafi's Father & Brother Report at US Embassy in Cairo |
| AS | 2431 | 2528 | Bank of America records for Adam Shafi |
| AS | 2643 | 2720 | American Express records for Adam Shafi |
| AS | 2823 | 2826 | EC of Adam Shafi's Father's emails |
| AS | 2842 | 2850 | EC of online investigation |
| AS | 2896 | 2897 | 302 of A.N. |
| AS | 2939 | 2940 | EC of Royal Jordanian subpoena return |
| AS | 2941 | 2946 | Milpitas Shooting Range Records |
| AS | 2952 | 2964 | Surveillance of Adam Shafi |
| AS | 2985 | 2985 | Disk: Recording of Adam Shafi's Jail Visit of Harcevic |
| AS | 2992 | 2999 | Summary Translation: Adam Shafi Seized Items |
| AS | 3004 | 3004 | Disk: Recording of A.N. Jail Visit of Adam Shafi |
| AS | 3008 | 3008 | Disk: Recording of A.N. & S.K. Jail Visit of Adam Shafi, and Adam Shafi's subsequent visit with family |
| AS | 3092 | 3026 | Transcription: 5/21/2016 Jail Visit |
| AS | 3127 | 3155 | Transcription: 6/4/2016 Jail Visit |
| AS | 3156 | 3200 | Transcription: 10/2/2016 Jail Visit |
| AS | 3206 | 3208 | 302 of al-Nusrah Front Videos |
| AS | 3218 | 3218 | American Express records for Adam Shafi |
| AS | 3219 | 3228 | American Express records for Adam Shafi |
| AS | 3239 | 3240 | Email from Adam Shafi's Father |
| AS | 3256 | 3257 | Email from Adam Shafi's Father |
| AS | 3402 | 3430 | Transcript: Al-Jazeera Interview of the al-Nusrah Front Part I |
| AS | 3431 | 3455 | Transcript: Al-Jazeera Interview of the al-Nusrah Front Part II |
| AS | 3456 | 3462 | 302 of Adam Shafi's Viewing of the al-Nusrah Front Videos |
| AS | 3464 | 3469 | 302 of You Tube watch history for reflexatron |
| AS | 3500 | 3507 | 302 of You Tube search history for reflexatron |
| AS | 3508 | 3520 | 302 of reflexatron Google search history |
| AS | 3538 | 3538 | 302 of reflexatron You Tube search history (in Arabic) |
| AS | 3539 | 3544 | Translation: reflexatron You Tube search history (in Arabic) |
| AS | 3545 | 3545 | 302 of reflexatron Google search history (in Arabic) |
| AS | 3546 | 3566 | Translation: reflexatron Google search history (in Arabic) |
| AS | 3567 | 3568 | 302 of DExT Processing |
| AS | 3651 | 3652 | Lead Report from ALAT Simon Maher |
| AS | 3653 | 3657 | Client Worksheet and Info from Adam Shafi's Father |
| AS | 3662 | 3663 | Photo: Arabic Script above door in Adam Shafi's residence |
| AS | 4007 | 4020 | Photos from Search of A.N. vehicle |
| PROTECTED | 62 | 62 | Disk: SW records for A.N. email account (yahoo) |
| PROTECTED | 63 | 63 | Disk of Audio 1 (call at 6/8/2015) |

| | | | |
|---|---|---|---|
| PROTECTED | 73 | 73 | Disk of Audio 3 (calls at 1/3/2015, 2/15/2015, 3/11/2015) |
| PROTECTED | 87 | 91 | EC of Search of A.N. email account (yahoo) |
| PROTECTED | 97 | 97 | Disk: Evidence from search of A.N. phone |
| PROTECTED | 111 | 111 | 302 of Adam Shafi's Father |
| PROTECTED | 2413 | 2420 | Transcription of Call on 6/4/2015 |
| PROTECTED | 2421 | 2430 | Transcription of Call on 6/2/2015 |
| PROTECTED | 2431 | 2463 | Transcription of Call on 6/5/2015 |
| PROTECTED | 2464 | 2467 | Transcription of Call on 6/5/2015 |
| PROTECTED | 2468 | 2478 | Transcription of Call on 6/18/2015 |
| PROTECTED | 2479 | 2495 | Transcription of Call on 6/23/2015 |
| PROTECTED | 2496 | 2501 | Transcription of Call on 6/23/2015 |
| PROTECTED | 2502 | 2509 | Transcription of Call on 6/26/2015 |
| PROTECTED | 2510 | 2521 | Transcription of Call on 6/30/2015 |
| PROTECTED | 2522 | 2527 | Transcription of Call on 6/30/2015 |
| PROTECTED | 2528 | 2568 | Transcription of Call on 7/1/2015 |
| PROTECTED | 2681 | 2733 | Transcription of Call on 6/8/2015 |
| PROTECTED | 3855 | 3897 | Transcription: Recording of Harcevic/Shafi Visit |
| PROTECTED | 4270 | 4274 | Transcription of Call on 1/3/2015 |
| PROTECTED | 4397 | 4418 | Transcription of Call on 2/15/2015 |
| PROTECTED | 5269 | 5270 | TECS of Adam Shafi |
| PROTECTED | 5271 | 5271 | TECS of A.N. |
| PROTECTED | 5272 | 5272 | TECS of S.K. |
| PROTECTED | 5273 | 5278 | Reporting re Adam Shafi's Father |
| PROTECTED | 5294 | 5294 | Reporting re Adam Shafi's Father |
| PROTECTED | 5295 | 5295 | Reporting re Adam Shafi's Father |
| PROTECTED | 5296 | 5296 | Reporting re Adam Shafi's Father |
| PROTECTED | 5297 | 5302 | Reporting re Adam Shafi's Father |
| PROTECTED | 5303 | 5303 | Reporting re Adam Shafi's Father |
| PROTECTED | 5304 | 5304 | Reporting re Adam Shafi's Father |
| PROTECTED | 5305 | 5306 | Reporting re Adam Shafi's Father |
| PROTECTED | 5307 | 5318 | Reporting re Adam Shafi's Father |
| PROTECTED | 5323 | 5324 | Reporting re Adam Shafi's Father |
| PROTECTED | 5564 | 5564 | Disk: Evidence from SW Returns for Google accounts |
| PROTECTED | 5663 | 5668 | 302 of A.N. Brother |
| PROTECTED | 5669 | 5673 | 302 of A.N. Brother |
| PROTECTED | 5863 | 5867 | 302 of A.N. Brother |