ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
ELISE LAPUNZINA (NYBN 2540730)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Waqar.Hasib@usdoj.gov/ Elise.LaPunzina@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 15-0582-WHO |
| | ) |
|     Plaintiff, | ) UNITED STATES' EXHIBIT LIST |
| | ) |
|   v. | ) Pretrial Conference: Aug. 13, 2018 |
| | ) Time: 2:00 P.M. |
| ADAM SHAFI, | ) Court: Hon. William H. Orrick |
| | )       Courtroom: No. 2, 17th Floor |
|     Defendant. | ) |
| | ) |

    The United States hereby provides notice of its intent to offer into evidence or to use the

following exhibits, or the tangible items reflected therein, at the trial of the above-captioned case.  Some

exhibits will be used to refresh recollection or as past recollection recorded, or for similar purposes.

//

//

//

//

1          The government reserves the right to amend the list prior to and during trial as necessary.

2

3     Dated:  July 30, 2018                              Respectfully submitted,

4                                                        ALEX G. TSE
                                                         Acting United States Attorney
5

6                                                         /s/ *Elise LaPunzina*
                                                         S. WAQAR HASIB
7                                                        ELISE LAPUNZINA
                                                         Assistant United States Attorneys
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 1 | Audio call, 5103662789 2015-06-03 03-45-42  00063-001 | |
| 2 | Audio call, 5103662789 2015-06-05 04-10-33  00101-001 | |
| 3 | Audio call, 5103662789 2015-06-05 09-41-09 00102-001 | |
| 4 | Audio call, 5103662789 2015-06-08 18-31-30 00226-001 | |
| 5 | Audio call, 5103662789 2015-06-17 00-26-25 00497-001 | |
| 6 | Audio call, 5103662789 2015-06-18 04-37-28 00567-001 | |
| 7 | Audio call, 5103662789 2015-06-24 00-09-58 00872-001 | |
| 8 | Audio call, 5103662789 2015-06-24 00-49-55 00874-001 | |
| 9 | Audio call, 5103662789 2015-06-26 22-55-19 00977-001 | |
| 10 | Audio call, 5103662789 2015-07-01 03-42-24 01170-001 | |
| 11 | Audio call, 5103662789 2015-07-01 21-32-46 01189-001 | |
| 12 | Audio call, 5206651843 2015-02-15 06-13-46 01544-001 | |
| 13 | Audio call, 5206651843 2015-01-03 03-38-47 00362-001 | |
| 14 | Audio call, 5206651843 2015-03-11 01-55-07 02159-001 | |
| 15 | Audio call, 5206651843, 2015-07-01 04-05-30 05409-001 | |

UNITED STATES' EXHIBIT LIST
CR-15-0582-WHO

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 16 | Federal Register, Volume 79, No. 94, Thursday, May 15, 2014, In the Matter of the Designation of ANF as FTO | AS-03202 – AS-03204 |
| 17 | Transcript of audio call, 5103662789 2015-06-03 03-45-42  00063-001 | PROTECTED_002431 – PROTECTED_002463 |
| 18 | Transcript of audio call, 5103662789 2015-06-05 04-10-33  00101-001 | PROTECTED_002413 – PROTECTED_002420 |
| 19 | Transcript of audio call, 5103662789 2015-06-05 09-41-09 00102-001 | PROTECTED_005877 – PROTECTED_005909 |
| 20 | Transcript of audio call, 5103662789 2015-06-08 18-31-30 00226-001 | PROTECTED_006039 – PROTECTED_006091 |
| 21 | Transcript of audio call, 5103662789 2015-06-17 00-26-25 00497-001 | PROTECTED_005910 – PROTECTED_005913 |
| 22 | Transcript of audio call, 5103662789 2015-06-18 04-37-28 00567-001 | PROTECTED_005914 – PROTECTED_005924 |
| 23 | Transcript of audio call, 5103662789 2015-06-24 00-09-58 00872-001 | PROTECTED_005925 – PROTECTED_005941 |
| 24 | Transcript of audio call, 5103662789 2015-06-24 00-49-55 00874-001 | PROTECTED_005942 – PROTECTED_005947 |
| 25 | Transcript of audio call, 5103662789 2015-06-26 22-55-19 00977-001 | PROTECTED_005948 – PROTECTED_005955 |
| 26 | Transcript of audio call, 5103662789 2015-07-01 03-42-24 01170-001 | PROTECTED_005956 – PROTECTED_005967 |
| 27 | Transcript of audio call, 5103662789 2015-07-01 04-05 32 01180-001 | PROTECTED_005970 -  PROTECTED_005975 |
| 28 | Transcript of audio call, 5103662789 2015-07-01 21-32-46 01189-001 | PROTECTED_005976 – PROTECTED_006016 |
| 29 | Transcript of audio call, 5206651843 2015-02-15 06-13-46 01544-001 | PROTECTED_006092- PROTECTED_006113 |
| 30 | Transcript of audio call, 5206651843 2015-01-03 03-38-47 00362-001 | PROTECTED_006035 - PROTECTED_006038 |
| 31 | Transcript of audio call, 5206651843 2015-03-11 01-55-07 02159-001 | PROTECTED_006125 - PROTECTED_006129 |

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 32 | Transcript of Audio call, 5206651843, 2015-07-01 04-05-30 05409-001 | PROTECTED_002522 - PROTECTED_002527 |
| 33 | Summary exhibit: Arabic terms | PROTECTED_005969 |
| 34 | Google Subscriber and session information for reflextatron@gmail.com, 2014 | AS- 0420 – AS-00441 |
| 35 | Google Subscriber and session information for reflextatron@gmail.com, 2014 | AS-00527 – AS-00540 |
| 36 | Google records CD | PROTECTED_005564 |
| 37 | Google certificate of authenticity, reflexatron account records | AS-00417 – AS-00419 |
| 38 | Google and YouTube certificate of authenticity for multiple accounts, including browsing and watch histories, 8/7/17 | AS-04063 – AS-04073 |
| 39 | FBI 302 of Google search history, 11/2/17 | AS-03508- AS-03520 |
| 40 | FBI 302 of Google YouTube search history, 11/2/17 | AS-03500 – AS-03507 |
| 41 | FBI 302 of translation of Arabic Google searches conducted by reflexatron@gmail.com, 3/31/15 – 7/3/15 | AS-03545 – AS-03566 |
| 42 | T-Mobile cell phone records | AS-00457 – AS-00526 |
| 43 | T-Mobile CD, subscriber and file data records, June to Nov 2014 (excel format) | AS-00616 |
| 44 | Yahoo! A.N. records | PROTECTED_000062 |
| 45 | Yahoo! A.N. account certificate of authenticity, 12/14 | AS-04077 – AS-04078 |
| 46 | A.N. email note, 5/27/14 | AS-04119 |

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 47 | Shafi email to S.K. with back packing list, 7/13/2014 | PROTECTED_006131- PROTECTED_006132 |
| 48 | Second Shafi email to S.K. with back packing list, 7/13/2014 | PROTECTED_006133 |
| 49 | Shafi email to A.N. with back packing list, 8/2/2014 | PROTECTED_06138 – PROTECTED_03169 |
| 50 | Student Universe email to Shafi, A.N. and S.K., 8/9/2014 | PROTECTED_006134 – PROTECTED_006135 |
| 51 | CheapoAir flight receipt to Shafi, 8/15/2014 | PROTECTED_006136 – PROTECTED_006137 |
| 52 | American Citizen Services Unit, Client Worksheet, 8/17/2014 | AS-03653 – AS-03657 |
| 53 | FBI Report, U.S. Embassy Egypt Walk-in S. 8/9/2017 | AS-02409 – AS-02414 |
| 54 | FBI 302, Interview of Adam Shafi, 9/4/2014 | AS-00001 – AS-00002 |
| 55 | FBI 302, Interview of S.S., 9/4/2014 | AS-00003 – AS-00004 |
| 56 | FBI 302, Interview of A.N., purpose of travel to Turkey, 9/29/2014 | AS-00008 – AS-00009 |
| 57 | FBI 302, CBP Report of A.N. interview upon re-entry to U.S., 9/29/2014 | AS-00545– AS-00546 |
| 58 | Santa Clara County Sheriff's Office Inmate visitor log with A.H. | AS-02408 |
| 59 | FBI 302 of Adam Shafi at SFO, 4/1/2015 | AS-00153 – AS-00161 |
| 60 | FBI 302 of J.N, 6/30/2015 | AS-00162 – AS-00164 |
| 61 | FBI 302 of Shafi on date of arrest, 7/3/2015 | AS-00165 – AS-00167 |
| 62 | FBI 302, Interview of S. S., 7/3/2015 | AS-02038 – AS-02040 |

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 63 | FBI 302 of evidence seized at 560 Pilgrim Loop, Fremont, CA, 7/6/2015 | AS-00609 – AS-00613 |
| 64 | Pictures from search on car and residence, 7/3/15 | AS- 00026 – AS-00137, 140 |
| 65 | Evidence log, photo log, diagrams from search, 7/3/15 | AS-00141 – AS- 00152 |
| 66 | FBI 302 of translations of items found during Shafi search | AS-02992 – AS-02999 |
| 67 | FBI 302, Telephone Interview of FBI Linguist Marion L. Butros, 7/28/18 | AS-04081 |
| 68 | Royal Jordanian Records and certificate of authenticity, 4/18/2016 | AS-04074 – AS-04076 |
| 69 | Target Masters Receipts, 4/1/2015 | AS-02941 – AS-02944 |
| 70 | Transcript of Audio Transcription of Jail Visit Recording, (0:00 to 0:0020) (2:34:45 – 3:16:24), 5/21/2016 | AS-03092 – AS-03126 |
| 71 | Transcript of Audio Transcription of Jail Visit Recording (0:00:00 to 0:0020) (1:58 – 2:39:40), 6/4/2016 | AS-03127 – AS-03155 |
| 72 | Transcript of Audio Transcription of Jail Visit Recording (0:00:00 to 0:0020) (2:10:30 – 2:43:00), 10/2//2016 | AS-03156 – AS-03200 |
| 73 | Items in Shafi's possession at SFO, 6/30/2015 | AS-00617 – AS-00623 |
| 74 | CD, Digital Evidence Review (includes various photos) The Constants of Jihad Lecture (6 mp3 audios) and Samsung Galaxy Phone Records | AS-00624 |
| 75 | Bank of America Receipt showing $2400 cash withdrawal on 6/30/15 | AS-00757 |
| 76 | Handwritten notes from small memo pad | AS-00758 – AS-00759 |

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 77 | Small notepad – Arabic handwritten notes and translation | AS-00761 – AS-000762 |
| 78 | Large notebook – handwritten notes; small notebook – handwritten notes | AS-00785 – AS-00895 |
| 79 | Pictures of visa, passport, and passport photo | AS-00885 – AS-00902 |
| 80 | Wells Fargo Bank – S.K. bank records showing Turkey e-Visa purchases, Royal Jordanian ticket purchase and CheapoAir transaction | AS-01048 – AS-01082 |
| 81 | S.K. records and imaged phone, including call history and social media accounts | AS-01194 – AS-01242 |
| 82 | Shafi's Galaxy S4 data, including text messages | AS-01248 – AS-01292 |
| 83 | CD, A.N. iPhone records | PROTECTED_000097 |
| 84 | AT&T records (A.N.) | AS-01325 – AS-01639 |
| 85 | Bank of America checking account | AS-02431 – AS-02528 |
| 86 | Bank of America financial transaction on 1/10/14 | AS-02485 |
| 87 | Bank of America financial transactions on 10/20/14 | AS-02441 |
| 88 | Bank of America financial transaction on 6/2/15 | AS-02475 |
| 89 | Bank of America, affidavit of authenticity | AS-04062 |
| 90 | CD of A.H./Shafi jail call file, Santa Clara County Sheriff's Office | AS-02985 |
| 91 | Alameda County Sheriff's Office Visiting Report, 3/1/16 – 6/9/2016 | AS-03000 – AS-03003 |

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 92 | Alameda County Sheriff's Office Visiting Report, 6/1/2016 – 9/1/2016 | AS-03011 – AS-03014 |
| 93 | CD of Jail Files (Shafi) (510) 366-6091 (129); (510) 366-3090 (9), 3/3/16 to 6/2/16 | AS-03004 |
| 94 | Glenn Dyer Booth 5  10/2/16 CD; #1 A.N., 2:10 – 2:43; #2 Shafi Family 3:37 – 4:17 | AS-03008 |
| 95 | AMEX Records | AS-00185 – AS-00414 |
| 96 | AMEX transaction, 6/5/14 | AS- 00226 |
| 97 | AMEX transaction, 8/17/14 | AS-03219 |
| 98 | AMEX transaction, 10/23/14 | AS- 02652 |
| 99 | AMEX records | AS-02643 – AS-02720 |
| 100 | AMEX, certificate of authenticity, 12/14 | AS-04061 |
| 101 | AMEX, certificate of authenticity 7/15 | AS-02643 – AS-02720 |
| 102 | CART records of MacBook hard drive | AS-03258 – AS-03276 |
| 103 | FBI 302 of YouTube access history from laptop, 6/21/2017 | AS-03456 – AS-03462 |
| 104 | FBI 302 of reflexatron@gmail.com YouTube search history,  2012-2015 | AS-03500 – AS-03507 |
| 105 | FBI 302 of translation of Arabic YouTube Searches, 3/23/15 – 6/29/15 | AS-03538 – AS-03544 |
| 106 | FBI 302, forensic process of Apple Mac desktop, 1/12/18 | AS-03567 – AS-03568 |
| 107 | CD of Macbook Mirror image Forensic Review, 12/1/17, 1/28/18 | AS-03636 |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 108 | CD and index of Declassified Audio 1 CD | PROTECTED_000063 – PROTECTED_000069 |
| 109 | CD of Declassified Audio 2 | PROTECTED_000070 |
| 110 | CD and index of Declassified Audio 3 CD | PROTECTED_000073 – PROTECTED_000083 |
| 111 | Corrected Audio Index for CD 2 | PROTECTED_000084 – PROTECTED_000085 |
| 112 | Shafi-A.H. jail call transcript, 3/15/15 | PROTECTED_003855 – PROTECTED_003897 |
| 113 | Text message from A.S. to A.N., 5/31/15 | PROTECTED_006130 |
| 114 | Summary exhibit: map | AS-04079 |
| 115 | CD, Google YouTube Searches, 2014-2015 | AS-04082 |
| 116 | Translations of items found during search, 7/23/18 | AS-04108 – AS- 04118 |
| 117 | FBI 302 with analysis of Yahoo! A.N. records, 12/18/14 | PROTECTED_000087- PROTECTED_000091 |
| 118 | Summary exhibit: Shafi Timeline | AS-04083 – AS-04104 |
| 119 | Photos of writings in Shafi's bedroom on day of search | AS-03662 – AS-03663 |
| 120 | Shafi passport | |
| 121 | Item hanging in Shafi's room containing writings in Arabic | |
| 122 | Credit card receipt for tourism charge in Istanbul on 8/17/14 found during search | |
| 123 | Boarding pass for Royal Jordanian found during search | |

8

UNITED STATES' EXHIBIT LIST
CR-15-0582-WHO

GOVERNMENTS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---------|-------------|--------------|
| 124 | Email from Shafi to his father confirming ownership of reflexatron gmail account, 10/5/12 | PROTECTED_006140 |
| 125 | Translations of items found during search, 7/23/18 | AS –04105 – AS-04107 |
| 126 | FBI TICTU Certification, 7/18/18 | AS-04057 – AS-04060 |

9