STEVEN G. KALAR
Federal Public Defender
HANNI FAKHOURY
JEROME E. MATTHEWS
CARMEN A. SMARANDOIU
JULIANA C. DEVRIES
Assistant Federal Public Defenders
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Adam Shafi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant. | **Case No.:** CR 15-582-WHO<br><br>**DEFENDANT'S EXHIBIT LIST**<br><br>**Court:** Courtroom 2, 17th Floor<br>**Date:** August 13, 2018<br>**Time:** 2:00 p.m. |

Defendant Adam Shafi's respectfully submits the following exhibit list for trial. Mr. Shafi reserves the right to supplement this list as needed, and to offer additional evidence to rebut evidence offered in the government's case-in-chief.

DATED: July 30, 2018

STEVEN G. KALAR
Federal Public Defender

/s/
HANNI M. FAKHOURY
Assistant Federal Public Defender

# UNITED STATES v. ADAM SHAFI

CR 15-582-WHO

DEFENDANT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NOS. |
|---|---|---|
| 1000 | Photographs: Adam Shafi's Toyota Prius | FPD004457-4460 |