STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:       Hanni_Fakhoury@fd.org

Attorneys for Adam Shafi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant. | **Case No.:** CR 15–00582 WHO<br><br>**DECLARATION OF HANNI FAKHOURY IN SUPPORT OF DEFENDANT'S PRETRIAL CONFERENCE STATEMENT**<br><br>**Court:**  Courtroom 2, 17th Floor<br><br>**Hearing Date:**  August 13, 2018<br><br>**Hearing Time:**  2:00 p.m. |

I, Hanni Fakhoury, declare the following:

1. I am an attorney admitted to practice law in the state of California. I am employed as an Assistant Federal Public Defender in the Northern District of California in Oakland. I represent Adam Shafi in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of government's trial Exhibit 33. It will be filed under seal pursuant to the protective order issued in this case.

3. Attached hereto as Exhibit B is a true and correct copy of government's trial Exhibit

FAKHOURY DECL.
*SHAFI*, CR 15–00582 WHO

1

114.

4. Attached hereto as Exhibit C is a true and correct copy of a document produced in discovery by the government with Bates No. AS-04080.

5. Attached hereto as Exhibit D is a true and correct copy of government's trial Exhibit 118.

6. Attached hereto as Exhibit E is a true and correct copy of documents produced in discovery by the government with Bates Nos. AS-04121 and AS-04123.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced in discovery by the government with Bates No. AS-04122.

8. Attached hereto as Exhibit G is a true and correct copy of government's trial Exhibit 126.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2018, in Oakland, California.

_____

HANNI FAKHOURY

FAKHOURY DECL.
*SHAFI*, CR 15–00582 WHO