# EXHIBIT A

**[TO BE FILED UNDER SEAL]**

**EXHIBITS IN SUPPORT OF DEFENDANT ADAM SHAFI'S PRETRIAL CONFERENCE STATEMENT**

# EXHIBIT B

**EXHIBITS IN SUPPORT OF DEFENDANT ADAM SHAFI'S PRETRIAL CONFERENCE STATEMENT**



| ID | Location |
|----|----------|
| 1 | Urfa, Turkey |
| 2 | Gaziantep Airport, Turkey |
| 3 | Ar Raqqah, Syria |
| 4 | Jarabulus, Syria |
| 5 | Sharm El-Sheikh, Egypt |
| 6 | Cairo, Egypt |
| 7 | Istanbul, Turkey |
| 8 | Karkamis Sinir Kapisi, Turkey |
| 9 | Kobane, Syria |

AS-04079

Trial Exhibit 114-001

# EXHIBIT C

**EXHIBITS IN SUPPORT OF DEFENDANT ADAM SHAFI'S PRETRIAL CONFERENCE STATEMENT**

| Date | Description |
|---|---|
| 5/13/2014 | Adam Shafi searches five times for directions to Urfa via Google Maps |
| 7/9/2014 | Adam Shafi searches for 'Gaziantep Airport' on Google |
| 7/9/2014 | Adam Shafi searches for 'Urfa' on Google |
| 7/12/2014 | Adam Shafi searches for directions to Ar Raqqa via Google Maps |
| 7/12/2014 | Adam Shafi searches for directions to Jarabulus, Aleppo Governate, Syria Google Maps |
| 7/14/2014 | Shafi family travels to Sharm El-Sheikh |
| 8/9/2014 | Adam Shafi departs Sharm El-Sheikh without family for Cairo |
| 8/16/2014 | Adam Shafi departs Cairo for Istanbul and visits Hagia Sophia |
| 8/18/2014 | Adam Shafi returns back to Cairo from Istanbul |
| 8/20/2014 | Shafi Family Returns to the United States |
| 9/30/2014 and 10/2/2014 | Adam Shafi searches for 'Karkamis Sinir Kapisi', which is a Turkish border crossing station into Syria |
| 10/8/2014 | Adam Shafi searches for 'Kobani, Aleppo Governorate, Syria' via Google |
| 5/29/2015 | Adam Shafi searches for 'sfo to Istanbul' via Google |
| 5/31/2015 | Adam Shafi searches for 'Directions to Gaziantep, Turkey' on Google and Google Maps |
| 5/31/2015 | Adam Shafi searches for 'Istanbul, Turkey' and 'Directions to Istanbul' on Google and Google Maps |
| 6/30/2015 | Adam Shafi is stopped by the FBI during an atttempted flight to Istanbul, Turkey from SFO |

AS-04080

# EXHIBIT D

**EXHIBITS IN SUPPORT OF
DEFENDANT ADAM SHAFI'S
PRETRIAL CONFERENCE
STATEMENT**

| US v. Shafi Summary Timeline | |
|---|---|
| **Date** | **Action** |
| 1/7/2014 | YouTube searches: "al shabaab", "al qaeda", "al qaeda interview" |
| 1/10/2014 | Bank of America record: $100 donation to Islamic Relief |
| 1/24/2014 | YouTube searches: "oh mother of the martyr do not cry"; "the blood of the martyrs in on our neck" |
| 3/24/2014 | Donates $10 from Amex to Hidaya Foundation |
| 3/25/2014 | YouTube search: "what do I have to do before I die islam" |
| 4/5/2014 | YouTube searches: "anwar al awlaki the hereafter series" x2 |
| 4/6/2014 | YouTube search: "anwar al awlaki the hereafter series" |
| 4/18/2014 | YouTube searches: "hereafter series" x2 |
| 4/19/2014 | YouTube searches: hereafter series 7" x2 |
| 4/23/2014 | YouTube searches: "isis"; "isis syria" x2 |
| 4/24/2014 | Google searches: "anwar al awlaki lectures"; "anwar al awlaki lectures download free" |
| 4/25/2014 | YouTube searches: "amir alqaeda" x2; "zawahiri isis" x4 |
| 4/26/2014 | YouTube searches: "zawahiri isi"; "anwar al awlaki the hereafter series"; "anwar al awaki hit list" x2; "zawahiri interview" x2 |
| 4/27/2014 | YouTube searches: "zawahiri interview"; "jihad isis" |
| 5/10/2014 | Google searches: "herafter series download"; "jihad" |
| 5/11/2004 | Google search: "jiahd" |
| 5/12/2014 | YouTube searches: "join isis syria" x2 |
| 5/13/2014 | Google Maps searches: Directions to Urfa, Turkey x5 |
| 5/14/2014 | YouTube searches: "join isis syria"; "isis syria"; "suicide bombing isis" x2; "suicide bombing explained" |
| 5/14/2014 | DOS designates Al Nusrah Front as FTO in Syria |
| 6/5/2014 | Purchases Cairo plane ticket via Amex |

USvShafi CR15-0582WHO Timeline.xlsx

1

AS-04083

**Trial Exhibit 118-001**

| | |
|---|---|
| 6/13/2014 | YouTube search: "amwar al awlaki bidaa" |
| 6/14/2014 | Google search: "anwar al awlaki"<br>Accessed video: Anwar Al-Awlaki's 'Life of Mohammad' |
| 6/17/2014 | YouTube Searches: "isis" x6<br>Google search: "anwar al awlaki"<br>Accessed video through Google: Anwar Al-Awlaki's 'Life of Mohammad' |
| 6/28/2014 | YouTube searches: "nasheed abu bakr al baghdadi"; "isis chinesse mujihideen" |
| 6/30/2014 | Google searches: "anwar al awlaki lectures enjoy islami"; "anwar al awlaki lectures enjoy islam"<br>Accessed three videos/audio recordings of Anwar Al-Awlaki |
| 7/1/2014 | Google searches: "united airlines"; "egypt air"<br>Accessed both airlines webpages |
| 7/3/2014 | Spends $1078.42 at Apple Store in Walnut Creek |
| 7/9/2014 | Google searches: "Urfa, Turkey"; "van, Turkey"; "air port, Turkey"; "airport, Turkey"; "gaziantep airport turkey" |
| 7/11/2014 | YouTube searches: "syria"; "join isis syria" x2 via |
| 7/12/2014 | YouTube searches: "nasheed abu bakr al baghdadi"; "jihad nadheed isis"; "jihad nasheed isis"<br>Google searches: "Gaziantep Airport (GZT), Turkey"; "Directions to Gaziantep Airport, Turkey"; "Directions to Ar Raqqah, Syria"; "Directions to Jarabulus, Aleppo Governorate, Syria" |
| 7/18/2014 | S.K. purchases two e-Visas for Turkey using his Wells Fargo Checking account |
| 7/19/2014 | Forwards email booking confirmation from CheapoAir.com to A.N. (original email came from S.K.)<br>Subject line: "Shafi/Adam - Booking Receipt - Booking # 22743911."<br>Booked on 8/16/2014 flight from Cairo to Istanbul |
| 7/14/2014 | Travels to Egypt with parent and siblings, destination Cairo and Sharm El Sheikh |

AS-04084

**Trial Exhibit 118-002**

| 7/21/2014 | S.K. spends $353.39 at Royal Jordan Airlines (Shafi's ticket from Cairo to Istanbul) and two additional small transactions with CheapoAir.com |
|---|---|
| 7/28/2014 | Google searches: "Sinai Peninsula, Qesm Nwebaa, South Sinai, Egypt" |
| 8/9/2014 | Departs Sharm El Sheck without family for Cairo<br>Stated purpose to visit an uncle (who usually resides in Saudi Arabia) and grandparents |
| 8/11/2014 | Google search: "royal jordanian cairo office"<br>Accessed: http://www.yellowpages.com.eg/en/profile/Royal-Jordanian/72024 |
| 8/14/2014 | YouTube searches: "crossing syrian border illegally" x3; "getting to isis from turkey"; "crossing syrian border"; "crossing syrian turkish border" |
| 8/16/2014 | Departs Cairo hotel for flight to Istanbul<br>Meets A.N. in Turkey. Third friend, S.K., also had ticket from SFO to Istanbul (arriving 8/16/2014) but did not get on the plane |
| 8/16/2014 | A.N. travels separately - link up in Istanbul either on 8/16/2014 or 8/17/2014 |
| 8/16/2014 | Goes to Hagia Sophia (Blue Mosque) |
| 8/17/2014 | Texts brother R.S. about trip purpose (0800 AM): "tell Mom and Dad I'm going to protect Muslims." |
| 8/17/2014 | Arrives in Istanbul<br>Met by friend A.N. |
| 8/17/2014 | Purchases transportation in Istanbul via his American Express - $3294.78 |
| 8/17/2014 | S.S. makes initial report to Cairo Embassy |
| 8/18/2014 | A.N. returns to US and is interviewed by CBP at SFO |
| 8/18/2014 | Returns to Cairo |
| 8/20/2014 | Shafi family returns to US<br>Tells CBP that he and A.N. applied for electronic visas to Turkey in advance of Shafi's Egypt trip and planned to meet 8/16/2014<br>Said he lost his cell phone in Cairo, no mention of laptop being stolen |

AS-04085

**Trial Exhibit 118-003**

| | |
|---|---|
| 8/22/2014 | Google search: "how to format hard drive"<br>Accessed: 'http://lifehacker.com/how-to-erase-and-format-a-hard-drive-1525128357' |
| 9/13/2014 | YouTube searches: "isis" x2 |
| 9/20/2014 | Google searches: "Taliban" x2; "taliban territory map"; "taliban territory map 2014" |
| 9/30/2014 | Google search: "Turkey"<br>Google Map searches: "Karkamis Sinir Kapisi" (Turkish border crossing station on the Syrian border); "Ziraat Bankasa karkam Azubesi" (bank/finance facility in Karkamis, Turkey) |
| 9/30/2014 | Google Maps searches: "Turkey"; "Karkamis Sinir Kapisi"; "Ziraat BankasÄ±-karkamÄ±ÅŸ Åžubesi"<br>Accessed:<br>http://maps.google.com/maps?q=Karkamis+Sinir+Kapisi&ftid=0x153175eb1752632b:0x22695871f0227451 - map of a border crossing station in Turkey on the Syrian border and 'Ziraat BankasÄ±-karkamÄ±ÅŸ Åžubesi' - a bank/finance facility in Karkamis, Turkey |
| 10/1/2014 | Google search: "islamic state" |
| 10/8/2014 | Google search: "Kobani, Aleppo Governorate, Syria" |
| 10/16/2014 | Google search: "help syria" |
| 10/20/2014 | Sends $175.00 in two transactions to Islamic Relief via his Bank of America account |
| 10/23/2014 | Spends $1306.91 at Apple Store in Santa Clara, charged to his American Express card |
| 10/24/2014 | Google searches: "Ramadi, Al Anbar, Iraq" |
| 11/26/2014 | Google searches: "Ramadi, Iraq" |
| 12/9/2014 | Donates $20 to Islamic Center of Boboise via his American Express card |
| 12/17/2014 | Google searches: "how to cure cowardice"<br>Accessed: http://www.ummah.com/forum/showthread.php?214078-How-To-Overcome-Fear |
| 1/3/2015 | Texts A.N. asking for name of song they were listening to<br>A.N. replies "O, Our Sheikh al-Baghdadi" |

AS-04086

**Trial Exhibit 118-004**

| | |
|---|---|
| 1/5/2015 | Calls A.N.<br>A.N. asks Shafi if he just woke up or if it was his "jihadist voice". Shafi laughs. [NFI]. A.N. tells Shafi that he still needs to revise the [Arabic] alphabet. Shafi suggests that A.N. memorize the Throne verse [Quran; surah 2: Al Baqarah, verse: 255]. |
| 1/20/2015 | Google searches: "najran" x2; "yemen terretorial map"; "yemen territorial map 2014"<br>Accessed: http://en.wikipedia.org/wiki/Al-Qaeda_insurgency_in_Yemen ,<br>https://www.smartraveller.gov.au/zw-cgi/view/advice/Yemen?template=~map ,<br>http://en.wikipedia.org/wiki/Al-Qaeda_insurgency_in_Yemen ,<br>http://www.polgeonow.com/2012/09/yemen-conflict-map-september-2012-4.html ,<br>http://www.polgeonow.com/2013/05/somalia-war-map-al-shabaab-2013.html ,<br>http://en.wikipedia.org/wiki/Islamic_State_of_Iraq_and_the_Levant ,<br>http://www.polgeonow.com/2014/07/wto-new-member-2014-map.html ,<br>http://middleeastnewsservice.com/2015/01/15/paris-attacks-al-qaeda-in-yemen-terrorist-group-investigation/ |
| 1/25/2015 | Google search: "burlingame syria donate" |
| 1/26/2015 | Google searches: "Syria"; "syrian women"; "syrian mother" x2<br>Accessed: http://www.christianaid.org.uk/emergencies/current/gaza-middle-east-crisis-appeal/Eyewitness/syrian-refugee-mothers-in-lebanon.aspx ,<br>http://multiplyjustice.net/2012/05/12/syria-refugees-mothers-day/ ,<br>http://www.caritas.org.au/learn/emergency-response/syria-crisis ,<br>http://multiplyjustice.net/2012/05/12/syria-refugees-mothers-day/http://www.cbc.ca/news/world/turkey-accuses-syrian-regime-of-state-terrorism-1.1218897 ,<br>http://womennewsnetwork.net/2014/01/04/syria-protecting-women/ ,<br>http://blog.care.org.au/wishes-of-syrian-refugees-in-jordan-and-lebanon/ |
| 1/29/2015 | Google searches: "najran" x2; "yemen mountains"; "yemen desert"; "arab desert"; "yemen"<br>YouTube search: "istanbul airport" |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04087

**Trial Exhibit 118-005**

| | |
|---|---|
| 1/30/2015 | Google searches: "Tabuk"; "asir saudi arabia"; "taif saudi arabia" |
| 2/2/2015 | Google searches: "swat valley"; "Kashmir" |
| 2/5/2015 | Call to A.N.: A.N. asks Shafi if he wants to go on Umma over the summer, discuss logistics of trip, mentions 2014 Turkey trip<br>A.N.: "So I mean, we should make the plans though. If you want, just like we should like how we had when we went to, like, Turkey and stuff, we had like a decent plan going" |
| 2/6/2015 | Google search: "chechnya village" |
| 2/8/2015 | Google search: "village Somalia" |
| 2/15/2015 | Tells A.N. he might be able to go to Egypt in the summer and the two of them laugh about meeting up again like in Turkey |
| 2/15/2015 | Calls A.N. and A.N. continues to try to persuade Shafi to go on Umma over the summer, Shafi says his father has already made plans to take the family next December. Shafi  mentions he might be in Egypt with his family over the summer. Shafi relates story of local guy who got arrested for sending clothes to refugees in Syria: "I mean, Allah is gonna reward him greatly, I know, I know. I don't worry about that. He's like the smartest, Like I'm just pissed at kafr and stuff" |
| 2/22/2015 or 2/23/2015 | Tells A.N. that on 2/23 he will be going to the Santa Clara County Jail to meet a Bosnian prisoner being housed there |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04088

**Trial Exhibit 118-006**

| | |
|---|---|
| 2/27/2015 | Google searches: "refugee camps syria" x3<br>Accessed: http://www.telegraph.co.uk/news/worldnews/middleeast/syria/9821946/Syrian-girls-sold-into-forced-marriages.html , http://www.northcountrypublicradio.org/news/npr/161738496/as-numbers-swell-syrian-refugees-face-new-woes ,<br>http://www.telegraph.co.uk/news/worldnews/middleeast/syria/9609821/Turkeys-refugee-camps-full-to-capacity-with-Syrians-fleeing-bloodshed.html , http://galleryhip.com/syrian-refugee-camps-conditions.html , http://imgkid.com/syrian-refugee-camp.shtml ,<br>http://thelede.blogs.nytimes.com/2013/01/10/winter-brings-misery-to-syria-refugees/ ,<br>http://borgenproject.org/delivering-in-the-desert-syrian-births-in-refugee-camps/ ,<br>http://www.timesofisrael.com/the-israeli-volunteers-helping-syrias-traumatized-refugees/ ,<br>http://www.thetower.org/article/before-syria-is-lost-stop-and-think/ , http://quoteimg.com/syrian-refugees-at-the-king-abdullah-refugee-camp-for-syrian-refugees/ ,<br>http://www.cbsnews.com/news/winter-snow-storm-slams-syria-refugees/ ,<br>http://jafrianews.com/2013/04/16/syrian-refugee-women-murdered-raped-forced-to-marry-in-refugee-camps-in-jordan-turkey/ |
| 3/12/2015 | Google search: "armin harcevic"<br>http://wibx950.com/utica-man-charged-with-supporting-terrorists/ ,<br>http://fox2now.com/2015/02/06/three-st-louis-county-suspects-charged-with-supporting-isis-terrorists/ , http://www.dailystar.com.lb/Entity/People/2323411538/Armin-Harcevic.ashx?utm_source=Magnet&utm_medium=Entities%20widget&utm_campaign=Magnet%20tools |
| 3/12/2015 | Google searches: "tracy gun range"; "age limit for gun range ca"<br>Accessed: http://www.tracyrifleandpistol.com/ , http://www.yelp.com/biz/tracy-rifle-and-pistol-tracy , http://smartgunlaws.org/category/state-minimum-age-purchase-possess-guns/ |
| 3/13/2015 | Google searches: "am i on the no fly list"; "whay gets you on the no fly list" |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04089

Trial Exhibit 118-007

| 3/15/2015 | Visits A.H. in Santa Clara Country Detention Facility |
|---|---|
| 3/17/2015 | Google searches: "train from california to Alaska"; "Directions to Alaska"; "canad train routes"; "russia train route map" x3; "military vest"<br>Accessed: http://www.americabyrail.com/AllTours/Ultimate-Alaska-from-California-50.aspx , http://blogs.voanews.com/russia-watch/2012/04/28/join-russia-and-usa-by-rail-tunnels-under-the-bering-strait/ , http://www.guidetorussia.com/russian-railway-maps.asp , http://www.expresstorussia.com/russian_train_tickets.html , http://www.andrewgrantham.co.uk/afghanistan/tag/map/ , http://railturkey.org/2013/11/12/marmaray-connects-asia-europe/ , http://railturkey.org/2013/11/12/marmaray-connects-asia-europe/ , http://premium.aliexpress.com/us/item/2015-Free-shipping-New-SWAT-Black-Army-CS-Tactical-Vest-Military/2019853999.html?af=ppc&isdl=y&src=Google&albch=Google |
| 3/18/2015 | Google search: "Turaif, Northern Borders Province, Saudi Arabia" |
| 3/20/2015 | Google search: "Sinai" |
| 3/23/2015 | YouTube search: Arabic language<br>Translated search term: The Life of Sa'id Bin Mu'aadh |
| 3/24/2015 | YouTube search: Arabic language<br>Translated search term: The Life of Sa'id Bin Mu'aadh |
| 3/24/2015 | Searches: "mipitas gun range"; "hunting rifles"<br>Accessed: http://www.yelp.com/biz/target-masters-milpitas , http://www.basspro.com/Rifles/_/S-12400001001 |
| 3/25/2015 | YouTube search: "Arabic language"<br>Translated search term: Sahih al-Bukhari |
| 3/26/2015 | Google search: "i am immune from those who live amongst the mushrikeen" |

AS-04090

**Trial Exhibit 118-008**

| | |
|---|---|
| 3/26/2015 | Texts A.N. spiritual guidance<br>Shafi: "The Prophet PBUH (Arabic calligraphy) said he has nothing to do with those who live amongst kufar." |
| 3/31/2015 | Google search: Arabic language<br>Search terms: Gabriel came to the prophet , prayers upon him, at an hour when no one would come to him ; his color was different, so the prophet, prayers upon him, said to him-- ; How can you know about hell and not ask how to be spared it. ; About Gabriel, greetings upon him. ; Hadiths about Gabriel, greetings upon him. ; Love who you wish to, for you will leave him. |
| 4/1/2015 | Goes to shooting range with A.N. in Milpitas |
| 4/5/2015 | Google searches: Arabic language<br>Search terms: Hadith about migration for God's cause x2 |
| 4/7/2015 | Google search: Arabic language<br>Translated search term: Repentance |
| 4/9/2015 | Google searches: Arabic language<br>Search terms: The support for:  What is sinful? ; Support for: Sinful. ; Explanation of hadiths. x2 ; The majority of people in Paradise are the [IL] ; If a prayer is performed, there are no prayers but those that are obligatory. |
| 4/10/2015 | Google search: Arabic language<br>Search terms: We are a people that God has cherished. |
| 4/11/2015 | Google search: Arabic language<br>Search terms: The supreme hand is best and most loved. ; [IL] who comes to God with a heart-- ; Hadith about photography. |
| 4/12/2015 | Google search: Arabic language<br>Search terms: The intent in poverty and wealth. ; If you love God-- |
| 4/13/2015 | Google search: Arabic language<br>Search terms: Parents' approval in marriage |

AS-04091

**Trial Exhibit 118-009**

| | |
|---|---|
| 4/14/2015 | Google searches: Arabic language<br>Search terms: He is the one who extracted you from the bellies English. ; He is the one who extracted you from the bellies-- ; [IL] approval. |
| 4/15/2015 | Google searches: Arabic language<br>Translated search term: Al-Safat; Mahir al-Mu'ayqly. ; Fear God. ; I Know My Way. |
| 4/16/2015 | Google search: Arabic language<br>Translated search term: Death rather than humiliation. |
| 4/16/2015 | Texts S.K.<br>Shafi: "Is not that I dont wsnt get married its that I want to go a million times mor." |
| 4/17/2015 | Google searches: Arabic language<br>Search terms: The ablution performed if you eat what has touched fire. ; [IL], if you eat what has touched fire. ; The ruling on the owner of a company who orders me to do what is sinful. |
| 4/18/2015 | Google search: Arabic language<br>Search terms: If your parents and children are-- |
| 4/18/2015 | Google search: "ak 47" |
| 4/18/2015 | Texts with A.N. about "Turkey thing" with S.A. |
| 4/18/2015 | Texts with S.A. about mother's blessing to die a martyr and not being allowed to live with the kufar |
| 4/18/2015 | Text with S.A. about "joining the right group" [in Syria] |
| 4/19/2015 | Google searches: Arabic language<br>Search terms: If you parents and children are-- ; God purchased from believers-- ; O, ye who believe, why, if you are told to mobilize-- ; O, ye who believe-- |
| 4/19/2015 | Texts A.N. he had dream Anwar al-Aulaqi gave him "specific orders" |
| 4/22/2015 | Google searches: Arabic language<br>Search terms: I hurried to You, my Lord, so that You would be pleased. X2 |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04092

**Trial Exhibit 118-010**

| | |
|---|---|
| 4/23/2015 | Google searches: Arabic language<br>Search terms: I hurried to You, my Lord, so that You would be pleased. x2 |
| 4/23/2015 | Google search: Arabic language<br>Translated search term: Anthem |
| 4/25/2015 | YouTube searches: "how to cross borders illegally"; "cross saudi borders illegally" x2; "turkish border crossing" x3 |
| 4/26/2015 | Google search: Arabic language<br>Search terms: The hatefulness of speech after the final pray of the night. |
| 4/27/2015 | Google search: Arabic language<br>Search terms: No one knows. |
| 4/24/2015 | Google search: Arabic language<br>Translated search term: The religious duties of Islam. |
| 4/28/2015 | Google search: Arabic language<br>Translated search term: The hymn for praising God |
| 4/28/2015 | YouTube search: Arabic language<br>Translated search term: The hymn for praising God |
| 4/28/2015 | Google search: "flight to Egypt"<br>Accessed: Visited http://m.cheapflights.com/cheapflights/a/egypt/ |
| 4/26/2015 | Texts S.A. about dream with Anwar alAwalaki |
| 4/29/2015 | Google search: Arabic language<br>Search terms: No one among you should despise himself; No one among you should prohibit people's prestige; People are fearful of his speaking the truth. X2 |
| 4/30/2015 | Google searches: Arabic language<br>Search terms: Protection tax. x2; Aljazeera x2; They hated what God ordained. x2; Or your right-hand possessions; Except for their spouses and their right-hand possessions. |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04093

**Trial Exhibit 118-011**

| | |
|---|---|
| 4/29/2015 | YouTube search: Arabic language<br>Translated search term: The hymn for praising God |
| 5/1/2015 | Google searches: Arabic language<br>Search terms: Definition of al-kabir x2; Fakhr-al-Din al-Razi. |
| 5/2/2015 | Google searches: "countries which require a visa" x2; "which countries require a visa for us citizens";<br>"flight to Germany"<br>Accessed: http://en.m.wikipedia.org/wiki/Visa_requirements_for_United_States_citizens ,<br>http://www.tripadvisor.com/Flights-g187275-Germany-Cheap_Discount_Airfares.html ,<br>http://m.cheapflights.com/cheapflights/a/germany/ |
| 5/2/2015 | Google searches: Arabic language<br>Search terms:  Fakhr-al-Din al-Razi. X2 |
| 5/2/2015 | YouTube search: Arabic language<br>Translated search term: The anthem for safety. |
| 5/3/2015 | YouTube search: Arabic language<br>Translated search term: O people of Syria. ; The anthem for safety. |
| 5/4/2015 | Google searches: Arabic language<br>Search terms:  Praying in the middle of the night. ; Hadith on taboos. ; "Invitation and intimidation". ; Sheikh Ib-Hayyan's father extracted it from "Reward" as well as "Invitation and Intimidation." (1/217/22) ; Praying in a battlefield counts as a thousand 1000 prayers. x7 ; Praying in my mosque counts as ten thousand. ; Praying in this mosque of mine counts as-- ; Prostrating once in a battlefield-- ; Prostration in the Great Mosque of Mecca, Al-Nabawi Mosque and in a battlefield-- ; Praying in the Great Mosque of Mecca is equal to one hundred thousand prayers. |
| 5/5/2015 | Google searches: Arabic language<br>Search terms:  [IL] Al-Khayyat hadith. ; After I am gone you will see marks-- |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04094

**Trial Exhibit 118-012**

| | |
|---|---|
| 5/5/2015 | YouTube search: Arabic language<br>Translated search term: Visited |
| 5/6/2015 | Google search: Arabic language<br>Search terms:  Baha'I ; Al-Anbiya' chapter, 16. x2 |
| 5/9/2015 | Google search: Arabic language<br>Search terms:  Anyone who lives in the desert will experience its harshness. |
| 5/10/2015 | Google searches: Arabic language<br>Search terms:  Hadith about being covered during prayer. ; He does not blame the blamer's reproach [sic]. (three times) ; We will obey you in some matter [sic]. ; God's word is supreme. (four times) ; Banner (four times) ; And they are still fighting you. (three times) ; Killing Muslims. ; In God, they do not fear the blamer's reproach. (twice) ; He does not blame the blamer's reproach [sic]. |
| 5/10/2015 | Google searches: "killing muslims"; "brotherhood meeting Israel"; "cost of living in yemen"<br>Viewed images from https://mdanishtaha.wordpress.com/2012/01/10/christian-killing-innocent-muslim-child/ , http://unitedwithisrael.org/us-seen-in-middle-east-as-ally-of-terrorists/ , Visited http://www.numbeo.com/cost-of-living/country_result.jsp?country=Yemen |
| 5/11/2015 | Google searches: Arabic language<br>Search terms:  Hadith relating to the completion of prayer. ; Hadith about filling in a gap at prayer. ; Hadith about leveling rows at prayers. |
| 5/13/2015 | Google search: "flight to Egypt"<br>Accessed: http://m.cheapflights.com/cheapflights/a/egypt/ |
| 5/14/2015 | Google searches: Arabic language<br>Search terms:  If a prayer is performed; there is no prayer other than one that has been ordained. x9 ; There is no prayer other than one that has been ordained. x5 ; Discontented and [IL]. ; Al-Mumtahanah. |

USvShafi CR15-0582WHO Timeline.xlsx

13

AS-04095

**Trial Exhibit 118-013**

| 5/14/2015 | Texts regarding call to jihad |
|---|---|
| 5/15/2015 | Google searches: Arabic language<br>Search terms:  Al-Fath chapter. ; Al 'Umran, 118. ; Al 'Umran. ; The loyalty and disavowal hadith. x2 ; Loyalty and disavowal. |
| 5/15/2015 | YouTube searches: Arabic language<br>Translated search term: Karbala. ; Surat al-Jathiyah. |
| 5/16/2015 | State Department public notice of the continuing status of ANF as an active terrorist organization which poses a significant risk of committing acts of terrorism that threaten the security of US nationals or national security, foreign policy, or the economy of the United States |
| 5/18/2015 | Google search: Arabic language<br>Search terms:  No Muslim who has two Muslim parents-- |
| 5/19/2015 | Google searches: Arabic language<br>Search terms:  And mention God. X2 |
| 5/21/2015 | Google searches: Arabic language<br>Search terms:  The hadith on how to greet at a mosque. ; The hadith on [IL] at a mosque. |
| 5/23/2015 | Google searches: Arabic language<br>Search terms:  Definition of Miqdad. ; Whoever fills a gap in a row, God will lift him through it to a higher degree, or will build a house for him in Paradise. |
| 5/24/2015 | Google search: Arabic language<br>Search terms:  The Quran should not be neglected unless-- |
| 5/25/2015 | Google searches: Arabic language<br>Search terms:  The reasons for non-belief. x4 ; Things that would get you to leave Islam. X2 |
| 5/25/2015 | YouTube searches: Arabic language<br>Translated search term: The Takfiris. ; Reasons for apostasy  ; Takfir |

AS-04096

**Trial Exhibit 118-014**

| | |
|---|---|
| 5/26/2015 | Google search: Arabic language<br>Search terms:  The Quran should not be neglected unless-- |
| 5/28/2015 | Google searches: Arabic language<br>Search terms:  Fighting has come now; now. ; Definition of "his home." ; Definition of "home of believers in Syria." x2 ; What is the definition of "No [IL] of their fire"? ; There was no prophet before me who did not have to show his nation the good he is doing for them. ; What is the definition of "No [IL] their fire"? ; There was no prophet before me who did not have to show his nation the good he is doing for them. ; After I am gone you will see marks and things you will deny. |
| 5/29/2015 | Google searches: Arabic language<br>Search terms:  Definition of Kharijites. ; The dogs, the residents of hellfire. ; Takfir x2 |
| 5/29/2015 | YouTube searches: "mujahideen myanmar" |
| 5/29/2015 | Google search: "sfo to Istanbul"<br>Accessed: http://www.kayak.com/flight-routes/United-States-US0/Istanbul-Ataturk-other-airports-IST |
| 5/31/2015 | Texts A.N. that the Patriot Act is expiring in six hours |
| 5/31/2015 | Google and Google Maps searches: "Ä°stanbul, Turkey"; "Directions to Ä°stanbul, Turkey"; "Directions to Gaziantep, Turkey" |
| 5/31/2015 | YouTube search: Arabic language<br>Translated search term: Immigration. |
| 6/1/2015 | Google searches: Arabic language<br>Search terms:  "Anyone who does not sing the praises of the Quran is not one of us." Others are increased, and preparations are made in him. ; Singing the Quran. |
| 6/2/2015 | Google searches: "ssss"; "san jose to sacramento"; "san jose to sacramento flight"<br>Accessed: http://en.m.wikipedia.org/wiki/Secondary_Security_Screening_Selection x2 |

AS-04097

**Trial Exhibit 118-015**

| | |
|---|---|
| 6/2/2015 | Google searches: Arabic language<br>Search terms:  Silence x3 ; He is silent even if he speaks. x4 ; Maskanyar x6 |
| 6/2/2015 | YouTube searches: Arabic language<br>Translated search term: O Lord, I cried tears of blood. ; Silent if he Talks. |
| 6/2/2015 | YouTube video accessed: "A song of my God, I cried for them, Nasser al-Saeed, painful and weeping" |
| 6/2/2015 | Pays $100 in two transactions to Islamic Relief via Bank of America |
| 6/3/2015 | YouTube video accessed: Vice News documentary on ISIS and the UK's fight against ISIS |
| 6/4/2015 | Google and Google Maps searches: "Mexicali, Mexico"; "airport"; "Puerto Peñasco International Airport, Puerto Peñasco, Mexico"; "Puerto Peñasco International Airport" |
| 6/5/2015 | Calls S.K. RE: travelling to join ANF |
| 6/5/2015 | Calls S.K. describing love for ANF amir, plans to join ANF |
| 6/5/2015 | Google search: Arabic language<br>Search terms:  A Caliphate using the prophet's methodology. |
| 6/5/2015 | YouTube search: Arabic language<br>Translated search term: Special Interview with the emir of Jabhat al-Nusra |
| 6/9/2015 | Google search: Arabic language<br>Search terms:  They are of them. |
| 6/8/2015 | YouTube search: Arabic language<br>Translated search term: Anthem |
| 6/8/2015 | Calls S.K. to discuss his desire to go to the 'desert over there,'  plans to travel to LA to test 'No Fly Status,' and how to conduct a revolution |
| 6/8/2015 | Accesses YouTube video: Contains images of black flag of ISIS and mujahideen fighters; watched another video of fighters and martyrs |
| 6/9/2015 | Accesses YouTube video: "Investigations of Al Jazeera informats of Al Qadea"; Al Jazeera video report on fighting in Sinai via YouTube |

AS-04098

**Trial Exhibit 118-016**

| 6/9/2015 | Google searches: Arabic language<br>Search terms:  Subversion and bloody fights. ; Subversion |
|---|---|
| 6/9/2015 | YouTube searches: Arabic language<br>Translated search terms: Al-Jazira. ; The road is no longer prohibited. Note from FBI Linguist: This is a pro ISIS anthem that is found on YouTube |
| 6/16/2015 | Calls S.K. discussing desire to commit violence<br>Shafi replied, "I don't know...  I don't have any blood in my books. I just hope Allah doesn't take my soul until I have at least, like, a couple gallons of blood that I've spilled for him. At least, something like that... I just really hope so. How can I meet Allah when my face has no scars on it... I'm just so scared of that. Know what I mean?" |
| 6/10/2015 | Google searches: Arabic language<br>Search terms: Muhammad chapter. ; Subversion and bloody fights. |
| 6/10/2015 | YouTube searches: Arabic language<br>Translated search terms: Battles and seditions.; Al-Jazira. |
| 6/11/2015 | Google search: Arabic language<br>Search terms: Muhammad Rif'at. |
| 6/11/2015 | YouTube searches: Arabic language<br>Translated search terms: Muhammad Rif'at. ; Die a martyr if you will. ; Battles and seditions. |
| 6/11/2015 | Accesses YouTube videos: Fighting in Syria with music; montage of Islamic fighters; video clips of Palestinians suffering |
| 6/12/2015 | Accesses YouTube videos: Four different news reports on the anti Islam rally in Phoenix, Arizona that was held on 5/29/2015 |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04099

**Trial Exhibit 118-017**

| | |
|---|---|
| 6/13/2015 | Accesses YouTube video: S.N.N. (Shaam News Network) on the destruction of a medical center in Aleppo on 6/4/2015; SNN video of a mortar attack on Assad forces near Idlib, Syria on 5/13/2015; SNN video on artillery firing near Aleppo on Assad forces; SNN video of artillery firing near Idlib on Assad forces; SNN video interview of rebels near Idlib; SNN video of immigrants crossing the Turkey-Syria border; "Soldiers of Allah" that describes being a soldier and martyr for the faith and "the day of martyrship is a glorious day" |
| 6/14/2015 | Views three images from 'http://targmat.com/the-legal-foundations-of-the-islamic-state.html' |
| 6/14/2015 | Accesses YouTube video: Interview of a fighter/soldier who mentions mujahideen, ISIS, and Iraq |
| 6/14/2015 | Google searches: Arabic language<br>Search terms: The Islamic State. x4 ; The sign of monotheism. X4 |
| 6/14/2015 | YouTube searches: Arabic language<br>Translated search terms: Who supports us today? ; Signs of the Kharijites. ; What do we do today? |
| 6/15/2015 | YouTube searches: Arabic language<br>Translated search terms: Tal Abyad ; Al-Arabi. Notes from FBI Linguist:  Also known as Tell Abyad, which is a town in Syria in the governorate of Raqqa |
| 6/15/2015 | Google search: Arabic language<br>Search terms: Ninety-nine mercies. ; On a day when there is no shadow but His shadow. |
| 6/15/2015 | Accesses YouTube videos: Fighters conducting a dismounted patrol near the Euphrates River and White Hill; Kurdish units fighting ISIS in Syria; news report on syrian refugees crossing border into Turkey; Clip of bombings and mujahideen; "letter to brothers in Syria" |
| 6/16/2015 | Google search: Arabic language<br>Search terms: Those who do not care about Muslims. |

AS-04100

**Trial Exhibit 118-018**

| | |
|---|---|
| 6/17/2015 | Google search: Arabic language<br>Search terms: Eating it is sinful; drinking it is sinful; wearing it is sinful.  It was nourished by what is sinful; how could that be answered? ; His money is sinful; his clothing is sinful; his food is sinful. ; For creation that does not commit faults, so that He can forgive them. |
| 6/18/2015 | Google searches: Arabic language<br>Search terms: They fight jihad for God's cause and do not fear the reproach of any blamer. ; They fight jihad for God's cause with their possessions and their lives. |
| 6/18/2015 | Calls S.K. and expresses jealousy at news of an acquaintance's cousin who was killed fighting in Syria |
| 6/18/2015 | YouTube search: Arabic language<br>Translated search terms: Verses on Fasting; Mahir al-Mu'ayqly. ; Fasting Is Your Duty, Mahir. ; Fasting Is Your Duty. |
| 6/19/2015 | Accesses YouTube video: "massacre of Muslim children by Myanmar buddhists 2013 March 21" |
| 6/20/2015 | Accesses YouTube video: "Burma Muslims - Most Persecuted Communities in the World" x2 |
| 6/20/2015 | YouTube searches: "burma" x9 |
| 6/20/2015 | Google searches: Arabic language<br>Search terms: Al-Mahdiyah, Abu-al-Matamir Center, Al-Buhairah, Egypt. ; Al-Mahdiyah. ; Al-Mahdiyah village x2. "They fight jihad for God's cause with their possessions and their lives" and "They fight jihad for God's cause and do not fear the reproach of any blamer" |
| 6/20/2015 | Texts S.K. and expresses desire to be in jail like A.H. |
| 6/20/2015 | Google searches: "SitvÄ—, Rakhine, Republic of the Union of Myanmar" |
| 6/21/2015 | Google searches: Arabic language<br>Search terms: God does not forbid you from those who did not fight you. X2 |
| 6/21/2015 | YouTube searches: Arabic language<br>Translated search terms: Najran ; Najaf |

AS-04101

**Trial Exhibit 118-019**

| | |
|---|---|
| 6/23/2015 | Calls S.K. and relates fantasy of seizing Egypt, fomenting an armed rebellion, and bombing Israel; discuss idea of going to Burma instead to help avenge Rohingya |
| 6/24/2015 | Google search: Arabic language<br>Search terms: They are being cauterized. ; The definition of "they are being cauterized." |
| 6/24/2015 | YouTube search: Arabic language<br>Translated search terms: The Islamic State |
| 6/24/2015 | Accesses YouTube video: BBC news report "Face to Face with Islamic State"; Vice News Daily "Thousands of Syrian Refugees Return Home from Turkey" |
| 6/25/2015 | Google searches: "terretorial map of Sinai"; "territorial map of Sinai" x2;  tribal map of madian,  tribal map of madina<br>Viewed image from http://allfaith.com/questions/sinai.html ,<br>http://www.allsinai.info/sites/map.htm , http://www.gilai.com/product_50/Geological-Map-of-the-Sinai-Peninsula-by-John-Murray-1883. |
| 6/25/2015 | Google searches: Arabic language<br>Search terms: Al-Malik chapter. ; Did Gabriel put dirt in Pharaoh's mouth? |
| 6/25/2015 | YouTube searches: Arabic language<br>Translated search terms: The Islamic State Anthem, Homeland ; The Islamic State Anthem. Searches terms five times |
| 6/25/2015 | Accesses YouTube montage videos: "Sad Hymn for heroes of Syria" x2; anti-Jewish images (including burning Star of David with bullet holes) x2 |
| 6/26/2015 | Calls S.K. (A.N. also present) to discuss financial resources for traveling, discuss plan to go in August right after S.K.'s wedding |
| 6/27/2015 | YouTube search: Arabic language<br>Translated search terms: Jihadists in Burma, Burma |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04102

**Trial Exhibit 118-020**

| | |
|---|---|
| 6/27/2015 | Accesses YouTube videos: Al Jazeera report on eradication of Muslims in Burma; Mujaheddin fighters murder soldier in Burma (graphic); watches muslim fighters video where they announce jihad against Burmese government |
| 6/30/2015 | Google searches: Arabic language<br>Search terms: God's commodity is expensive. ; An explanation of, "God's commodity is expensive." |
| 6/29/2015 | Google search: Arabic language<br>Search terms: Group |
| 6/29/2015 | YouTube search: Arabic language<br>Translated search terms: Moses' people are 70 men, Seventy men to meet us, Rahat7 |
| 6/30/2015 | Google search: Arabic language<br>Search terms: God's commodity is expensive. ; An explanation of, "God's commodity is expensive." |
| 6/30/2015 | Attempts to fly out of SFO to Istanbul - is stopped; interviewed by FBI agents in SFO terminal |
| 6/30/2015 | Calls brother I.S. regarding decision to go and whether his parents had called the airport to tell them not to allow Shafi to board plane. |
| 6/30/2015 | Calls brother I.S. - I.S. tells Shafi he could commit act of domestic terrorism instead if he can't leave US, or Shafi should wait and try again in October |
| 6/30/2015 | Calls A.N. about 'divine sign' to go and destination plans |
| 7/1/2015 | Calls S.K. to tell him he tried to go to Turkey and was stopped by the FBI; S.K. says he will not tell Shafi when he (S.K.) goes |
| 7/1/2015 | Google search: Arabic language<br>Search terms: Hadiths from the hajira. |
| 7/2/2015 | Google searches: Arabic language<br>Search terms: Love what you wish to. x2 ; A complaint lowers a sin. ; The life of the Companion, Sheikh Muhammad Yusuf Al-Kandhalwi x2 |

AS-04103

**Trial Exhibit 118-021**

| | |
|---|---|
| 7/3/2015 | Google searches: Arabic language<br>Search terms: Doing what is good, out of fear of committing a sin. X3 |
| 7/3/2015 | Google searches: "turkish airlines" x2<br>Accessed: https://m.turkishairlines.com/ |
| 7/3/2015 | Arrested by FBI at his home at 560 Pilgrim Lane, and his home and vehicle are searched |

USvShafi CR15-0582WHO Timeline.xlsx

AS-04104

**Trial Exhibit 118-022**

# EXHIBIT E

**EXHIBITS IN SUPPORT OF DEFENDANT ADAM SHAFI'S PRETRIAL CONFERENCE STATEMENT**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is ___BRANDI  MACIAS, S/T 448___
(name of declarant)

I am a United States citizen, and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by Assistant U.S. Attorney Candace Kelly, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-3-18___.

_____
(signature of declarant)

___BRANDI  MACIAS, S/T 448___
(name of declarant)

___ALAMEDA  COUNTY SHERIFF'S OFFICE___
(name of business/firm)

___550 6TH STREET___
(business address)

___OAKLAND, CA. 94607___

AS-04121

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is ___David Hohl   S/T 479___.
<span style="display:block">(name of declarant)</span>

I am a United States citizen, and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by Assistant U.S. Attorney Candace Kelly, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/2/2018___.

_____
(signature of declarant)

___David  Hohl   S/T.479___
(name of declarant)

___ACSO  Glenn Dyer Detention___
(name of business/firm)

___550  6TH  Street___
(business address)

___Oakland, CA 94607___

AS-04123

# EXHIBIT F

**EXHIBITS IN SUPPORT OF DEFENDANT ADAM SHAFI'S PRETRIAL CONFERENCE STATEMENT**

1639762  SOD



National Court Order Compliance

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

DECLARATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

My name is Sophia Delva.  I am over the age of 18 and qualified to process this affidavit.  I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T.  I have been employed by AT&T since October 26, 2004.  Attached to this Declaration are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (520) 665-1843

IP Address(es):

Pursuant to 28 U.S.C. Sec.1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 5, 2014

*Sophia Delva*

Sophia Delva,
Compliance Security Analyst

AS-04122

# EXHIBIT G

**EXHIBITS IN SUPPORT OF DEFENDANT ADAM SHAFI'S PRETRIAL CONFERENCE STATEMENT**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>        v.<br>ADAM SHAFI,<br>              Defendant. | NO. 3:15-CR-582 WHO<br><br>CERTIFICATION IN SUPPORT OF<br>AUTHENTICITY OF BUSINESS RECORDS<br>AND OTHER EVIDENCE |

Jamaal C. King, being duly sworn, based on information and belief, deposes and states:

1. I am a Supervisory Special Agent (SSA) with the Federal Bureau of Investigation (FBI), currently serving within the Telecommunications Intercept & Collection Technology Unit (TICTU), Operational Technology Division (OTD) in Quantico, Virginia. The TICTU is responsible for the development, deployment, and support of lawfully authorized wireline and wireless electronic surveillance capabilities. I hold a Master of Science in Information Systems and a Bachelor of Science in Computer Science, both from the University of Maryland Baltimore County.

2. I am filing this certification to satisfy Federal Rules of Evidence 902(11) and 902(14).

3. The authorized surveillance in this case includes those collections performed through the assistance of a wireless telecommunications service provider (Provider) pursuant to the Communications Assistance for Law Enforcement Act (CALEA)[1]. CALEA requires providers to have the ability to perform electronic surveillance pursuant to a court order or other lawful authorization. Under the CALEA model, the provider performs the authorized intercept while providing the communication to law enforcement for collection.

4. The FBI receives the authorized intercept from the provider over two separate channels. The Call Content Channel (CCC) delivers the audio related to an authorized phone call. The

---

[1] 47 U.S.C. §§1001-1010 (1994).

Trial Exhibit 126-001

Call Data Channel (CDC) delivers the Pen Register and Trap and Trace data related to the authorized calls as well as other forms of data, such as Short Message Service (SMS) communications. The CCC and CDC are both received within the FBI's telephony collection system which is run and managed by the TICTU. The collection systems are physically located in areas within FBI field offices known as Central Monitoring Plants (CMPs). Access to CMPs is restricted to technical personnel who locally maintain the collection systems. Users of the collection system (also known as monitors) are granted access to review information in the collection system by technical personnel at the direction of the responsible Case Agent and do not have the ability to alter or manipulate the collected data.

5. At the termination of a phone call and upon the receipt of an SMS text message, the collected data is hashed and proprietary software is utilized to assign a unique digital signature to each call and text message. A hash is a mathematical function that provides a unique value for a given piece of data. The digital signature is an additional step employed by the telephony collection system to maintain the authenticity and integrity of the collected data. Altering any element of the CCC and CDC associated with a call would change the hash value associated with the call and the unique digital signature would not remain intact. A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file. Similarly, altering any element of the CDC associated with a text message would change the hash value associated with the text and the unique digital signature would also not remain intact.

6. I have been requested to verify the authenticity of wireless communications to be presented within the above captioned case. The TICTU's collection system was working as designed during the dates of collection in this case. I have reviewed the data associated with each of the

AS-04058

Trial Exhibit 126-002

calls to be presented at trial in this case and have verified the digital signatures and hashes are intact for each call. Therefore, the original calls and the exhibits to be introduced are an exact match because the hash values match and the digital signatures are intact. I have documented my verification in the attachment to this certification.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: July 18, 2018.

Jamaal C. King
Supervisory Special Agent, FBI

AS-04059

**Trial Exhibit 126-003**

ATTACHMENT

| Facility | Session | Start Date/Time | Stop Time | Duration | Direction | Dialed Digits | In Digits |
|---|---|---|---|---|---|---|---|
| (520) 665-1843 | 362 | 01/03/2015 03:38:47 UTC | 03:40:41 UTC | 0:01:54 | Outgoing | 15103662789 | |
| (520) 665-1843 | 1544 | 02/15/2015 06:13:46 UTC | 06:29:52 UTC | 0:16:06 | Incoming | | 5103662789 |
| (520) 665-1843 | 2159 | 03/11/2015 01:55:07 UTC | 01:57:26 UTC | 0:02:19 | Incoming | | 5103662789 |
| (510) 366-2789 | 63 | 06/03/2015 03:45:42 UTC | 04:01:42 UTC | 0:16:00 | Incoming | | 5104914346 |
| (510) 366-2789 | 101 | 06/05/2015 04:10:33 UTC | 04:23:03 UTC | 0:12:30 | Outgoing | 15104914346 | |
| (510) 366-2789 | 102 | 06/05/2015 09:41:09 UTC | 11:00:53 UTC | 1:19:44 | Outgoing | 15104914346 | |
| (510) 366-2789 | 226 | 06/08/2015 18:31:30 UTC | 20:06:15 UTC | 1:34:45 | Incoming | | 5104914346 |
| (510) 366-2789 | 497 | 06/17/2015 00:26:25 UTC | 00:30:09 UTC | 0:03:44 | Outgoing | 15104914346 | |
| (510) 366-2789 | 567 | 06/18/2015 04:37:28 UTC | 04:50:39 UTC | 0:13:11 | Incoming | | 5104914346 |
| (510) 366-2789 | 872 | 06/24/2015 00:09:58 UTC | 00:49:00 UTC | 0:39:02 | Outgoing | 15104914346 | |
| (510) 366-2789 | 874 | 06/24/2015 00:49:55 UTC | 01:03:20 UTC | 0:13:25 | Outgoing | 15104914346 | |
| (510) 366-2789 | 977 | 06/26/2015 22:55:19 UTC | 23:07:14 UTC | 0:11:55 | Incoming | | 5104914346 |
| (510) 366-2789 | 1170 | 07/01/2015 03:42:24 UTC | 04:00:41 UTC | 0:18:17 | Outgoing | 15104610613 | |
| (520) 665-1843 | 5409 | 07/01/2015 04:05:30 UTC | 04:09:20 UTC | 0:03:50 | Outgoing | 5103662789 | |
| (510) 366-2789 | 1189 | 07/01/2015 21:32:46 UTC | 22:54:41 UTC | 1:21:55 | Outgoing | 15104914346 | |

AS-04060

Trial Exhibit 126-004