**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 1350N
OAKLAND, CA 94612

**STEVEN G. KALAR**　　　　　　　　　　　　　　　　　　　　　　　　Phone: (510) 637-3500
*Federal Public Defender*　　　　　　　　　　　　　　　　　　　　　Fax:　  (510) 637-3507
**HANNI M. FAKHOURY**　　　　　　　　　　　　　　　　　　　　　　Email: hanni_fakhoury@fd.org
*Assistant Federal Public Defender*

August 13, 2018

Elise LaPunzina
S. Waqar Hasib　　　　　　　　　　　　　　　　　　　　　　　　　　**VIA EMAIL**
Assistant U.S. Attorneys
Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
elise.lapunzina@usdoj.gov
waqar.hasib@usdoj.gov

**RE:**　　*United States v. Shafi*, **15-582-WHO**

Ms. LaPunzina and Mr. Hasib:

Pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), we hereby give supplemental notice of our intent to introduce the following expert testimony at trial pursuant to Federal Rules of Evidence 702, 703, and 705.

Because the following witnesses are defense witnesses, Mr. Shafi reserves the right to inquire about other matters not detailed below in order to respond to evidence presented by the government at trial, including but not limited to expert opinions introduced by the government in its case-in-chief.

**Hany Farag**
Mr. Farag is a native Arabic speaker and Court certified interpreter with more than 25 years of experience in Arabic language translation, localization, interpretation and cross-cultural training. He has been a member of the Northern California Translators Association since 1984 and counts federal government agencies among his clients. His *curriculum vitae* is enclosed with this letter.

Mr. Farag may be called as an expert witness in Mr. Shafi's case-in-chief solely to rebut the testimony of Linda Butros, the government's noticed Arabic expert.  The bases and reasons for Mr. Farag's opinions are his training, experience, and familiarity with the Arabic and English languages, and his review of the Arabic-language evidence in this case.  Specifically, Mr. Farag's testimony will be based on his review of the government exhibits containing Arabic language, including the Arabic-English glossary produced as Trial Exhibit 33.

*United States v. Shafi*, 15-582-WHO
August 13, 2018
page 2

Sincerely,

STEVEN G. KALAR
Federal Public Defender

HANNI M. FAKHOURY
JEROME E. MATTHEWS
Assistant Federal Public Defenders

Enclosure:    CV of Hany Farag

**Resume**

# Hany Farag

www.interpreterweb.com
**T: 650-204-1801**
Email: hanyfarag@yahoo.com

*Arabic Language Translator*
*CA State* **Certified** *Interpreter*



## EXPERIENCE SUMMARY

Over twenty-five years experience in Arabic language translation, interpretation, localization, and cross-cultural training. Language activity includes voice-over talent, multi-media productions and Arabic language tutoring. Clients include Fed Government agencies, courts, corporations, and private agencies. Contributor and presenter, main topic is technology in the language field.

**Education and Professional Affiliation:**

- 1994-now: Fulfilled CA Judicial Council continuing education and practicing requirements
- 1988: Passed the first CA State Court Interpreters Exam in Arabic language (ID# 300129).
- 1986: Passed the CA State Admin. Hearing Exam (fluency in English and Arabic languages)
- Bachelor of Science and Diploma of Graduate Studies - Cairo University.
- Member Northern California Translators Association NCTA. Board of Directors (93-96)
- Senior Life Member in ISA (International Society of Automation)

**Translation & Localization Work Experience**

- 1984-now: freelance translator in technical, legal, medical, media and marketing materials.
- Prepared Arabic automated phrase translator used by border patrol, Homeland Security (for SRI)
- Translation and localization of Arabic language version of global portal and smart devices
- In-house quality assurance testing for software (mobile browser, application programs)

**Interpretation Work Experience:**

\* 1984 - present: more than 2000 assignments (in person, several remote assignments - telephonic and via video)
    **State of California**
        **Federal Courts**: San Francisco, San Jose, Sacramento, Oakland & Fresno
        **County Courts**: San Francisco, Alameda, San Mateo, Contra Costa, Santa Clara, Marin, Fresno, King, Madera, Merced, Monterey, Napa, Riverside, Sacramento, San Joaquin, Solano, Sonoma, Stanislaus & Ventura
        **CA Parole Board**: Soledad, San Quentin prisons
    **State of Oregon**
        Hillsboro, Portland, Corvallis, Oregon City, Eugene, Pendleton and Dallas (Polk County).
**Legal interpretation:** Depositions, arbitration, contract negotiation, workman comp and EDD.
**Expert in language matters:** Retained as expert witness in subject of the language.
**Medical:** Private clinics, UCSF Hospital, rehab centers, mental & insanity evaluation.
**Conference:** International Conferences (Orlando, San Francisco), labor union general meetings

**Multimedia / cross-cultural:**

- 1996-now: Cross-cultural trainer (resource) for business travelers & expatriates to the Middle East.
- 1986: wrote, anchored and presented weekly Arabic TV and radio programs in SF Bay area.
- Voice-over talent & director for video productions in telecommunications, engineering, aerospace, and finance.
- Voice-over talent in automated Arabic language customer help for global telecommunication company

**Publications:**

- The Rise of the Machine; automated speech-to-speech translation (article, Translorial.com)
- Interpreting machine (presentation, NCTA General Meeting, Translorial.com)

*Page 1 of 1*

[REV 1]