ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
ELISE LAPUNZINA (NYBN 2540730)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Waqar.Hasib@usdoj.gov/ Elise.LaPunzina@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 15-0582-WHO |
| Plaintiff, | ) |
| | ) UNITED STATES' SECOND *AMENDED* |
| v. | ) EXHIBIT LIST |
| | ) |
| ADAM SHAFI, | ) |
| Defendant. | ) |

The United States hereby provides notice of its intent to offer into evidence or to use the following exhibits, or the tangible items reflected therein, at the trial of the above-captioned case. Some exhibits will be used to refresh recollection or as past recollection recorded, or for similar purposes.

//

//

//

//

1  The government reserves the right to amend the list prior to and during trial as necessary.

Dated: August 27, 2018                           Respectfully submitted,

ALEX G. TSE
United States Attorney

 /s/ *Elise LaPunzina*
 S. WAQAR HASIB
 ELISE LAPUNZINA
 Assistant United States Attorneys

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 1 | Audio call, 5206651843 2015-01-03 03-38-47 00362-001 | |
| 2 | Audio call, 5206651843 2015-02-15 06-13-46 01544-001 | |
| 3 | Audio call, 5206651843 2015-03-11 01-55-07 02159-001 | |
| 4 | Audio call, 5103662789 2015-06-03 03-45-42 00063-001 | |
| 5 | Audio call, 5103662789 2015-06-05 04-10-33 00101-001 | |
| 6 | Audio call, 5103662789 2015-06-05 09-41-09 00102-001 | |
| 7 | Audio call, 5103662789 2015-06-08 18-31-30 00226-001 | |
| 8 | Audio call, 5103662789 2015-06-17 00-26-25 00497-001 | |
| 9 | Audio call, 5103662789 2015-06-18 04-37-28 00567-001 | |
| 10 | Audio call, 5103662789 2015-06-24 00-09-58 00872-001 | |
| 11 | Audio call, 5103662789 2015-06-24 00-49-55 00874-001 | |
| 12 | Audio call, 5103662789 2015-06-26 22-55-19 00977-001 | |
| 13 | Audio call, 5103662789 2015-07-01 03-42-24 01170-001 | |
| 14 | Audio call, 5206651843, 2015-07-01 04-05-30 05409-001 | |
| 15 | Audio call, 5103662789 2015-07-01 21-32-46 01189-001 | |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 16 | Federal Register, Volume 79, No. 94, Thursday, May 15, 2014, In the Matter of the Designation of ANF as FTO | AS-03202 – AS-03204 |
| 17 | Transcript of audio call, 5206651843 2015-01-03 03-38-47 00362-001 | Protected_006141 - Protected_006144, (1) Final Behmke 1 (3Jan15) (SL) - HF.docx |
| 18 | Transcript of audio call, 5206651843 2015-02-15 06-13-46 01544-001 | Protected_006145 - Protected_006179, (2) Final Behmke 3 (15Feb15) (SL) - HF.docx |
| 19 | Transcript of audio call, 5206651843 2015-03-11 01-55-07 02159-001 | Protected_006180 - Protected_006184, (3) Final Behmke 4 (11Mar15) (SL) - HF.docx |
| 20 | Transcript of audio call, 5103662789 2015-06-03 03-45-42  00063-001 | Protected_006185 - Protected_006193, (4) Final AV11 (2Jun15) (SL) - HF.docx |
| 21 | Transcript of audio call, 5103662789 2015-06-05 04-10-33  00101-001 | Protected_006194 - Protected_006200, (5) Final AV10 (4Jun15) (SL) - HF.docx |
| 22 | Transcript of audio call, 5103662789 2015-06-05 09-41-09 00102-001 | Protected_006201 - Protected_006231, (6) Final AV1 (5Jun15) (SL) - HF.docx |
| 23 | Transcript of audio call, 5103662789 2015-06-08 18-31-30 00226-001 | Protected_006232 - Protected_006284, (7) Final Behmke 2 (8Jun15) (SL) - HF.docx |
| 24 | Transcript of audio call, 5103662789 2015-06-17 00-26-25 00497-001 | Protected_006285 - Protected_006287, (8) Final AV2 (16Jun15) (SL).docx |
| 25 | Transcript of audio call, 5103662789 2015-06-18 04-37-28 00567-001 | Protected_006288 - Protected_006297, (9) Final AV3 (18Jun15) (SL) - HF.docx |
| 26 | Transcript of audio call, 5103662789 2015-06-24 00-09-58 00872-001 | Protected_006298 - Protected_006213, (10) Final AV4 (23Jun15) (SL) - HF.docx |
| 27 | Transcript of audio call, 5103662789 2015-06-24 00-49-55 00874-001 | Protected_006314 - Protected_006318, (11) Final AV5 (23Jun15) (SL) - HF.docx |
| 28 | Transcript of audio call, 5103662789 2015-06-26 22-55-19 00977-001 | Protected_006319 - Protected_006325, (12) Final AV6 (26Jun15) (SL) - HF.docx |
| 29 | Transcript of audio call, 5103662789 2015-07-01 03-42-24 01170-001 | Protected_006326 - Protected_006336, (13) Final AV7 (30Jun15) (SL) - HF.docx |
| 30 | Transcript of Audio call, 5206651843, 2015-07-01 04-05-30 05409-001 | Protected_006337 - Protected_006341, (14) Final AV8 (30Jun15) (SL) - HF.docx |
| 31 | Transcript of audio call, 5103662789 2015-07-01 21-32-46 01189-001 | Protected_006342 - Protected_006379, (15) Final AV9 (1Jul15) (SL) - HF.docx |

*UNITED STATES' AMENDED EXHIBIT LIST*
CR-15-0582-WHO

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 32 | Intentionally left blank | |
| 33 | Summary exhibit: Arabic terms | PROTECTED_005968 – PROTECTED_005969 |
| 34 | Google Subscriber and session information for reflextatron@gmail.com, 2014 | AS- 00420 – AS-00441 |
| 35 | Google Subscriber and session information for reflextatron@gmail.com, 2014 | AS-00527 – AS-00540 |
| 36 | Google records CD | PROTECTED_005564 |
| 37 | Google certificate of authenticity, reflexatron account records | AS-00417 – AS-00419 |
| 38 | Google and YouTube certificate of authenticity for multiple accounts, including browsing and watch histories, 8/7/17 | AS-04063 – AS-04073 |
| 39 | FBI 302 of Google search history, 11/2/17 | AS-03508- AS-03520 |
| 40 | FBI 302 of Google YouTube search history, 11/2/17 | AS-03500 – AS-03507 |
| 41 | FBI 302 of translation of Arabic Google searches conducted by reflexatron@gmail.com, 3/31/15 – 7/3/15 | AS-03545 – AS-03566 |
| 42 | T-Mobile cell phone records | AS-00457 – AS-00526 |
| 43 | T-Mobile CD, subscriber and file data records, June to Nov 2014 (excel format) | AS-00616 |
| 44 | Yahoo! A.N. records | PROTECTED_000062 |
| 45 | Yahoo! A.N. account certificate of authenticity, 12/14 | AS-04077 – AS-04078 |
| 46 | Alameda County Sheriff's Office Certification | AS-04128 |

3

*UNITED STATES' AMENDED EXHIBIT LIST*
CR-15-0582-WHO

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 47 | Shafi email to S.K. with back packing list, 7/13/2014 | PROTECTED_006131- PROTECTED_006132 |
| 48 | Second Shafi email to S.K. with back packing list, 7/13/2014 | PROTECTED_006133 |
| 49 | Shafi email to A.N. with back packing list, 8/2/2014 | PROTECTED_06138 – PROTECTED_03169 |
| 50 | Student Universe email to Shafi, A.N. and S.K., 8/9/2014 | PROTECTED_006134 – PROTECTED_006135 |
| 51 | CheapoAir flight receipt to Shafi, 8/15/2014 | PROTECTED_006136 – PROTECTED_006137 |
| 52 | American Citizen Services Unit, Client Worksheet, 8/17/2014 | AS-03653 – AS-03657 |
| 53 | FBI Report, U.S. Embassy Egypt Walk-in S. 8/9/2017 | AS-02409 – AS-02414 |
| 54 | FBI 302, Interview of Adam Shafi, 9/4/2014 | AS-00001 – AS-00002 |
| 55 | FBI 302, Interview of S.S., 9/4/2014 | AS-00003 – AS-00004 |
| 56 | FBI 302, Interview of A.N., purpose of travel to Turkey, 9/29/2014 | AS-00008 – AS-00009 |
| 57 | FBI 302, CBP Report of A.N. interview upon re-entry to U.S., 9/29/2014 | AS-00545– AS-00546 |
| 58 | Santa Clara County Sheriff's Office Inmate visitor log with A.H. | AS-02408 |
| 59 | FBI 302 of Adam Shafi at SFO, 4/1/2015 | AS-00153 – AS-00161 |
| 60 | FBI 302 of J.N, 6/30/2015 | AS-00162 – AS-00164 |
| 61 | FBI 302 of Shafi on date of arrest, 7/3/2015 | AS-00165 – AS-00167 |
| 62 | FBI 302, Interview of S. S., 7/3/2015 | AS-02038 – AS-02040 |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 63 | FBI 302 of evidence seized at 560 Pilgrim Loop, Fremont, CA, 7/6/2015 | AS-00609 – AS-00613 |
| 64 | Pictures from search on car and residence, 7/3/15 | AS- 00026 – AS-00137, 140 |
| 65 | Evidence log, photo log, diagrams from search, 7/3/15 | AS-00141 – AS- 00152 |
| 66 | FBI 302 of translations of items found during Shafi search | AS-02992 – AS-02999 |
| 67 | FBI 302, Telephone Interview of FBI Linguist Marion L. Butros, 7/28/18 | AS-04081 |
| 68 | Royal Jordanian Records and certificate of authenticity, 4/18/2016 | AS-04074 – AS-04076 |
| 69 | Target Masters Receipts, 4/1/2015 | AS-02941 – AS-02944 |
| 70 | Transcript of Audio Transcription of Jail Visit Recording, (0:00 to 0:0020) (2:34:45 – 3:16:24), 5/21/2016 | AS-03092 – AS-03126 |
| 71 | Transcript of Audio Transcription of Jail Visit Recording (0:00:00 to 0:0020) (1:58 – 2:39:40), 6/4/2016 | AS-03127 – AS-03155 |
| 72 | Transcript of Audio Transcription of Jail Visit Recording (0:00:00 to 0:0020) (2:10:30 – 2:43:00), 10/2//2016 | AS-03156 – AS-03200 |
| 73 | Items in Shafi's possession at SFO, 6/30/2015 | AS-00617 – AS-00623 |
| 74 | CD, Digital Evidence Review (includes various photos) The Constants of Jihad Lecture (6 mp3 audios) and Samsung Galaxy Phone Records | AS-00624 |
| 75 | Bank of America Receipt showing $2400 cash withdrawal on 6/30/15 | AS-00757 |
| 76 | Handwritten notes from small memo pad | AS-00758 – AS-00759 |

5

*UNITED STATES' AMENDED EXHIBIT LIST*
CR-15-0582-WHO

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 77 | Small notepad – Arabic handwritten notes and translation | AS-00761 – AS-000762 |
| 78 | Large notebook – handwritten notes; small notebook – handwritten notes | AS-00785 – AS-00895 |
| 79 | Pictures of visa, passport, and passport photo | AS-00885 – AS-00902 |
| 80 | Wells Fargo Bank – S.K. bank records showing Turkey e-Visa purchases, Royal Jordanian ticket purchase and CheapoAir transaction | AS-01048 – AS-01082 |
| 81 | S.K. records and imaged phone, including call history and social media accounts | AS-01194 – AS-01242 |
| 82 | Shafi's Galaxy S4 data, including text messages | AS-01248 – AS-01292 |
| 83 | CD, A.N. iPhone records | PROTECTED_000097 |
| 84 | AT&T records (A.N.) | AS-01325 – AS-01639 |
| 85 | Bank of America checking account | AS-02431 – AS-02528 |
| 86 | Bank of America financial transaction on 1/10/14 | AS-02485 |
| 87 | Bank of America financial transactions on 10/20/14 | AS-02441 |
| 88 | Bank of America financial transaction on 6/2/15 | AS-02475 |
| 89 | Bank of America, affidavit of authenticity | AS-04062 |
| 90 | CD of A.H./Shafi jail call file, Santa Clara County Sheriff's Office | AS-02985 |
| 91 | Alameda County Sheriff's Office Visiting Report, 3/1/16 – 6/9/2016 | AS-03000 – AS-03003 |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 92 | Alameda County Sheriff's Office Visiting Report, 6/1/2016 – 9/1/2016 | AS-03011 – AS-03014 |
| 93 | CD of Jail Files (Shafi) (510) 366-6091 (129); (510) 366-3090 (9), 3/3/16 to 6/2/16 | AS-03004 |
| 94 | Glenn Dyer Booth 5  10/2/16 CD; #1 A.N., 2:10 – 2:43; #2 Shafi Family 3:37 – 4:17 | AS-03008 |
| 95 | AMEX Records | AS-00185 – AS-00252; AS-03219; AS-00183; AS-03220 – AS-03228; AS-03218; AS-00264 – AS-00276; AS-02649 – AS-02720 |
| 96 | AMEX transaction, 6/5/14 | AS- 00226 |
| 97 | AMEX transaction, 8/17/14 | AS-03219 |
| 98 | AMEX transaction, 10/23/14 | AS- 02652 |
| 99 | Intentionally left blank | |
| 100 | AMEX, certificate of authenticity, 12/14 | AS-04061 |
| 101 | Intentionally left blank | |
| 102 | CART records of MacBook hard drive | AS-03258 – AS-03276 |
| 103 | FBI 302 of YouTube access history from laptop, 6/21/2017 | AS-03456 – AS-03462 |
| 104 | Intentionally left blank | |
| 105 | FBI 302 of translation of Arabic YouTube Searches, 3/23/15 – 6/29/15 | AS-03538 – AS-03544 |
| 106 | FBI 302, forensic process of Apple Mac desktop, 1/12/18 | AS-03567 – AS-03568 |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 107 | CD of Macbook Mirror image Forensic Review, 12/1/17, 1/28/18 | AS-03636 |
| 108 | CD and index of Declassified Audio 1 CD | PROTECTED_000063 – PROTECTED_000069 |
| 109 | CD of Declassified Audio 2 | PROTECTED_000070 |
| 110 | CD and index of Declassified Audio 3 CD | PROTECTED_000073 – PROTECTED_000083 |
| 111 | Corrected Audio Index for CD 2 | PROTECTED_000084 – PROTECTED_000085 |
| 112 | Shafi-A.H. jail call transcript, 3/15/15 | PROTECTED_003855 – PROTECTED_003897 |
| 113 | Text message from A.S. to A.N., 5/31/15 | PROTECTED_006130 |
| 114 | Summary exhibit: map | AS-04079 |
| 115 | CD, Google YouTube Searches, 2014-2015 | AS-04082 |
| 116 | Translations of items found during search, 7/23/18 | AS-04108 – AS- 04118 |
| 117 | FBI 302 with analysis of Yahoo! A.N. records, 12/18/14 | PROTECTED_000087- PROTECTED_000091 |
| 118 | Summary exhibit: Shafi Timeline | AS-04083 – AS-04104 |
| 119 | Photos of writings in Shafi's bedroom on day of search | AS-03662 – AS-03663 |
| 120 | Shafi passport | |
| 121 | Item hanging in Shafi's room containing writings in Arabic | |
| 122 | Credit card receipt for tourism charge in Istanbul on 8/17/14 found during search | |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 123 | Boarding pass for Royal Jordanian found during search | |
| 124 | Email from Shafi to his father confirming ownership of reflexatron gmail account, 10/5/12 | PROTECTED_006140 |
| 125 | Translations of items found during search, 7/23/18 | AS –04105 – AS-04107 |
| 126 | FBI TICTU Certification, 7/18/18 | AS-04057 – AS-04060 |
| 127 | StudentUniverse records | AS-01316; AS-01311-AS-01315; AS-01317-AS-01322; AS-01307-AS-01310 |
| 128 | United records | AS-00984 – AS-00987 |
| 129 | Turkish Airline Records | AS-04191 – AS-04197; AS-04204-AS-04205 |
| 130 | American Airlines records | AS-01296 – AS-01300 |
| 131 | Wells Fargo records | AS-01050; AS-01049; AS-01055; AS-01057-58, AS-01061-62; AS-01071; AS-01077-78; AS-01080 – AS-01082 |
| 132 | Bank of America records | AS-04062; AS-02481, 82-83; AS-02485; AS-02487; AS-02491; AS-02495; AS-02497; AS-02501; AS-02505; AS-02509; AS-02513; AS-02515; AS-02517; AS-02519-2528; AS-02431; AS-02433; AS-02435; AS-02437; AS-02439; AS-02441; AS-02445; AS-02447; AS-02453; AS-02455; AS-02457; AS-02459; AS-02463; AS-2465; AS-02467; AS-02469; AS-02473; AS-02475; AS-02476 |
| 133 | Intentionally left blank | |
| 134 | CheapOair records | AS-04169; AS-04147 – AS-04153 |
| 135 | British Airway record | AS-04200, AS-04199 |

UNITED STATES v. ADAM SHAFI
CR-15-0582-WHO

GOVERNMENTS' SECOND *AMENDED* EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NUMBER |
|---|---|---|
| 136 | Dr. Vidino's CV | (produced in correspondence) |
| 137 | Google Searches printouts | |
| 138 | YouTube records printouts | |
| 139 | Shafi's Galaxy S4 text messages | AS-3210 |
| 140 | Shaheed/Status: Pending photo | AS-3210 |