UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 12, 2018  **Time:** 0 minutes court time  **Judge:** WILLIAM H. ORRICK

8:00 a.m. to 1:00 p.m. jury deliberation

**Case No.:** 15-cr-00582-WHO-1  **Case Name:** UNITED STATES v. Shafi

**Attorneys for Plaintiff:** S. Waqar Hasib and Elise LaPunzina
**Attorneys for Defendant:** Hanni Fakhoury and Jerome Matthews

**Deputy Clerk:** Jean Davis  **Court Reporter:** Vicki Eastvold
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

| | |
|---|---|
| 8:00 a.m. | Jurors resume deliberations |
| 1:00 p.m. | Jurors suspend deliberations; they will return at 8:00 a.m. on Thursday, September 13, 2018. |