UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>          Case No. <u>15-cr-00582-WHO-1</u>

CASE NAME: <u>USA v. Shafi</u>

## NOTE FROM THE JURY

Note No. __1__

Date __9/13/2018__

Time __12:00 pm__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   What would qualify as an "independent circumstance" which might prevent the crime from taking place? For example – a change of heart, or not being able to reach Al-Nusrah despite his efforts?

   _Erik A Johanson_
   Foreperson of the Jury
   Erik Johanson