UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 14, 2018    **Time:** 12 minutes court time    **Judge:** WILLIAM H. ORRICK
8:00-8:08 and 8:56-9:00 a.m.

9:00 a.m. to 1:00 p.m.
jury deliberation

**Case No.:** 15-cr-00582-WHO-1    **Case Name:** UNITED STATES v. Shafi

**Attorneys for Plaintiff:**   S. Waqar Hasib and Elise LaPunzina
**Attorneys for Defendant:**   Hanni Fakhoury and Jerome Matthews
Defendant **Adam Shafi** – present for in-court proceedings, in custody

**Deputy Clerk:** Jean Davis          **Court Reporter:** Vicki Eastvold
**Interpreter:** n/a                  **Probation Officer:** n/a

# PROCEEDINGS

| | |
|---|---|
| 8:00 a.m. | Court in session (jury out) |
| | Response to Jury Question 1 discussed |
| 8:08 a.m. | Court in recess pending arrival of a delayed juror |
| 8:56 a.m. | Court in session (jury seated) |
| | Jury Question 1 read into the record |
| | The Court advises that no further guidance beyond that contained in Jury Instruction No. 21 can be provided. The instruction is read to the jurors, as well as a portion of Jury Instruction No. 1. |
| 9:00 a.m. | Jurors excused to resume deliberations |
| 1:00 p.m. | Jurors suspend deliberations; they will return at 8:00 a.m. on Monday, September 17, 2018. |