UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 4, 2018  **Time:** 47 minutes  **Judge:** WILLIAM H. ORRICK
2:01 p.m. to 2:48 p.m.

**Case No.:** 15-cr-00582-WHO-1  **Case Name:** UNITED STATES v. Shafi

**Attorneys for Plaintiff:** S. Waqar Hasib and Elise LaPunzina
**Attorneys for Defendant:** Hanni Fakhoury and Jerome Matthews
Defendant **Adam Shafi** – present, in custody

**Deputy Clerk:** Jean Davis  **Court Reporter:** Debra Pas
**Interpreter:** n/a  **Probation Officer:** Joshua Libby

# PROCEEDINGS

Parties appear for trial scheduling and bond hearing. Counsel have agreed to a January 14, 2019 trial date. Jury selection will be handled via the same process utilized in the first trial. Prospective jurors will come in the morning of January 10, 2019 to complete the questionnaire, which will be copied for counsel by afternoon. A hearing will be conducted on January 11, 2019 to identify those prospective jurors who will be excused from appearing for voir dire.

The issue of bond is taken up. Argument of counsel heard. For the reasons discussed at the hearing, the Court rules that Mr. Shafi will be released pending trial on home detention with location monitoring on a $1,000,000 bond secured by real property owned by his parents. Mr. Shafi will remain in his parents' home in Fremont except for medical, legal, and treatment purposes and will be electronically monitored via GPS device. His parents will act as his custodians as well as his sureties, and the Court addresses them with regard to the responsibilities entailed. The additional conditions of release are pronounced, and Mr. Shafi is admonished as to the importance of his complete compliance with the conditions and advised of the consequences he and his family may face for any violation.

The government advises the Court of its intention to appeal the granting of bond and requests a 30 day stay of release pending appellate review. The Court denies the request. Mr. Shafi will be released as soon as the necessary paperwork can be completed. If it is not completed prior to close of business today, the matter will be referred to Chief Magistrate Judge Spero as part of tomorrow's general duty calendar.

**CASE CONTINUED TO:** December 13, 2018 for 3:30 p.m. for Pretrial Conference.

**EXCLUDABLE DELAY:**
Category  Effective preparation of counsel
Begins  October 4, 2018
Ends  January 14, 2019