1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ELISE LAPUNIZNA (NYBN 2540730)
   S. WAQAR HASIB (CABN 234818)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     elise.lapunzina@usdoj.gov; 415-436-6878
      waqar.hasib@usdoj.gov; 415-436-7261
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            ) CASE NO. 15-CR-00582 WHO
                                        )
14        Plaintiff,                    ) **UNITED STATES' NOTICE OF APPEAL**
                                        )
15     v.                               )
                                        )
16 ADAM SHAFI,                          ) **FRAP 9(a) APPEAL**
                                        )
17        Defendant.                    )
                                        )
18

19     Notice is hereby given that the United States of America, plaintiff in the above-captioned case,

20 appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order on

21 October 4, 2018, releasing defendant Adam Shafi from custody pending trial (Doc. 308).

22

23 Date: November 5, 2018                          Respectfully submitted,

24                                                 ALEX G. TSE
                                                   United States Attorney
25

26                                                  /s/
                                                   ELISE LAPUNIZNA
27                                                 S. WAQAR HASIB
                                                   Assistant United States Attorneys
28

UNITED STATES' NOTICE OF APPEAL
15-CR-00582 WHO