ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ELISE LAPUNZINA (NYBN 2540730)
S. WAQAR HASIB (CABN 234818)

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    elise.lapunzina@usdoj.gov; 415-436-6878
    waqar.hasib@usdoj.gov; 415-436-7261

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00582 WHO |
| Plaintiff, | UNITED STATES' EX PARTE APPLICATION AND [PROPOSED] ORDER PERMITTING DISCLOSURE OF PRETRIAL SERVICES REPORT AND ADDENDUM |
| v. | |
| ADAM SHAFI, | |
| Defendant. | |

The United States respectfully applies ex parte for an order permitting disclosure of all pretrial services reports in this case. The United States has filed an appeal of this Court's reconsideration of its pretrial detention order with the United States Court of Appeals for the Ninth Circuit. In order to adequately brief the appeal and to provide a complete record to the Court of Appeals, the United States asks that this Court order Pretrial Services to provide a copy of any Pretrial Services reports and their addenda to counsel for the United States and the defendant for use during the appeal. The United States further requests this Court order that counsel for the United States or the Pretrial Services Office may file a copy of the pretrial services reports in the Ninth Circuit and that any filing of the reports and their addenda with respect to the appeal be made under seal.

EX PARTE APPLICATION AND [PROPOSED] ORDER
CR 15-0582 WHO

1  Accordingly, the United States moves this Court to issue an order that Pretrial Services provide
2  a copy of all pretrial services reports and their addenda in this case to counsel for the United States and
3  the defense for use in the pending appeal of this Court's detention order.  Defendant's counsel does not
4  object to the United States' request.

6  DATED: November 13, 2018                    Respectfully submitted,

7                                              ALEX G. TSE
                                               United States Attorney
8
                                               _____/s/_____
9                                              ELISE LAPUNZINA
                                               S. WAQAR HASIB
10                                             Attorneys for the United States of America

28 EX PARTE APPLICATION AND [PROPOSED] ORDER
   CR 15-0582 WHO

**[PROPOSED] ORDER**

Having considered the United States' Application for an Order Permitting the Disclosure of Pretrial Services Report and Addendum, it is hereby ORDERED that: (1) Pretrial Services shall provide copies of the pretrial services reports and their addenda in this case to the attorneys for the United States and defendant which shall be returned to Pretrial Services at the conclusion of the appeal; (2) counsel for the United States or the Pretrial Services Office may file a copy of the pretrial services reports in the Ninth Circuit; and (3) any filing of the reports and their addenda with respect to the appeal shall be made under seal.

DATED:_____

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE