STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
JEROME MATTHEWS
Assistant Federal Public Defenders
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for ADAM SHAFI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAFI,<br><br>Defendant. | **Case No.:** CR 15–00582 WHO<br><br>**DEFENDANT'S EXHIBIT LIST FOR RETRIAL**<br><br>**Court:** Courtroom 2, 17th Floor<br>**Hearing Date:** December 13, 2018<br>**Hearing Time:** 3:30 p.m. |

Defendant Adam Shafi's respectfully submits the following exhibit list for retrial. Mr. Shafi reserves the right to supplement this list as needed, and to offer additional evidence not on this list to rebut evidence offered in the government's case-in-chief.

| | |
|---|---|
| Dated: November 29, 2018 | Respectfully submitted,<br><br>STEVEN G. KALAR<br>Federal Public Defender<br>         /S<br>HANNI FAKHOURY<br>JEROME MATTHEWS<br>Assistant Federal Public Defenders |

**UNITED STATES v. ADAM SHAFI**

CR 15-582-WHO

DEFENDANT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | BATES NOS. |
|---------|-------------|------------|
| 1000 | Photographs: Adam Shafi's Toyota Prius | FPD004457-4460 |
| 1001 | Photographs: Shafi Family Home, Cairo Egypt | FPD005489-5492 |
| 1002 | San Mateo Cty. Sheriff's Office Rpt. No. 14-28255 | FPD005495-5498 |
| 1003 | Apple Inc. Purchase & Registration Records | FPD005515-5533 |
| 1004 | Dr. Marc Sageman's Curriculum Vitae | FPD005536-5541 |
| 1005 | AMEX Records for Adam Shafi & Certification | FPD005456-5486, 5535 |