ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
ELISE LAPUNZINA (NYBN 2540730)
Assistant United States Attorneys

PAUL CASEY (MABN 645544)
Trial Attorney
Counterterrorism Section
U.S. Department of Justice

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Waqar.Hasib@usdoj.gov/ Elise.LaPunzina@usdoj.gov/ Paul.Casey2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0582-WHO |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | Pretrial Conference: December 13, 2018 |
| | Time: 3:30 P.M. |
| ADAM SHAFI, | Court: Hon. William H. Orrick |
| | Courtroom: No. 2, 17th Floor |
| Defendant. | |

The United States hereby provides this notice of witnesses it expects to call in its case-in-chief and a general summary of their testimony. The government may add or not call witnesses based on the Court's rulings at the pretrial conference and as necessary based on the pre-trial and trial proceedings.

| Number | Witness | Subject of Testimony |
|---|---|---|
| 1. | CBP Officer Kok Gordon Mon | The witness will testify regarding Adam Shafi's statements upon his return to the U.S. in August 2014. |
| 2. | FBI SA Simon Maher | SA Maher will testify regarding an interview at the U.S. Embassy in Egypt with S.S. |
| 3. | CBP Officer Johnny Castillo | The witness will testify regarding his interview of A.N. upon his return to the U.S. in August 2014. |
| 4. | CBP Officer Celia Lopez | The witness will testify about Adam Shafi's, A.N.'s, and S.K.'s international travel records in 2014. |
| 5. | Custodian of records, Royal Jordanian | The witness will testify that Adam Shafi traveled on a one-way ticket from Egypt to Turkey in August 2014. |
| 6. | Custodian of records, CheapoAir | The witness will testify to S.K.'s purchases in July 2014. |
| 7. | Custodian of records, Student Universe | The witness will testify regarding A.N.'s and S.K.'s ticket purchases in 2014. |
| 8. | Custodian of records, United Airlines | The witness will testify that S.K. did not use his ticket to Turkey for travel in August 2014. |
| 9. | Custodian of records, British Airways | The witness will testify regarding A.N.'s travel in August 2014. |
| 10. | Custodian of Records, Turkish Airlines | The witness will testify that Adam Shafi purchased a one-way ticket to Turkey for travel on 06/30/15. |
| 11. | Custodian of Records, Southwest Airlines | The witness will testify regarding ticket purchases in 2015. |
| 12. | Mark Mauro | The witness is a former Special Agent with HSI. He participated in interviews of Adam Shafi at SFO after his attempted flight to Turkey on 6/30/15. He will testify regarding Adam Shafi's statements and belongings at SFO. |

| | | | |
|---|---|---|---|
| | 13. | FBI SA Glen Bartolomei | SA Bartolomei participated in and witnessed Mauro's interview of Adam Shafi at SFO on 6/30/15. |
| | 14. | Jamlah Nasser | The witness worked the ticket counter at Turkish Airlines at SFO on 6/30/15. She assisted Adam Shafi at check-in and saw him later at the gate. |
| | 15. | Thomas Edel | The witness is a former Special Agent with NASA who worked as a Task Force Officer with the FBI and he transported Adam Shafi after his arrest on 7/3/15. He will testify regarding Adam Shafi's statements that day. |
| | 16. | FBI SA Zachary Karem | SA Karem worked with Thomas Edel in transporting Adam Shafi after his arrest on 7/3/15. |
| | 17. | FBI SA Matthew Sung | SA Sung will provide summary testimony about the investigation and evidence in the case, including a timeline of events; the 2014 trip to Turkey; the telephone intercepts; Google and YouTube searches and viewing history; travel and financial records; telephone, text and email messages; Adam Shafi's actions after he left SFO on 6/30/15; evidence recovered on electronic devices; and items seized during the search of the Shafi residence. SA Sung was also the finder and custodian of evidence regarding the searches at the Shafi residence. |
| | 18. | FBI SA Thomas Wei | SA Wei was the sketcher and photo logger for the searches at the Shafi residence on 7/3/15. SA Wei will testify about the searches on that date, including the layout of the Shafi residence. |
| | 19. | Rajkumar Thirumalainambi | The witness is an FBI computer scientist and forensic examiner who was noticed as an expert witness in a letter dated March 12, 2018. He processed and/or imaged electronic media and data including, but not limited to, an Apple MacBook Pro, a Samsung cell phone, and a hard drive and Blue Ray disc each |

3

UNITED STATES' WITNESS LIST
CR-15-0582-WHO

| | | |
|---|---|---|
| | | containing imaged data retrieved from miscellaneous storage devices and an HP laptop seized at the Shafi residence. He was involved in multiple aspects of the digital review in this case. |
| 20. | FBI SA Jeffrey Miller | SA Miller is DExT (Digital Extraction Technician) certified. He imaged items seized from the search at the Shafi residence, including Adam Shafi's Samsung Galaxy S4 and other digital media. |
| 21. | Beth Mauldin | The witness is a Forensic Examiner at the RCFL. She imaged and/or processed electronic devices seized from A.N., including an iPhone and MacBook Pro. |
| 22. | FBI SA Amanda Chung | SA Chung is a Forensic Examiner at the RCFL. SA Chung processed electronic evidence seized from A.N.'s devices, including a MacBook Pro. |
| 23. | Ronald Posadas | The witness is a Detective with Newark Police Department, working as a Task Force Officer with the FBI, and is a Forensic Examiner at the RCFL. He imaged and processed electronic evidence seized from S.K., including S.K.'s cell phone and tablet. |
| 24. | FBI SA Michael Mansuy | SA Mansuy will testify regarding the search at the Shafi residence. He is DExT certified. He imaged an HP laptop seized during the search at the Shafi residence. |
| 25. | Tiffany Pettit | Ms. Pettit is the general manager of Target Masters, a shooting range in Milpitas. She will testify regarding the business and Adam Shafi's visit there on 04/01/15. |
| 26. | FBI SSA Jamal King | SSA King will testify regarding the telephone intercepts. SSA King will testify regarding the process by which call intercepts are conducted and he will authenticate the calls. |
| 27. | Linda Butros | Ms. Butros is a linguist with the FBI. She was noticed as an expert witness. She will testify regarding |

| | | translated materials. |
|---|---|---|
| 28. | Bassam Dib | Mr. Dib is a FBI language specialist. He will testify regarding translated materials. |
| 29. | Custodian of records, Santa Clara Sheriff's Office | The witness will testify regarding visitor log and audio recording relating to Adam Shafi's visit with A.H. on 03/15/15. |
| 30. | Custodian of records, Google and YouTube | The witness will testify regarding Adam Shafi's email account and Google and YouTube searches and viewing histories. |
| 31. | Custodian of records, AT&T | The witness will testify regarding A.N's phone and text records. |
| 32. | Custodian of records, T-Mobile | The witness will testify regarding phone and text messages for Adam Shafi and S.K. |
| 33. | Custodian of records, Wells Fargo | The witness will testify regarding S.K.'s general banking records. |
| 34. | Custodian of records, American Express | The witness will testify regarding Adam Shafi's general credit card history. |
| 35. | Custodian of records, Bank of America | The witness will testify regarding Adam's Shafi's banking activity. |
| 36. | Custodian of records, SETCO Services LLC | The witness will testify regarding records relating to Adam Shafi. |
| 37. | Custodian of records, Centennial Bank | The witness will testify regarding financial records relating to SETCO Services LLC and Adam Shafi. |
| 38. | Custodian of records, Apple | The witness will testify regarding purchase history and reports relating to Adam Shafi. |
| 39. | Custodian of records, Yahoo! | The witness will testify regarding A.N.'s email records. |
| 40. | Custodian of records, Alameda County Sheriff's Department | The witness will testify regarding visitor records relating to Adam Shafi, including recordings. |

5

| **41.** | Lorenzo Vidino | Dr. Vidino was noticed as a terrorism expert. His testimony is summarized in the government's expert witness disclosure dated March 12, 2018, and supplemented in Dkts. 210; 216. |

Dated: November 29, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

 /s/ *Elise LaPunzina*
S. WAQAR HASIB
ELISE LAPUNZINA