AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☒ SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Section 1344(1) and (2) - Bank Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 30 years imprisonment; 1,000,000.00 fine; 5 years supervised release; special assessment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ ADAM SHAFI

DISTRICT COURT NUMBER

CR 15-0582 WHO

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. }

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form          Alex G. Tse

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Elise LaPunzina

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges                    } ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date filed _____   Month/Day/Year

DATE OF ARREST ▶ _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )   NO. CR 15-0582 WHO
                                       )
13           Plaintiff,                )   VIOLATIONS: 18 U.S.C. §§ 1344(1) and (2) – Bank
                                       )   Fraud
14      v.                             )
                                       )
15  ADAM SHAFI,                        )
                                       )
16           Defendant.                )
    _____)

17

18                  S U P E R S E D I N G   I N F O R M A T I O N

19  The United States Attorney charges:

20                         Introductory Allegations

21          1.      Defendant ADAM SHAFI resided in California.

22          2.      Bank of America was a financial institution, as that term is defined in Title 18, United

23  States Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance

24  Corporation ("FDIC").

25          3.      Secto Services LLC was a title company located in Florida.

26          4.      Setco Services LLC held a bank account at Centennial Bank located in Florida.

27  ///

28  ///

SUPERSEDING INFORMATION                    1                              v. 07/10/2018
CR 15-0582 WHO

## The Scheme to Defraud

5.      Beginning at a date unknown, but no later than April 2015, and continuing through on or about June 29, 2015, SHAFI knowingly devised, intended to devise, and carried out a scheme and artifice to defraud a financial institution as to a material matter and to obtain money and property under the control of financial institutions by means of materially false and fraudulent pretenses, representations, promises, and concealment of material facts, which scheme is described further below. As part of the scheme to defraud, SHAFI deposited a fraudulent check, which purported to have been issued by Setco Services LLC on its account at Centennial Bank.

6.      Specifically, on or about June 29, 2015, ADAM SHAFI deposited into his Bank of America checking account number -8058 fraudulent check number 1233, which he falsely represented to have been drawn on Setco LLC's account at Centennial Bank, in the amount of $2200.  The check was dated April 16, 2015, payable to SHAFI.  By depositing the check into his Bank of America account, SHAFI falsely represented that he was entitled to the funds as if the check had been lawfully issued.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

SUPERSEDING INFORMATION                  2                        v. 07/10/2018
CR 15-0582 WHO

1  <u>COUNT ONE</u>:  (18 U.S.C. §§ 1344(1), (2) – Bank Fraud)

2          7.      The factual allegations in paragraphs 1 through 6 are re-alleged and incorporated herein

3  as if set forth in full.

4          8.      On or about June 29, 2015, in the Northern District of California and elsewhere, the

5  defendant,

6                                  ADAM SHAFI,

7  did knowingly and with the intent to defraud devise and execute, and attempt to execute, a scheme and

8  artifice to defraud a financial institution as to a material matter and to obtain moneys, funds, credits,

9  assets, and other property that were then under the custody and control of financial institutions, by

10  means of false and fraudulent pretenses, representations, promises, and concealment of material facts.

11          In violation of Title 18, United States Code, Sections 1344(1) and 1344(2).

12

13  DATED:  December 5, 2018                    ALEX G. TSE
                                                United States Attorney
14

15                                              _____

16                                              JOHN H. HEMANN
                                                Deputy Chief, Criminal Division
17

18  Approved as to form:

19                                              _____
                                                ELISE LAPUNZINA
20                                              Assistant United States Attorney

21

22

23

24

25

26

27

28