AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 15-582-WHO |
| | ) | |
| ADAM SHAFI | ) | |
| *Defendant* | ) | |

**FILED**
DEC 07 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/07/2018

_Defendant's signature_

_Signature of defendant's attorney_

Hanni M. Fakhoury, AFPD
_Printed name of defendant's attorney_

SALLIE KIM
United States Magistrate Judge
_Judge's printed name and title_