# EXHIBIT A

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

March 10, 2019        1 of 4

To The Honorable William H. Orick III,

    I would like to extend my sincere gratitude for the immense attention, consideration, and care with which the court has dealt with my case.

    I earnestly apologize to your honor, my family, and the government for my disturbing comments and actions leading up to my arrest and charge 4 years ago. They were an unbecoming response to my mismanaged mental state and stressful circumstances. I never intended any of the menacing things I said, especially regarding our soldiers, and I cannot excuse the volatile way with which I expressed my emotions. I do not ask that my conduct be overlooked, but I ask that your honor, the government, and the public notice my remorse and see that I am not what my comments and actions 4 years ago portray me as.

Throughout my confinement, I had the time and space to assess the circumstances and condition that led me to act the way I did and put my family through such great suffering. I am greatly sorry for the trouble I caused them and it hurts me to see the scars I left in their lives. Being away from my family allowed me to see the irresponsible, immature, and reckless manner with which I dealt with problems at home and in the world. It gave me a vantage point from which to gain composure over my emotions and clarity on my privileged place in life.

I was surrounded by individuals who constantly shared stories of harsh, lonely lives without resources, means of support, or even family to aid them in fulfilling their most basic of needs like food and shelter. They were ever-perplexed at my presence at the facility despite all the family and community I had by my side for my whole life.

This experience gave me tremendous appreciation for the support of my family and community that I realized I took for granted. Their support throughout my tribulations showed me how much they care for my well-being in a way I was previously not cognizant of. My debts to them can never be repaid. Even now, my family and community eagerly bring to me as much support, resources, and advice as they have to help me stand up on my feet and have a self-sufficient and prosperous role in society.

The years that passed since my arrest have been very long and have allowed me to grow and deal with my life more maturely. I am addressing my mental health with the court's provided counseling services which help me better understand and manage my emotions. I now see the flaws of my past hopelessness and will now strive to use the life and opportunities given to me to make the

world a better place. I have no interest in terrorism or any of its affiliates who wreak havoc wherever they go. What I said and did when I was 21 in foolish, brash immaturity bears no merit on who I am today.

I have spent the last number of months preparing for the rest of my life. I am looking forward to continuing enrollment in software courses to regain proficiency in web-development and find employment. I know it will be difficult because of my charge and the publicity surrounding it, but I have the unwavering support of my family and community which I am confident will enable me to overcome any hurdles and start anew with a bright future.

Sincerely,

Adam Shafi