# EXHIBIT E

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

DEFENDANT'S SENTENCING MEMORANDUM
EXH., *SHAFI*, CR 15–582 WHO



**Ta'leef Collective**
43170 Osgood Rd.
Fremont, CA 94539
www.taleefcollective.org
info@taleefcollective.org
(510) 445-1911

January 30, 2019

To Whom it May Concern:

We hope this message finds you well.

This letter is written in regards to Adam Shafi, whom we confirm was a regular member of our volunteer team at our Ta'leef Collective Fremont campus, throughout 2013.

We appreciated Adam's service to the community, and we wish him the very best.

Please let us know if there are any questions or concerns.

Sincerely,

Diane Stair

Executive Director & Board Member
Ta'leef Collective
dstair@taleefcollective.org
510-445-1911

understand. embrace. realize.