UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** August 25, 2022    **Time:** 4 minutes  1:45 p.m. to 1:49 p.m.    **Judge:** WILLIAM H. ORRICK

**Case No.:** 15-cr-00582-WHO-1    **Case Name:** UNITED STATES v. Shafi

**Attorney for Plaintiff:** Nicholas Walsh (specially appearing)
**Attorney for Defendant:** Hanni Fakhoury
Defendant **Adam Shafi** – present, O/R

**Deputy Clerk:** Jean Davis    **Reported by:** Belle Ball
**Interpreter:** n/a    **Probation Officer:** Chris Loman

## PROCEEDINGS

Parties appear for hearing on Motion for Early Termination of Supervised Release. Probation confirms that Mr. Shafi has been fully compliant with all conditions throughout the term of supervision. Probation does not disagree with any of the contentions of defendant's motion but is not in position to recommend early termination given the conduct which led to charges being filed against Mr. Shafi.

The Court congratulates Mr. Shafi on his performance during supervision and his work toward a college degree. The motion for early termination of supervised release is granted, and the Court wishes Mr. Shafi a successful future.