Pages 1 - 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ORRICK, JUDGE

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
  VS.                        )    No. 15-cr-00582-WHO-1
                             )
ADAM SHAFI,                  )
                             )
          Defendant.         )    San Francisco, California
_____)


                             Thursday, August 25, 2022


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**


For Plaintiff:          STEPHANIE M. HINDS
                        United States Attorney
                        450 Golden Gate Avenue, 11th Floor
                        San Francisco, California  94102
                    BY: **NICHOLAS WALSH**
                        **ASSISTANT UNITED STATES ATTORNEY**


For Defendant:          MOEEL LAH FAKHOURY LLP
                        1300 Clay Street
                        Suite 600
                        Oakland, California  94612
                    BY: **HANNI M. FAKHOURI, ESQ.**


For U.S. Probation:
                        **CHRIS LOMAN**



Reported By:  **BELLE BALL, CSR 8785, CRR, RDR**
              Official Reporter, U.S. District Court

<u>**Thursday - August 25, 2022**</u>                    <u>**1:46 p.m.**</u>

                    P R O C E E D I N G S

            **THE COURTROOM DEPUTY:**  We will begin the calendar with

Case No. 15-582, USA versus Adam Shafi.

        Counsel, if you would please come forward and state your

appearance for the record.

            **MR. FAKHOURY:**  Good afternoon, Your Honor.  Hanni

Fakhoury on behalf of Mr. Shafi, who is present, Your Honor.

            **THE COURT:**  Mr. Shafi, Mr. Fakhoury.

            **MR. LOMAN:**  Good afternoon, Your Honor.  Chris Loman

with the U.S. Probation office.

            **THE COURT:**  Great.

            **MR. WALSH:**  Your Honor, I'm not sure who is the

Assistant United States Attorney on this matter.

            **THE COURT:**  Actually, it's okay.

            **MR. WALSH:**  Okay.

            **THE COURT:**  But, if you would state your appearance.

            **MR. WALSH:**  Certainly.  My name is Nicholas Walsh, for

the United States, Your Honor.

            **THE COURT:**  Thank you, Mr. Walsh.

        All right.  So the motion is on for an early termination

of supervised release.  And there was no response by the

government.

        And I would have granted this, the moment that I read it.

I wanted to make sure that Probation didn't have any contrary

1   indication.  So...

2         **MR. LOMAN:**  Yes, Your Honor.  I had time to review

3   Mr. Fakhoury's brief.  And we would -- the Probation Department

4   would agree with the facts of how well he's been doing on

5   supervision.

6         He's -- he's a student.  He's completed counseling.  We

7   haven't had any violations during his supervision.  He's been

8   on for approximately 42 months.

9         However, due to the nature of the charges in this case,

10  the Probation Office is not inclined to recommend early

11  termination.

12        **THE COURT:**  Okay.  Well, I am.

13        So I set this hearing very selfishly on my part, because I

14  wanted to see you in person, Mr. Shafi.  I wanted to

15  congratulate you, and thank you for all that you have

16  accomplished in the last several years.  It's been seven, I

17  guess, since I first saw you.

18        You are such a different human being than you were when I

19  first saw you.  You've taken advantage of every opportunity

20  that the Court has given to you.  You're the person that your

21  parents described throughout this case, and the person that I

22  thought you would turn out to be.

23        So I just -- I wanted to congratulate you.  I wanted to

24  congratulate you on what I assume will be your gradation from

25  college in December.

```
 1          THE DEFENDANT:  (Nods head)

 2          THE COURT:  The work that you've been doing on your

 3   business, and mostly for the character that you've shown to be,

 4   that's exemplified in the letters that I've received from your

 5   family and friends.

 6          You have been on quite a journey in your life.  And I just

 7   wanted you to know that I'm proud of the journey that you're

 8   on.  You've been completely compliant with all the requirements

 9   of supervised release.

10          Further supervision would serve no purpose, and it would

11   impede your ability to work and grow as a human being.

12          So I'm delighted to grant your motion to terminate

13   supervision.  And I want to you stay right where you are for a

14   second.

15          (The Court approaches The Defendant; they shake hands and

16   hug)

17          THE COURT:  I just wanted to congratulate you.  Well

18   done.

19          THE WITNESS:  Thank you so much.

20          THE COURT:  Good luck, good life.

21      Mr. Fakhoury, thank you.

22          MR. FAKHOURY:  Thank you, Your Honor.

23          THE COURT:  All right.

24          THE DEFENDANT:  Thank you so much, Your Honor.

25          THE COURT:  All right, Mr. Shafi, go to it.
```

1          (Applause)

2          (Proceedings concluded)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF REPORTER

I, BELLE BALL, Official Reporter for the United States
Court, Northern District of California, hereby certify that the
foregoing is a correct transcript from the record of
proceedings in the above-entitled matter.

*Belle Ball*

/s/ Belle Ball

Belle Ball, CSR 8785, CRR, RDR

Friday, September 30, 2022